FILED

MAR 29 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LNV CORPORATION, a Nevada corporation,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>DENISE SUBRAMANIAM,<br><br>        Defendant - Appellant. | No. 15-35963<br><br>D.C. No. 3:14-cv-01836-MO<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

    Appellant's March 24, 2016 letter is construed as a motion for leave to file documents contained in a flash drive as a motion. So construed, the motion is denied. If appellant wishes to file a motion, the motion and any exhibits must be filed in paper or electronically. If appellant encounters difficulty in filing electronically, appellant may seek assistance through the resources available on the court's website at www.ca9.uscourts.gov/cmecf/feedback/.

    Briefing remains suspended pending the court's review of the motion to proceed in forma pauperis. *See* 9th Cir. R. 27-11.

SFI/MOATT