UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| LNV Corporation<br>Plaintiff – Appellee<br><br>v.<br><br>DENISE SUBRAMANIAM<br>Defendant – Appellant | No. 15-35963<br><br>D.C. No. 3:14-cv-01836 MO &<br>No. 3:12-CV-1681 MO TER &<br>No. 3:15-cv-02002-MO TER<br>District of Oregon, Portland<br><br>DECLARATION OF DENISE SUBRAMANIAM |

DECLARATION OF DENISE SUBRAMANIAM IN SUPPORT OF WRIT OF MANDAMUS AND/OR INJUNCTION AS TO EVICITION PENDING APPEAL

STATE OF OREGON
COUNTY OF WASHINGTON

DECLARATION IN SUPPORT OF WRIT OF MANDAMUS

I Denise Subramaniam am over the age of eighteen (18) years. I've never been convicted of a crime. I'm fully competent to make this affidavit. The testimony contained herein is of my personal knowledge and experience. I swear under the penalty of perjury and under the laws of Oregon and the United States that my testimony herein is true and accurate.

I'm a disabled senior currently living in my vehicle under horrific conditions because I was illegally evicted from my home within 10 days of a Sheriff's sale on January 29, 2016 as the result of what I believe was an unconstitutional summary judgment order for foreclosure issued by Judge Mosman who discriminated against me as a pro se litigant and as a disabled person and abused his judicial discretion by ignoring substantial evidence that LNV lacked standing to foreclose on my property and granted summary judgment solely based on a questionable declaration by Dana Lantry who I believe was intentionally not shown one of three document she allegedly signed because had she been shown that document, an assignment of deed of trust, I'm certain she would not have agreed to sign the declaration because it would have incriminated her.

I didn't know a case was filed against me in the county court because I was never given service so I had no opportunity to defend my interests. I had been really ill between the end of November and the end of January. I became terribly depressed after my first notice of appeal was terminated through no fault of my own. My high stress and mental anguish was so great I pretty much shut down for many days. This happens because of my disabilities.

I woke up with chest pains around midnight on Dec 5th 2015. The pains weren't super painful so I just lay in bed several hours thinking they'd subside. But my roommate, Linnie Messina, told me with women heart attacks are different than with men and the pains can be very mild. She urged me to go to the emergency room. The first tests they did were normal so I thought I could go home but they said "no" they still needed to do more tests. They hooked me up to some machines and a nurse got excited and called in the ER doctor. They gave some medication on a

patch that gave me a terrible headache. The nurse scared me because she told me they detected a heart arrhythmia and this was serious I could die from it so they admitted me to the hospital.

They continued to do a bunch of tests then decided they could send me home with a Holt monitor. I had instructions to come right back if I had any more pains and to see a cardiologist. When I finally got to see a cardiologist he determined what the ER doctor saw was a "pseudo arrhythmia" due to muscle spasms caused by stress. He said these are also what caused the pain. Later after I mailed the Holt monitor to the lab I was told it detected episodes of rapid heartbeat, which the cardiologist also attributed to high stress.

Then in mid December after tying a Christmas tree on top of my vehicle for my daughter and her in-laws my leg got caught when I was stepping off the tailgate and I fell. My leg twisted and I heard my knee pop. I couldn't get up for awhile but not wanting to spoil things for my family I minimized the pain. I went to the immediate care the next morning and was told I'd sprained a ligament. They gave me a brace but it still hurt real badly. I had to spend a lot of time lying down with my leg elevated. Then on December 20 my dog Koko who I had since he was a puppy and who went everywhere with me died. Until he got too old and feeble he was my service dog when I needed him. I couldn't stop crying for days and was an emotional wreck on top of being in physical pain for several weeks.

I've been diagnosed with Attention Deficit Hyperactivity Disorder (ADHD), fibromyalgia, arthritis, and asthma. Since as early as the 1980s I also suffered from Multiple Chemical Sensitivities Syndrome or MCS. Over the years the medical establishment has referred to this condition and/or components of its symptoms by many different names including but not limited to Epstein Barr Virus Syndrome, Toxic Encephalopathy, Chronic Fatigue Syndrome or CFS, and Environmental Illnesses. No matter what name is used it is a debilitating condition that after 2006 turned my life upside down. I have frequent periods of cognitive dysfunction or mental fogginess due to both my fibromyalgia and my MCS.

One of the ways I compensated for my ADHD symptoms when I was in the work force was to stay longer hours at work or to take work home to finish (so while I was paid for 8 hours I typically worked 10 to 12 hours.) I had "put blinders on" to function at work and often my personal life suffered as a result. Since she was a pre-teen my daughter has loving referred to me as an "idiot savant" because in spite of my high performance at work with something as technical as software; I couldn't do many simple things other people take for granted.

I do poorly in verbal communications. I do much better with written communication; but when my "compensatory mechanisms" and "structured way of organizing tasks" described by the 1989 evaluation are obstructed or interfered with even tasks I normally excel in become a challenge.

My fibro fog and MCS related brain dysfunction caused by exposures to chemicals that got severe in 2008-2009 impacted my ability to concentrate and to complete tasks involving a lot of thinking and organizing. Beginning in 2010 the physical symptoms of my arthritis and asthma, migraines and chronic fatigue mostly caused by my MCS and exposures caused me to have frequent hospitalizations and extended periods when my symptoms are so bad I can't function.

People told me many times the court will not accommodate my need for more time, and it would be bad for me to even ask. What Judge Mosman did when I asked for a medical continuances even for something as serious as spinal surgery, convinced me this was correct so I didn't ask anymore. The truth is that without more time when it's needed I cannot write anything effective.

This is apparent when you look at some of my pleadings, you can tell when I was feeling ill and was unable to function because I could only write a few pages and I wasn't able to cite cases to support my arguments or even make well thought out arguments because I couldn't do the research or think. My first objection to LNV's motion for summary judgment and my motion to dismiss are examples of this. Other times I'd get to rambling – that's my ADHD. But some of my pleadings were much better and I supported my claims with evidence. It didn't seem to matter though because it appears Judge Mosman didn't even read most of what I wrote. Other pro se Beal victims have experienced the same thing with judges in their cases. This is why we filed our notices of constitutional questions challenging the constitutionality of summary judgments, which the courts have all ignored.

LNV's attorneys have deceived and intimidated me throughout the proceedings; and have been heartless. Ms. Richards called me around June 4, 2015 when I was in the hospital with my daughter who almost died giving birth to twins (the youngest twin almost died too.) I told her this and asked if she could call back on Monday. This was the day my medical stay was lifted. She previously said LNV would agree to extend discovery but on Monday she said she was filing a motion for summary judgment and would oppose an extension of discovery. I had no reason to expect a complete reversal of what she had told me earlier and it caught me unprepared.

I have a tape recorded phone conversation with Ms. Richards where she attempted to intimidate me into withdrawing the Dana Lantry audio tape. She has taken advantage of my naivety as a pro se litigant and taken advantage of what she knows are symptoms of my disabilities at every step. She's complained about me not returning emails and I told her that if something was important she needed to phone me because when I get sick and don't check my emails for a couple days they get lost because I get 100s of emails a day. Right now there are over 5000 unopened emails in my gmail account. I've been so stressed about how to deal with them my stomach knots just thinking about it. I was pretty much immobilized for two or three weeks after being evicted and just tried to figure out how I was going to survive. Friends and the other Beal victims forced me to get started and after everyone researched and we all discussed the best remedy available to me I began writing my Writ of Mandamus. So many people not previously familiar with my case who have reviewed it were appalled by what was done to me by Judge Mosman. Several of the other Beal victims have been similarly treated by the very courts that are supposed to protect us from crimes. We don't know what is going on but this is not justice.

I'm terribly worried about how I'll survive in my vehicle when the weather becomes warm. I'll have a difficult time sleeping in friends' driveways because of drier sheets and laundry products in the air. Opening my windows to cool down the inside of my vehicle will be deadly, and it won't be safe for me to sleep in remote areas where opening my windows will let in fresh air. I'm worried about them doing something to my house like painting or cleaning with toxic products or that people who smoke will do so inside. This will cause me and Linnie to suffer, so it is urgent possession of my home be returned quickly before they do something like this.

I am available to testify in person if required.


/s/ Denise Subramaniam
_____
Denise Subramaniam