UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| LNV Corporation<br>Plaintiff – Appellee<br><br>v.<br><br>DENISE SUBRAMANIAM<br>Defendant – Appellant | No. 15-35963<br><br>D.C. No. 3:14-cv-01836 MO &<br>No.3:12-CV-1681 MO TER &<br>No.3:12-CV-1681 MO TER<br>District of Oregon, Portland<br><br>AFFIDAVIT<br>~~EMERGENCY EXISTS~~<br><br>AFFIDAVIT OF LINNIE MESSINA<br>~~APPELLANT MOTION FOR STAY OR INJUNCTION AS TO EVICTION PENDING APPEAL~~ |

STATE OF OREGON
COUNTY OF WASHINGTON

### AFFIDAVIT

I Linnie Messina am over age eighteen (18) years. I reside in Beaverton Oregon and have never been convicted of a crime. I'm fully competent to make this affidavit. The testimony contained herein is of my personal knowledge and experience. I swear under the penalty of perjury and under the laws of Oregon and the United States that my testimony herein is true and accurate.

I have lived with Denise Subramaniam on and off for several years. Like Denise I suffer from an acute hypersensitivity to chemicals. Exposures to even minute quantities of chemicals that don't bother most people causes me to suffer terrible symptoms that severely impact my ability to function and my quality of life.

Medically this condition is most often called Multiple Chemical Sensitivity Syndrome or Environmental Illness and for short MCS/EI. Most people don't understand this handicap or how severely it impacts our lives. Because most of us look normal we are often treated badly by others, the assumption being that our problems are either imaginary, or if real, not significant. Too many people interchange "invisible" with "imaginary" most of us withdraw rather than face the painful form of discrimination so social isolation is a big component of MCS/EI.

The most important thing for me to stay healthy is having a safe place to live where I'm not exposed to chemicals. This is true for everyone with MCS/IE. Unfortunately it is very hard to find a safe place to live that is affordable. Even though HUD issued a legal memorandum years ago about MCS/EI being a handicap requiring accommodation under the ADA and the Fair Housing Act it is still nearly impossible to find housing that accommodates our disability.

Denise has been providing housing to others with MCS/EI for a long time. Most people who don't suffer from this disability have no idea what it takes to accommodate for our special needs. When she was evicted from her home in February, I was also evicted. We've both been forced into a situation that puts us at high risk for serious health problems and dysfunction.

I've been sleeping at a friend's home and although I'm grateful for her help her apartment is not safe for me. The longer I stay in an unsafe environment the sicker I will become. Right now I'm experiencing various physical symptoms including headaches, nausea and multiple abdominal issues

and mental fogginess and fatigue due to the air quality and toxins in the room where I now must sleep. The quality of my daily experiences has decreased enormously since being evicted from Denise's house. I'm forced to spend my days outside trying to find safe places to spend my time so I don't get sicker and this is without much success.

I know people with MCS/EI who have HUD vouchers to help pay rent but they can't find a safe place. The loss of Denise's home as a safe house to the MCS community has been devastating to me and to others with MCS. I've been on a waiting list for 6 years for a duplex apartment with subsidized rent. Although they have promised to accommodate me I won't know until I actually live there awhile whether or not it is safe for me. So many things done as a matter of course for cleaning apartments between tenants often makes the space useless for people with MCS/EI.

Even though I don't know the details about Denise's court case I have observed how the stress affects her. Like everyone with MCS, Denise has periods when she can barely function, so her having to represent herself without an attorney is to me an unimaginable feat. I remember when she was told she needed surgery how devastated she was when the judge kept denying her request for a medical extension. I don't understand how or why a judge would do this.

I know she was in horrible pain for months before surgery. Denise talked with me about her fears. Although rare her doctor told her there was a risk of paralysis if something went wrong. If she did not have surgery the nerve damage would get worse. The longer she waited the less likely the existing damage could be repaired. Although she was fearful she felt she had to do as her doctor wanted and get the surgery. It knocked her out for a very long time and she needed help at home. I saw she had trouble relaxing because she was so worried about her court case.

Denise had barely recovered when her daughter gave birth to twins in June last year. They almost lost her daughter and youngest twin so it was a stressful as well as joyous time. After her daughter's mother-in-law went back home Denise was asked to help with the twins. She was ecstatic to be able to be an important part of their lives, but at the same time worried how she could retain her health with the extra exposures and keep up with her court case. She spent pretty much every minute she was home in front of her computer. I know this was not good for her.

In November Denise was very stressed and upset because the judge ruled against her. She told me she appealed his decision. In December Denise had several health and emotional setbacks. One night I heard a noise. When I went to wake Denise she was already awake. After checking the house for me she told me she was having mild chest pains. I encouraged her to go to the emergency room because with women the signs of heart attack are not as obvious as with men. She didn't want to go but when the pains continued she relented. She called me from the hospital to ask me to take care of her dog because she was being admitted. She came home that night with a monitor on her chest. They detected something bad in the emergency room but since everything else seemed OK they sent her home with the monitor and instructions to immediately return if she had more pains.

Shortly after this Denise told me because of the holidays something happened that threw out her court appeal and she had to start over. She was very stressed out about this. A couple weeks later while helping her daughter and in-laws put a Christmas tree on top of her jeep she fell and sprained a knee ligament. She didn't want to spoil the holiday spirit for her family so didn't let them know how much pain she was in. At home she stayed in bed most of time with her leg elevated. Shortly after this Denise's beloved dog that was very old began to have labored breathing. Another MCS roommate who worked in a veterinary clinic part-time told Denise her dog was in pain so together they took Denise's dog to an emergency clinic where he was put to sleep. This was emotionally devastating for Denise. She was inconsolable for weeks and pretty much stayed in her room except

for when she went to her daughters to be with the twins. I suspect she was crying a lot and didn't want us to see her.

Throughout January Denise seemed to be just going through the motions of daily living. Her leg caused her a lot of pain. I know she has fibromyalgia so I'm sure it was worse for her than it might have been for someone without fibromyalgia. Every time she tried to be more active she re-injured her knee and had to spend more time in bed with it elevated.

I've known Denise and lived with her a long time and I observed that when she is over stressed, like so many of us with MCS/EI she pretty much shuts down. There were a lot of days I noticed Denise was in a mental fog. She would be talking with me and then completely forgot what she had been saying. I didn't see her using her computer like she had been before. I don't remember when but there had been a notice of a sheriff's sale posted on our door. Denise told me she tried to stop the sale by filing something in court but the same judge who gave her such a hard time about her surgery denied this. She made some phone calls and someone told her she had to file something in the county court. She prepared the document and went to the county court the morning of the sale but the county court wouldn't take it because they told her they needed a case number. She said she tried to file a case but the court needed her to pay $250 to file it and she didn't have this. She came home devastated and unable to function. The next day a notice to vacate in 8 days or legal action would be taken was posted on our door. Denise freaked out about this but some friends called attorneys for her and were told they had to go through an eviction process that would take at least 60 days. But that didn't happen and we were thrown out of the house the next day.

I am available to testify in person if required.

_____
Linnie Messina

The above signed personally appeared before me, a notary public in and for Washington County Oregon on the __16__ day of March, 2016.

OFFICIAL STAMP
BRIAN D FAST
NOTARY PUBLIC - OREGON
COMMISSION NO. 925112
MY COMMISSION EXPIRES FEBRUARY 10, 2018

_____
Notary Public, State of Oregon