http://interchange.lendingsvcs.com/providers.html





Johnson & Freedman, LLC
Johnson & Silver, LLP
Johnson, Blumberg & Associates
Kahane & Associates, P.A.
Kass, Shuler, Solomon, Spector, Foyle & Singer, PA
Kelly Harvey, P.C
Kivell, Rayment & Francis, PC
Klatt, Odekir, Augustine, Sayer, Treinen & Rastede, P.C.
KML Law Group
Knuckles Komosinski & Elliott, LLP
Kohner, Mann & Kailas, S.C.
Korn Law Firm
Kozeny & McCubbin, Illinois LLC
Kozeny & McCubbin, L.C.
Kozeny McCubbin & Katz, LLP
Landye Bennett & Blumstein, LLP
Laurito & Laurito, LLC
Law Firm of Jordan Katz
Law Office of Herschel C. Adcock, Jr.
Law Office of Thomas W. Rutledge
Law Offices of Ira T. Nevel, LLC
Law Offices of John D. Clunk
Law Offices of Les Zieve
Law Offices of Marshall Watson P.A.
Law Offices of Michael P. Medved. P.C.
Law Offices of Popkin & Rosaler, PA
Lerner, Sampson & Rothfuss
LOGS - Aztec Foreclosure Corp (CA)
LOGS - Aztec Foreclosure Corp (NV)
LOGS - Aztec Foreclosure Corp (WA)
LOGS - Fisher & Shapiro LLC
LOGS - Korde & Associates, PC
LOGS - Perry & Shapiro LLP (AZ)
LOGS - Roberts & Shapiro
LOGS - Shapiro & Burson, LLP (MD)
LOGS - Shapiro & Burson, LLP (VA)
LOGS - Shapiro & Cejda, LLP (OK)
LOGS - Shapiro & Daigrepont, LLC (LA)
LOGS - Shapiro & DeNardo, LLC
LOGS - Shapiro & Fishman, LLP
LOGS - Shapiro & Ingle, LLP
LOGS - Shapiro & Kirsch, LLP (TN)
LOGS - Shapiro & Kreisman, LLC
LOGS - Shapiro & Massey, LLC (MS)
LOGS - Shapiro & Mock, LLP
LOGS - Shapiro & Morley, LLP (ME)
LOGS - Shapiro & Perez, LLC (NJ)
LOGS - Shapiro & Pickett, LLC (AL)
LOGS - Shapiro & Schwartz, LLP
LOGS - Shapiro & Sutherland, LLC
LOGS - Shapiro & Weisman, LC
LOGS - Shapiro & Zielke, LLP
LOGS - Shapiro Brown & Alt, LLP
LOGS - Shapiro Swertfeger & Hasty
LOGS - Shapiro, DiCaro & Barak, LLP (NY)
LOGS - Shapiro, Van Ess, Phillips & Barragate, LLP (OH)
LOGS Network
Lundberg & Associates, P.C.
Luper, Neidenthal & Logan
Mackie Wolf Zientz & Mann, P.C.
Mackoff & Kellogg, Kirby & Kloster, P.C.
Malcolm Cisneros, A Law Corporation
Manley Deas Kochalski, LLC (KY)
Manley Deas Kochalski, LLC (OH)
Marinosci Law Group, P.C.
Martha E. VonRosenstiel, PC
Martin & Brunvas Law Firm
Martin, Leigh, Laws & Fritzlen, PC
Matt Martin Real Estate Management
McCabe, Weisberg & Conway, P.C.
McCalla Raymer, LLC (AL)
McCalla Raymer, LLC (FL)
McCalla Raymer, LLC (GA)
McCalla Raymer, LLP (TX)
McCalla Raymer, PLLC (TN)
McCarthy & Holthus, LLP
McCarthy, Holthus & Ackerman, LLP
McCurdy & Candler, LLC
Medved Dale Decker & Deere, LLC
Mercer Belanger
Mickel Law Firm, P.A.
Miles, Bauer, Bergstrom & Winters LLP
Milstead and Associates, LLC
Morales Law Group, P. A.
Morris & Associates
Morris, Hardwick & Schneider, LLC
Ndex West, L.L.C.
Nectar Projects, Inc.
Nelson and Frankenberger, PC
Nielson & Sherry, PSC
Northwest Trustee Services Inc.
O'Dess and Associates, S.C.
O'Kelley & Sorohan, Attorneys at Law, LLC
Old Republic Default Management Services
Orlans Associates, P.C.
Orlans Moran, PLLC
Parker McCay, PA
Patridge, Snow & Hahn
Pendergast & Associates, PC
Peterson Fram & Bergman, PA
Phelan Hallinan & Jones, LLC
Phelan Hallinan & Schmieg
Phelan Hallinan & Schmieg (NJ)
Phelan Hallinan PLC (FL)
Philip Eiker, Esq. PLLC
Phillip A. Norman PC
Pierce and Associates, P.C.
Pite Duncan, LLP

**Shapiro & Kirsch LLP (TN)**
**McCurdy & Candler, LLC**
LNV v Gebhart

**McCarthy & Holthus, LLP**
LNV v Molina

**Northwest Trustee Services Inc.**
Subramaniam v Beal/MGC/LNV/Dovenmuehle
LNV v. Subramaniam
Fauley v Washington Mutual Bank FA, LNV, others
LNV v Fauley

Pite Duncan, LLP
Pite Duncan, LLP
Pluese Becker & Saltzman
Potestivo & Associates P.C.
Powers Kirn, LLC
Powers, Kirn, Javardian, LLC
Quintairos Prieto Wood & Boyer, P.A.
Randall S. Miller & Associates, PC
RAS Boriskin, LLC
RCO Hawaii, LLLC
RCO Legal, Alaska, Inc.
RCO Legal, P.S. → **RCO Legal P.S.** — Subramaniam v LNV/ LNV v Fauley
Regional Trustee Services
Reimer, Arnovitz, Chernek & Jeffrey Co., L.P.A.
Reisenfeld & Associates
Robertson Anschutz Vetters
Robertson, Anschutz & Schneid PL (FL)
Robinson Tait P.S.
Rogers Townsend & Thomas PC (NC)
Rogers Townsend & Thomas, P.C. (SC)
Ronald R. Wolfe & Associates, P.L.
Rose Little Brand and Associates, PC
Rosenberg & Associates, LLC
Rosicki, Rosicki & Associates, P.C.
Rosicki, Rosicki & Associates-National
RSM&A
Rubin Lublin Suarez Serrano
Sage Point Lender Services LLC
Samuel I. White, P.C.
Schiller & Adam, P.A.
Schiller & Knapp, LLP
Scott Law Firm, PA
Seale, Smith, Zuber and Barnette, LLP
SHD Legal Group P.A.
Shechtman Halperin Savage, LLP
Shuping Morse & Ross, LLP
Sirote & Permutt, P.C.
South & Associates
Steffi A. Swanson, P.C., L.L.O.
Stein, Wiener & Roth, LLP
Stephens, Millirons, Harrison & Gammons, P.C.
Stern & Eisenberg
Stern, Lavinthal & Frankenberg, LLC
Steven J. Baum, P.C.
Steven K. Andrews P.C.
Stiene & Associates, P.C.
Straus & Eisler, PA
Summit Trustee Services
Susan C Little & Associates, Ltd.
Sweeney, Gallo, Reich & Bolz, LLP
Sykes, Bourdon, Ahern & Levy
The Alba Law Group, P.A
The Boyd Law Group, L.C.
The BWW Law Group, LLC
The Fisher Law Group, PLLC
The Hunoval Law Firm, PLLC
The Wolf Firm
Tiffany & Bosco, P.A.
Tripp Scott, PA Attorneys at Law
Trott & Trott P.C. → **Trott & Trott, P.C.** — Sadler Case. Bret Maloney claimed in his deposition that Israel Brown (who was employed by **Trott & Trott** through May 2014) created the Swifts' alleged loan payment history which does not match the Swifts' own bank records.
Trustee Corps
Udren Law Offices, P.C.
Unterberg & Associates, P.C.
Usset, Weingarden & Liebo, PLLP
Van Ness Law Firm, P.A.
Weiss Spicer Cash PLLC
Weissman Nowack Curry and Wilco P.C.
Weltman, Weinberg & Reis Co., LPA
Wilford & Geske, PA
Wilkinson Law Firm, PC
Wilson and Associates PLLC
Wirbicki Law Group
Woods Oviatt Gilman LLP
Wright, Finlay, Zak, LLP
Zucker, Goldberg & Ackerman

**Call Center/Collections/Business Process Outsourcing**
CSG Interactive Messaging, Inc.
Swyft Technology
Sykes Acquisition, LLC
Televoice
Varolii Corporation

**Collections Outsourcing**
Leading Edge Recovery Solutions, LLC

**Content Management Solutions**
MetaSource, LLC

**Credit Bureaus**
CBC Companies
Equifax Mortgage Information Services
Experian
Innovis
TransUnion Corp.

**Data Analytics/Risk Management**
Level One Loans a subsidiary of Sextant Group, Inc.

**Data Analytics/Risk Management**
Level One Loans a subsidiary of Sextant Group, Inc.
LPS Applied Analytics (Fraud Group)
LPS Applied Analytics (Valuation)
LPS Applied Anaylitcs (McDash)

**Default Management**
24 Asset Management Corp.
4S Technologies, LLC
Aptitude DMS
Aptitude ECM
Atlantic Pacific REO
Atlas REO Services
Bayview Asset Management, LLC.
Claims Recovery Financial Services, LLC
Corelogic Default Technology Solutions
CSC (Computer Sciences Corporation)
Default Servicing Technologies, LLC
eMason, Inc.
Epiq Systems
Equator, LLC
First American Trustee Servicing Solutions
Five Brothers Mortgage Services Co.
Fusion
Green River Capital, LC
ISGN Corporation
LPS Asset Management Solutions
LPS Default Solutions
LPS Desktop
Mortgage Contracting Services, Inc.
National Bankruptcy Services, LLC
National Creditors Connection, Inc. (NCCI)
National Default Servicing Corporation
Old Republic National Title
Owen REO LLC.
PMH Financial
Prommis Solutions, LLC
Provident Funding
Quality Loan Service Corp
Quandis Incorporated
ResMae
Selene Financial LP
Specialized, Inc. of Virginia
Stewart Lender Services
TD Service Financial Corporation
U.S. Real Estate Services, Inc.
UTLS
Wingspan Portfolio Advisor
Wolters Kluwer Financial Services, Inc.

**Flood Tracking**
CoreLogic Flood Data Services, Inc.
LPS National Flood

**GSE's/Agencies/Investors**
Deutsche Bank
Fannie Mae (FNMA)
Federal Home Loan Bank of New York
Freddie Mac (FHLMC)
Ginnie Mae (GNMA)
HUD
Maryland Housing
Minnesota Housing Finance Agency
Mortgage Electronic Registration System (MERS)
North Carolina Housing Finance Agency
Ocwen Loan Servicing, LLC
Sand Canyon Corp
State of New York Mortgage Agency (SONYMA)
U.S. Department of Agriculture / Rural Development (USDA/RD)
U.S. Department of Veterans Affairs (VA)

**Hazard Insurance Outsourcing**
American Modern Insurance Group
Assurant Specialty Property
Loan Protector Insurance Services, Inc.
Proctor Financial, Inc.
QBE First
QBE First (Balboa)
Seattle Specialty Insurance Services
Southwest Business Corporation
WNC First Insurance Services

**Insurance Carrier**
Allstate Insurance Company
American Family Mutual Insurance
Erie Insurance Group
Farmers Insurance Group
Kemper Insurance Company
LexisNexus Risk Solutions, Inc.
Liberty Mutual Insurance Company
Nationwide Insurance Company
Safeco Property and Casualty Insurance Companies
State Farm Insurance
Travelers Property Casualty
USAA Property and Casualty Company

**Lien Release**
Indecomm Holdings, Inc.

---

**LPS Desktop**

LNV v Swifts / Swifts' 2012 Bankruptcy – invoices brought by Bret Maloney have "LPS Desktop – Invoice Management – Invoice Detail" on the top left of the documents. Also stated in the document header is "Vendor LSI" which is an LPS subsidiary.

All the Beal/LNV victims in the Noticed Related Cases have LPS generated mortgage/foreclosure related documents.

**Quality Loan Service Corp.**

LNV v Subramaniam; LNV v Molina

**Indecomm Holdings, Inc.**

Swift allonge signed by Carol Chapman who is affiliated with this LPS affiliate. Indecomm purchased U.S. Recordings on Oct. 1, 2007. U.S. Recordings is stamped on Swift land records and was obliterated when documents were filed in Debtors' current Bankruptcy Case No. 12-35690

**Lender Placed Insurance Services**
American Modern Insurance Group
Assurant Specialty Property
Loan Protector Insurance Services, Inc.
Proctor Financial, Inc.
QBE First
QBE First (Balboa)
Seattle Specialty Insurance Services
Southwest Business Corporation
WNC First Insurance Services

**Lockbox Services**
Bank of America, N.A.
BB&T Bank
BBCN Bank
BBVA Compass
Chase (Lockbox)
Comerica Bank
Commerce Bank, NA
eFunds
Fifth Third Bank (Lockbox)
First Citizens Bank and Trust Company
Fiserv
Hanmi Bank
KeyBank
Klik Technologies
Mellon Bank
Navisite, Inc
PNC
Regulus Group
Remitco
Retail Lockbox, Inc.
TransCentra, Inc.
U.S. Bank National Association
Wachovia Bank
Wells Fargo Bank
Zions First National Bank

**Bank of America N.A.**

**FISERV**

Are involved in most if not all the Noticed Related Cases

**Mortgage Insurance**
Arch Mortgage Insurance Company
Essent Guaranty, Inc.
Genworth Mortgage Insurance Corporation (GEMICO)
MGIC Investment Corporation
NMI Holdings, Inc.
PMI Mortgage Assurance Company (PMAC)
PMI Mortgage Insurance Company
Radian Guaranty, Inc.
Republic Mortgage Insurance Company (RMIC)
Triad Guaranty Insurance Corp
United Guaranty Insurance Corp. (UGIC)

**MSP License**
Bank of Hawaii
Branch Banking & Trust Mortgage
First Hawaiian Bank, Inc.
Regions Mortgage
Wachovia Mortgage, FSB

**Optional Products**
AEGON USA
Affinion Group
American Home Shield Corporation
Assurant Specialty Property
Chartered Marketing Services, Inc.
Cross Country Home Services, Inc.
Discount Development Services (DDS)
DRIASI
Intersections Inc.
Liberty Life Insurance Company
LOTSolutions, Inc. fka Life of the South Service Company
Manhattan Life Insurance Company
Mortgage Specialist, Inc.
Mutual of Omaha
Nationwide Title Clearing, Inc.
NBFSA, LLC
Securian Financial Group
Superior Home Services
Union Fidelity Life Insurance Company

**Other**
Arch Bay Capital, LLC
Dimont and Associates
Fidelity - JAX Projects
Fidelity Information Services, Inc.
Impac Funding Corporation
IServe Servicing, Inc.
JM Adjustment Services, LLC
LPS Agency Sales and Posting (ASAP)
LPS Empower
LPS Real Estate Data Solutions
New Vista
Phoenix Asset Management
Precision Asset Management
RealEC
Resurgent
Reverse Mortgage Services
Security Connections, Inc.
Skyhill Financial
Xerox Commercial Solutions, LLC

**Payment Solutions**
Accuity
Certegy Check Services
CheckFree Corporation
E Commerce Group
E.M.P.P - Early Mortgage Pay-off Plan
Fidelity Integrated Financial Solutions
First Data Resources, Inc.
Lipsky and Associates, Inc.
Metavante Corporation
MoneyGram
Official Payments Corporation
Paymap, Inc.
Total System Services, Inc. (TSYS)
Ventanex, Ltd.
Western Union Financial Services

**Payoff Express**
Fidelity National Financial
First American Title Corporation
Title Guaranty of Hawaii

**Phd**
Touchpoint Solutions

**Print Solutions**
Allison Payment Systems, LLC
Fidelity Information Services, LLC
Financial Statement Services, Inc. (FSSI)
Harland Clarke
NCP Solutions, Inc. (B'ham)
NCP Solutions, Inc. (Jax)
Newcourse Communications, Inc.
RR Donnelley
SourceHOV, LLC
Venture Solutions, Inc.
Walz Group
Wolters Kluwer Financial Services, Inc.

**Property Inspection & Preservation Services**
A Son's Construction Inc.
CoreLogic Field Services
Cyprexx Services, LLC.
Field Asset Services, LLP
Five Brothers Mortgage Services Co.
LPS Field Services
M & M Mortgage Services, Inc.
National Field Network
National Field Representatives, Inc.
Property Preservation & Inspection Services, Inc.
RealServ Inc.
Reliance Field Services
REO Allegiance, Inc
Safeguard Properties, Inc.
Spectrum Field Services, Inc.
Wolverine Securing, Inc.

**Safegaurd Properties Inc.**
Swifts' 2012 Bankruptcy – Bret Maloney brought alleged loan history documents when he went to Chicago for the deposition with have this company's in multiple invoice records supplied by **Dovenmuelhe Mortgage Inc.**

**Property Valuations**
CoreLogic Residential Value View
FNC Inc.
Infinity Valuation Services
LSI - An LPS Company
Nations Valuation Services
Pro-Teck
Secured Lending Services

**LSI and LPS Company**
Involved in most if all the Noticed Related Cases

**Pro-Teck**
Swifts' 2012 Bankruptcy

**Real Estate Tax Services**
CoreLogic Real Estate Tax Service
LERETA, LLC
QBE First

**REO Services**
Nationwide REO
NRTREO Experts
REO World
Vendor Resource Management

**Subservicing**
Doral Bank
Dovenmuehle Mortgage, Inc.
FNF Servicing, Inc.

**Dovenmuelhe Mortgage Inc.**
Involved in all the Noticed Related Cases

Privacy Statement   Site Index   | Site Support          Copyright © 2014 Lender Processing Services, Inc. All Rights Reserved.
601 Riverside Avenue, Jacksonville, Florida 32204, USA