Denise Subramaniam
Self-represented
13865 SW Walker Rd
Beaverton OR 97005
503-764-5300



RECVD 11 MAR '15 15:31 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **LNV CORPORATION** | Civil Case No. 3:14-cv-01836 |
| Plaintiff, | |
| v. | EX PARTE |
| | DEFENDANT'S MOTION FOR |
| **DENISE SUBRAMANIAM** | ~~EX PARTE~~ HEARING |
| pro per | |
| Defendant | |

### MOTION FOR EX PARTE HEARING ON FRIDAY MARCH 13, 2015 FOR DEFENDANT'S MOTION TO DISMISS AND MOTION FOR MEDICAL CONTINUANCE

1. Here comes Defendant Denise Subramaniam, representing herself, and hereby motions this court to set an ex parte hearing on Friday March 13, 2015 to hear her motion to dismiss and if the court fails to grant her motion to dismiss; then to hear her motion for 120 day medical continuance. In support of her motion she states the following:

2. Defendant is scheduled for an MRI on Thursday March 12, 2015. Surgery is scheduled for Tuesday March 17, 2015; and Monday March 16, 2015 Defendant needs to prepare for the trip to the hospital which is an ordeal due to her other disabilities which require special accommodations. Friday March 13, 2015 is the only day that a hearing can be scheduled in time to grant the continuance before the surgery date.

Denise Subramaniam
Self-represented
13865 SW Walker Rd
Beaverton OR 97005
503-764-5300

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **LNV CORPORATION** | Civil Case No. 3:14-cv-01836 |
|     Plaintiff, | |
|   v. | **DEFENDANT'S MOTION FOR** |
| **DENISE SUBRAMANIAM** | **EX PARTE HEARING** |
| pro per | |
|     Defendant | |

**MOTION FOR EX PARTE HEARING ON FRIDAY MARCH 13, 2015 FOR DEFENDANT'S MOTION TO DISMISS AND MOTION FOR MEDICAL CONTINUANCE**

1. Here comes Defendant Denise Subramaniam, representing herself, and hereby motions this court to set an ex parte hearing on Friday March 13, 2015 to hear her motion to dismiss and if the court fails to grant her motion to dismiss; then to hear her motion for 120 day medical continuance. In support of her motion she states the following:

2. Defendant is scheduled for an MRI on Thursday March 12, 2015. Surgery is scheduled for Tuesday March 17, 2015; and Monday March 16, 2015 Defendant needs to prepare for the trip to the hospital which is an ordeal due to her other disabilities which require special accommodations. Friday March 13, 2015 is the only day that a hearing can be scheduled in time to grant the continuance before the surgery date.

3.      It is unfortunately the nature of serious medical conditions to be unpredictable; and had counsel for Plaintiff informed this Honorable Court from the beginning about the cause for Defendant's ongoing medical needs for time extensions the court would not be so inconvenienced at this moment; i.e. the need for such an ex parte action would have been prevented. (Since December 18, 2015, Plaintiff's counsel knew about the seriousness of Defendant's medical condition and the possible need for surgery yet they consistently refused to inform this court.)

## CONCLUSION

4.      Defendant has no choice but to now make an ex parte motion to schedule a hearing due to Plaintiff's counsel's refusal to inform this court about the seriousness of her medical condition and that the possibility of spinal surgery existed as early as December 18, 2014, which would require ongoing need for time extensions.

5.      **WHEREFORE** Defendant prays this court grant her motion and schedule a hearing on Friday March 13, 2015 on the matters brought before this court by Defendant's aforementioned motions.

Respectfully,

_____
Denise Subramaniam