

**Robin A. Bernhoft, MD**

A CENTER FOR
ADVANCED MEDICINE™

Robin A. Bernhoft, MD, FACS

*MEDICAL DIRECTOR*

April 22, 2012

To Whom It May Concern:

RE: Denise Subramaniam

Sir/Madam:

Denise Subramaniam has been a patient of mine since August 2008. She suffered severely from symptoms consistent with Toxic Encephalopathy. This is a condition characterized by fluctuations in cerebral blood flow and inflammation of body tissues in response to various environmental triggers like perfumes and fragrances, pesticides, chemicals in cleaning and laundry products, gasoline and other petro-chemicals, cigarette smoke, paint, new carpet and many other chemicals. Denise has a history of ADHD, chronic fatigue syndrome (CFS) and multiple chemical sensitivity (MCS).

Prior to seeing me Denise was diagnosed in 2008 with fibromyalgia by Rheumatology Therapeutics Medical Center, 18376 Clark Street, Tarzana, CA 91356. Denise also made several visits to Tzu Chi Community Clinic, 10408 Vacco St, South El Monte, CA 91733 from May 2008 to August 2008 due to chronic sinus infections and bronchitis that did not improve after several rounds of antibiotics.

When I first saw Denise I did not have access to her past medical records, but since then she's been able to acquire her medical records dating back to the 1980's. Denise's medical records show a long history of debilitating medical problems related to CFS and MCS. Denise experienced chronic viral infections beginning in 1986 that became so severe that she had to be hospitalized multiple times in 1987 and 1988 for sinus and upper respiratory infections including asthma, bronchitis and strep throat. She tested positive at the time for Epstein Barr Virus, which usually implies long-term disturbance of the immune system, often due to chemicals, metals or other toxins.

Multiple Chemical Sensitivity (MCS) is a well-documented disorder closely related to fibromyalgia and chronic fatigue syndrome. These conditions have been the subject of many peer-reviewed publications internationally since the 1980s and are associated with significant immune and other physiological dysregulations, including allergies and autoimmunity.

It is essential to recognize that MCS involves multi-system and multi-organ damage brought about by a wide variety of chemicals and that a key aspect of MCS is the development of

cross-sensitivity which results in sensitivity to compounds to which there has been no previous exposure. This makes the life of an MCS patient like Denise very uncertain. Patients with MCS must live in a protected environment with scrupulous attention to every detail of their life in order to avoid becoming severely ill at any time. Symptoms of MCS can include neurological, immune, endocrine, musculoskeletal, gastrointestinal, cardiovascular and respiratory manifestations. Denise has a long medical history of multisystem symptoms; accommodating a patient as severely affected as she in a workplace would be impossible.

Over the past fifteen years, several academic investigators in the United States and Australia have documented central nervous system dysfunction which may account for aberrant pathophysiology such as Denise's idiopathic nonallergic rhinopathy and her severe, measurable responses to low concentrations of common environmental toxins like perfume or cigarette smoke.

In 1999, Denise was diagnosed with rhinopathy by Dr Baker at Allergy Associates, Portland Clinic, Portland, OR. At that time, she was employed by Universal Algorithms. She reports she saw Dr. Baker because she was worried about missing too much work due to chronic sinus infections, headaches and upper respiratory problems and was afraid of losing her job. She was ultimately fired from her job when her health did not improve and her job performance dropped as a result. From 1997 through 1999 Denise was the single mother of a teen and cared for her terminally ill father in her home while working full-time when her chronic symptoms started again. This is a high stress situation.

Ten years earlier Denise's initial bout of MCS/CFS symptoms in the late 1980s was also triggered by an extended period of exceptionally high stress; her youngest child died in December 1985. A few months later her second husband was unable to cope with the grief and deserted her and their daughter, her eldest child was kidnapped by his non-custodial father in June 1986, and in August 1986 she lost their house and was forced to move from California to rural Illinois where her eldest son was living to fight for custody, without friends or family. It took three years for Denise to recover. She thought at the time she had recovered fully, but MCS/CFS tends to recur at times of high stress and chemical/immune exposure. She has not been free of symptoms since 2006.

Prior to Denise's onset of symptoms in 2006 she experienced intense prolonged stress caused by mortgage fraud and fear of losing her home of 12 years, the loss of her business in India due to her business partner's mental illness and an audit by the IRS.

Physical or emotional stress is frequently reported just prior to the onset of CFS and is associated with lower levels of cortisol than healthy controls. Cortisol influences the immune system, behavior, and other body systems. Cortisol acts to suppress inflammation and cellular immune activation. Denise was tested and discovered to have lowered cortisol levels in 2008/2009.

Denise displays long term immune dysfunction. Autoimmune diseases that include rheumatoid arthritis are a result of the immune system attacking the body's own cells. Denise has complained of joint pain consistent with rheumatoid arthritis for many years and developed rheumatoid nodules on her finger joints in early 2010, but her inability to work since 2009 or to purchase health insurance in 2008 due to damage to her credit report from the mortgage fraud made it impossible for her to afford appropriate diagnostic tests. Recently her daughter-in-law's employer made such tests possible, so I ordered bone scans for Denise to determine whether she has joint and bone damage due to long suspected rheumatoid arthritis. X-rays were done to correlate the appearance of degenerative disk disease on the bone scans. (*See copies of the diagnostic reports on pages 2-5 of the attachments.*)

I examined Denise in my office on April 5, 2012. Almost every joint in Denise's body has degenerative damage from rheumatoid arthritis as does her spine. Her long-standing complaints of horrific pain and loss of mobility are understandable considering the severe joint and bone damage from rheumatoid arthritis shown in her bone scans and x-rays; this is in addition to her fibromyalgia pain and the MCS/CFS symptoms Denise has experienced since the 1980s; and her ADHD symptoms.

The level of bone and joint damage exhibited in Denise's bone scans and x-rays does not happen overnight. It is highly probable that Denise has suffered from rheumatoid arthritis since at least 2006. Her 2008 ANA blood tests done by Rheumatology Therapeutics were not conclusive. 20% to 30% of people with rheumatoid arthritis have negative ANAs.

Denise's complaints of joint pain first surface in her medical records in 2006. In Cascadia Mental Health Clinic records and in Dr. Sherry L. Harden's "Psychodiagnostic Evaluation" of Denise dated January 10, 2007 ordered by Oregon Department of Human Services Disability Determination Services reference is made to Denise's complaints of joint pain throughout her body, pain consistent with rheumatoid arthritis. (*See copy of Dr. Harden's report included on pages 6-12 of the attachments.*)

Denise had no access to health care at that time due to her inability to work throughout most of 2006 and 2007. Although Denise was able to secure a work contract in October 2007 that kept her employed until October 2009, her life quality was poor. Denise returned home each evening too exhausted to do anything but sleep. Denise suffered another prolonged bout of chronic respiratory, sinus and viral infections within months of starting her job at the Los Angeles Unified School District, (LAUSD). This is evidenced by her records from Tzu Chi Community Clinic. I treated her for shingles in 2009, a disease that often surfaces with a dysfunctional immune system. Denise has a number of genomic abnormalities that interfere with her ability to detoxify and excrete heavy metals, toxins in pharmaceutical drugs which accounts for her and her family's history of adverse reactions to drugs, and common environmental chemicals that do not affect most people.

Denise's work environment at LAUSD had a detrimental effect on her health. Denise's experience with poverty and lack of health care from 2005 through 2007 motivated her to hang on her job with LAUSD no matter the costs to her health. This stress exacerbated the deterioration of her health. On February 6, 2009 I wrote a letter in Denise's behalf to her employer, requesting they provide her with reasonable accommodation for her disabilities under the Americans with Disabilities Act. (*A copy of this letter is included on pages 13 and 14 of the attachments.*) LAUSD did not provide Denise with the requested accommodation. Denise feared losing her job if she "made waves" and continued to work in an environment that caused her health to worsen. As I predicted in my letter this situation eventually affected Denise's work performance and in October 2009 her contract was ended. She has been unable to work since this time due to her debilitating disabilities.

On page 5 of Dr. Harden's "Psychodiagnostic Evaluation" of Denise she states: "She (Denise) appears to have no insight into how impaired she is when talking about her difficulties." Denise has a strong work ethic and wants to work, but her expectations in 2010 about being able to continue to work were unrealistic. She reports that although she secured a few small business freelance projects between October 2009 and April 2012 she has not been able to complete even one and lost each project due to her failure to deliver on time.

The diagram on page 1 of the **Attachments to Medical Report for Denise Subramaniam April 2012** provides a visual diagram of the MCS/CFS component to Denise's chronic medical condition. It is my medical opinion that Denise has been too disabled to work since November 2009.

Sincerely,

Robin A. Bernhoft, MD, FACS, FAAEM
Medical Director
Bernhoft Center for Advanced Medicine

### Attachments to Medical Report for Denise Subramaniam April 2012

Visual representation of the MCS/CFS component to Denise's chronic medical problems and disabilities:



**\*\*Faxed Report: Chart copy to follow\*\***

This report is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable federal or state law. If the reader of this report is not the intended recipient or the employee or agent responsible for the delivery of the report to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

Services provided at: **EVDI Medical Imaging - Chandler**

## EVDI
### MEDICAL IMAGING

Central Scheduling
Phone (480) 456-9000
Fax (480) 632-1153

PATIENT

**SUBRAMANIAM, DENISE**
DOB: 09/16/1954
MRN: 001353552

PROVIDER

BERNHOFT, ROBIN, MD
1200 MARICOPA HIGHWAY
STE A
OJAI, CA 93023

Voice: (805) 640-0180
Fax: (805) 640-0181

| Exam Date | Acc# | Exam | Reason for exam |
|-----------|------|------|-----------------|
| 03/29/2012 | 7222185 | NM THREE PHASE RETURN SCAN | BILAT CHRONIC PAIN IN HANDS AND WRISTS |

COMPARISON: None.

CLINICAL INDICATION: Chronic pain in the hands and wrists. Multifocal arthralgia.

TECHNIQUE: Following the uneventful intravenous administration of 28 mCi of technetium 99 MDP, 3-hour delayed whole-body bone images were acquired in the anterior and posterior projections. Three phase imaging of the hands was performed.

FINDINGS: On whole-body bone imaging there is normal physiologic uptake of the radiopharmaceutical within the kidneys and urinary bladder. Normal soft tissue distribution of the tracer.

There is degenerative appearing uptake within the sternoclavicular joints; lower cervical spine; shoulders; knees, most notably the patellofemoral compartments; mid and hindfoot regions; and within the first metatarsophalangeal joints. There is linear uptake within the midthoracic spine probably at T9 as well as within the mid lumbar spine likely at L2. Note is made of a rounded focus of uptake likely associated with degenerated facet joints at the approximate level of L4-5, right greater than left. No suspicious scintigraphic uptake was present.

Blood flow imaging of the hands demonstrates some hyperemia at the base of the right thumb. Blood pool imaging demonstrates very mildly increased uptake associated with the proximal and distal interphalangeal joints bilaterally and the left radiocarpal joint. Delayed imaging of the hands demonstrates mildly increased uptake associated with all proximal and distal interphalangeal joints as well as the metacarpophalangeal joints, most notably the second metacarpophalangeal joints bilaterally. There is degenerative appearing uptake associated with the wrists involving all compartments, especially the left radiocarpal joint.

IMPRESSION:

There is multifocal degenerative appearing uptake noted on whole-body bone imaging. This involves the cervical spine, sternoclavicular joints, shoulders, knees, and feet as detailed above.

## **Faxed Report: Chart copy to follow**

This report is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable federal or state law. If the reader of this report is not the intended recipient or the employee or agent responsible for the delivery of the report to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

Services provided at: **EVDI Medical Imaging - Chandler**

### EVDI
MEDICAL IMAGING

**Central Scheduling**
Phone (480) 456-9000
Fax (480) 632-1153

| PATIENT | PROVIDER |
|---|---|
| **SUBRAMANIAM, DENISE** | BERNHOFT, ROBIN, MD |
| DOB: 09/16/1954 | 1200 MARICOPA HIGHWAY |
| MRN: 001353552 | STE A |
| | OJAI, CA 93023 |
| | Voice: (805) 640-0180 |
| | Fax: (805) 640-0181 |

| Exam Date | Acc# | Exam | Reason for exam |
|---|---|---|---|
| 03/29/2012 | 7222185 | NM THREE PHASE RETURN SCAN | BILAT CHRONIC PAIN IN HANDS AND WRISTS |

Linear uptake within the midthoracic spine and mid lumbar spine may reflect degenerative disk disease although compression fractures can have this linear appearance. There is also facet arthrosis of the lower lumbosacral spine. Correlation with plain film radiographs would be of benefit.

Delayed phase generalized uptake within the hand and wrist joints bilaterally with findings most pronounced within the left radiocarpal joint. The finding is nonspecific but could be degenerative. Inflammatory arthropathy such as involving the left radiocarpal joint cannot be excluded. Correlation with rheumatoid factor may be of benefit. Correlation with plain film radiographs is also suggested.

No suspicious scintigraphic uptake.

3/29/12  2:14 pm  Dictated by:  PENNY  KRICH, MD   Electronically signed

Last edit: 3/29/12  5:05 pm

*Thank you for allowing us to assist in the care of your patient. If you need to contact a radiologist to discuss this report, please call our Radiologist Hotline at (480) 272-8114.*

Printed: 04/02/2012 3:56PM

Page 2 of 2

Fax Server　　　　　　　4/27/2012 12:20:48 PM　PAGE　1/002　Fax Server

**\*\*Faxed Report: Chart copy to follow\*\***

his report is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable federal or state law. If the reader of this report is not the intended recipient or the employee or agent responsible for the delivery of the report to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

Services provided at: **EVDI Medical Imaging - Chandler**

**EVDI** MEDICAL IMAGING

Central Scheduling
Phone (480) 456-9000
Fax (480) 632-1153

PATIENT

**SUBRAMANIAM, DENISE**
DOB: 09/16/1954

MRN: 001353552

PROVIDER

BERNHOFT, ROBIN, MD
1200 MARICOPA HIGHWAY
STE A
OJAI, CA 93023

Voice: (805) 640-0180
Fax: (805) 640-0181

| Exam Date | Acc# | Exam | Reason for exam |
|---|---|---|---|
| 04/02/2012 | 7228807 | **SPINE LUMBOSACRAL 2V OR 3V** | PAIN |
| **Associated:** | 7228806 | **SPINE THORACIC 2V** | BILAT CHRONIC PAIN IN HANDS AI |

COMPARISON: Nuclear medicine bone scan 03/29/2012.

CLINICAL INDICATION: Abnormal bone scan. Multifocal arthralgia. Abnormal scintigraphic uptake within the thoracic and lumbar spine from the comparison nuclear medicine examination.

FINDINGS: AP and lateral views of the thoracic and AP and lateral views of the lumbosacral spine were submitted for review. There is a very slight levoscoliotic curvature of the lower thoracic spine which could be positional. Within the thoracic spine normal thoracic kyphosis is preserved. There is no subluxation or wedge compression fracture. On the comparison study linear scintigraphic uptake was noted within the midthoracic spine. This corresponds to disk space narrowing, endplate sclerosis, and osteophyte formation. This is present at approximately T9. At flanking levels there is also disk space narrowing, endplate sclerosis, and anterior osteophyte formation. No aggressive osseous lesion is seen. Pedicles appear intact at all levels within the thoracic spine.

Within the lumbosacral spine there is preservation of the normal lumbar lordosis. There are 5 non-rib-bearing lumbar-type vertebral bodies. There is a grade 1, 6-mm left lateral listhesis of L2 on L3. Corresponding to abnormal scintigraphic uptake at L2-3 there is severe joint space narrowing, endplate sclerosis, and anterior osteophyte formation. More mild changes at the remaining levels. There is prominent facet hypertrophic change at L4-5 and L5-S1. No wedge compression fracture or aggressive osseous lesion present.

IMPRESSION:

Abnormal scintigraphic finding seen on the comparison nuclear medicine bone scan corresponds to multilevel degenerative change. There is no wedge compression fracture or aggressive osseous lesion identified.

Degenerative left lateral listhesis of L2 on L3.

Printed: 04/27/201212:19PM

Fax Server                    4/27/2012 12:20:48 PM  PAGE   1/002   Fax Server

**\*\*Faxed Report:  Chart copy to follow\*\***

his report is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable federal or state law.  If the reader of this report is not the intended recipient or the employee or agent responsible for the delivery of the report to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

Services provided at:  **EVDI Medical Imaging - Chandler**

### EVDI
MEDICAL IMAGING

**Central Scheduling**
Phone (480) 456-9000
Fax (480) 632-1153

| PATIENT | PROVIDER |
|---|---|
| **SUBRAMANIAM, DENISE** | BERNHOFT, ROBIN, MD |
| DOB: 09/16/1954 | 1200 MARICOPA HIGHWAY |
| | STE A |
| MRN: 001353552 | OJAI, CA 93023 |
| | Voice:  (805) 640-0180 |
| | Fax:    (805) 640-0181 |

| Exam Date | Acc# | Exam | Reason for exam |
|---|---|---|---|
| 04/02/2012 | 7228807 | **SPINE LUMBOSACRAL 2V OR 3V** | PAIN |
| **Associated:** | 7228806 | **SPINE THORACIC 2V** | BILAT CHRONIC PAIN IN HANDS AI |

Overall degenerative findings are moderate or moderate to severe.

4/2/12  3:24 pm  Dictated by:  PENNY  KRICH, MD   Electronically signed
Last edit: 4/2/12   4:25 pm

**EVDI is now offering 3T MRI. For more information, call (480) 272-8114**

*Thank you for allowing us to assist in the care of your patient.  If you need to contact a radiologist to discuss this report, please call our Radiologist Hotline at (480) 272-8114.*

01/29/2007  11:13     5036179379          PAGE  03/10



Sherry L. Harden, Psy.D.
Clinical Psychologist

CONFIDENTIAL

PSYCHODIAGNOSTIC EVALUATION

January 10, 2007

Oregon Department of Human Services
Disability Determination Services
3150 Lancaster Dr. NE
Salem, Oregon 97305-1350

RE:  Denise M. Subramaniam
      DOB: 09/16/54, SSN: 105488909

REASON FOR REFERRAL: Denise Subramaniam is a 52-year-old, divorced female referred for a psychodiagnostic evaluation to assist in the determination of Social Security benefits. The evaluation consisted of a clinical interview with the patient, review of records, and a Mental Status Examination.

HISTORY OF PRESENTING PROBLEM & REVIEW OF RECORDS: Limited records were available for review. Briefly, Denise stated she has always had attention deficit disorder, which was diagnosed in the early 90s when she was in her 30s (about 20 years ago). She stated she has always had good compensatory skills, but in college began failing courses and had a verbally abusive professor who was very oral. She couldn't read or process his comments on the board and "had to be tested to get help." Denise says she is "very strict" with her diet, as "red dye in stuff makes me bounce off the walls," and stress also affects her so she has tried to control it. However, in the last 3 years, she is "just struggling to scrape by, to keep the electricity from being shut off, and keep from losing the house," as well as having physical problems and inability to "sleep right." She says if she "could reduce her stress things would be better." She added that she is "not able to get healthcare," "my feet are killing me and my back hurts," and she uses a heating pad every morning. She stated she "has to type" and has carpal tunnel, as well as a broken tooth with a temporary filling. She noted she got an agency to help with tooth the last time. "Every day is a struggle," and her car is broken down. She is "sick of it" and "has to beg people all the time" and is sick of that. She is currently surviving financially by trying to make room for roommates in her house, but has no heat in the house. The potential tenant's wife got a job and will start paying soon. Things are "in total chaos" because Denise is now not able to use the room the couple took. Denise added that she "is so disorganized."

Denise stated that she called the Washington County Crisis Line because of a "predatory lender" and added "it's marginal." They got her out of crisis, but she is "not getting services she needs." Denise is currently in counseling through Cascadia with "Travis," who "had to send some things in." She does not have a case manager, but says her counselor believes that she is "permanently disabled." Intake and progress notes by Travis Waits, M.A., M.F.T., at Cascadia Behavioral Healthcare reflect treatment for ADHD, depression, and stress management. She presented as stressed

WPRC •18110 SW Regatta Lane •Beaverton, Oregon 97006 •Telephone 503/629-8509 •Fax: 503/617-9379

01/29/2007  11:13    5036179379

PAGE  04/10

Confidential: Subramaniam          Page 2          1/29/2007

with financial and multiple somatic complaints and was diagnosed with Adjustment Disorder, chronic, with mixed anxiety and depression, and ADHD NOS by history. GAF was listed at 47 with a "fair" prognosis. Treatment on 10/9/06 focused on Denise not exacerbating her anxiety when stressful situations occur. This note comments that Denise is "convinced that she is debilitated because of her mental illness." Getting her to slow down as a coping mechanism to better manage her ADHD was seen as an attainable goal. On this date, Denise requested that a letter be written to her attorney regarding her "mental condition." Denise was seen for a psychiatric evaluation by Alice Keys, M.D., on 10/12/06. Dr. Keys' report indicates Denise initially presented to Cascadia in August 2006 complaining of depression and suicidal thoughts. At that time, she complained of concentration, focus, rumination, and worry problems, and that her life was "completely out of control." She was started on Strattera 40 mg. at that time. She claimed to be much improved at the October visit to Dr. Keys, but was complaining of Carpal Tunnel Syndrome and joint pain, for which she was wearing a brace on her right wrist. Denise presented as "somewhat frazzled," with pressured and slightly louder speech than usual. Her affect was anxious and somewhat restricted. Denise's thought processes were loose, tangential, and "looping around symptoms of ADHD, medical symptoms, and lack of resources." Dr. Keys diagnosed Denise with ADHD by history, and rule out for Cyclic Mood Disorder. She educated the patient on both these disorders and noted that Denise was resistant to the idea of the potential for an underlying cyclic mood disorder.

Denise stated she ran out of medication, but she thinks the dosage was too high and she keeps forgetting to fax in the information. She continues to take Strattera 40 mg., though she was going to cut it back to 20 mg. She "knows it helps" but doesn't have it now. Denise says she has little energy compared to what she used to have. She has a hard time focusing if she gets distracted. Medically, Denise gave a fairly dramatic description of her physical ailments and pain: her feet hurt in the morning on the soles and arches, she has problems with her knees, her hips "feel horrible," she needs to get up and move, her right wrist almost always painful, and she used to wear brace. Her thumb is completely numb, so she thinks it is carpal tunnel, and has "a big bump" there; she is "really worried" about permanent nerve damage. She complained of "stress-related pain" in her neck and shoulders, with shooting pain there sometimes. She is worried about her stomach, which is hard and swollen. Denise said she has difficulty

*This portion has been blocked because it contains protected medical information about other family members who are not willing to share this information...*

01/29/2007  11:13    503617⌐⌐/9                                    PAGE  06/10

This information about family members is not material to the case at hand. It extended from the lower part of page 7 of attachments to page 9 of attachments.

Medically, Denise stated she has weight gain in her stomach. She stated she does not drink or smoke cigarettes. She tried Zoloft, but it had the opposite effect (she experienced anxiety and rage) when they tried to give it to her when her dad was ill. Denise went through period of drinking at age 18 or 19 when her first husband went to Vietnam. She denied any history of treatment for alcohol or use of drugs. During that time with her first husband, she tried to commit suicide when he was drafted into Vietnam. Someone took her to the hospital and pumped her stomach of the pills and alcohol she had taken. She had ulcers for awhile then as well. She was later diagnosed with chronic fatigue syndrome and asthma in 1987, after her son died in 1984 and she endured the custody fight. She stated she was hospitalized several times during that time in Illinois. Denise denied psychiatric illness in her family, only the alcohol problem with her brother. Denise reported no legal history.

**BEHAVIORAL OBSERVATIONS:** Denise did not read her letter and confirm the appointment with DDS or me, nor did she check her messages and respond to a message I left the day before on her message machine. Therefore, the morning of the

01/29/2007   11:13     5036175579                                    PAGE   07/10

Confidential: Subramaniam               Page 5               1/29/2007

appointment, she left a panicked message as she was sitting in the office (I had not arrived in the office due to the "cancellation"). Denise initially pressed all the buttons in the waiting area downstairs, saw the sign about more clinician names upstairs, went upstairs, asked a clinician upstairs in a panicked manner (telling him that she may have made a mistake). This clinician gave her my card and number. I received her anxious message and returned her call; she was happy to wait for my arrival at the office. She was casually and appropriately dressed, and was cooperative, anxious, and appeared younger than her stated age of 52. She drove herself to the evaluation. Denise was oriented to time, place, person, and purpose of the interview. Her speech was pressured, rapid, loud, and thought processes were tangential, distractible, and rambling. Her presentation overall was somewhat hypomanic. Well-into the interview she needed a drink from talking so much and also revealed that she had hit her head in the waiting room by flipping her hair back. Denise was crying and tearful throughout the interview. Her mood was anxious and affect was agitated, hyperactive and rushed. She described her mood as "fluctuating, but relatively calm." She stated she has to work out, gets stressed out and overreacts, is "sometimes hysterical," has health problems that contribute to it, and at other times is "okay." She stated that "normally she has a difficult time anyway." Denise had a hard time giving a work history in a logical and coherent manner. Thought processes were tangential but loosely connected and logical overall. Long-term and short-term memory appeared somewhat impaired and she was a poor historian. No hallucinations or voices or delusions were present or reported. She appears to have no insight into how impaired she is when talking about her difficulties. Denise believes if she had her house taken care of she'd "be able to get back on track." She stated she has allergies and two migraines per month. Though she has no heat, electricity, is so disorganized, has no medications, hasn't seen a doctor in 5 years, and her car won't take her anywhere, she is taking on roommates as a partial solution to her problems. She stated she is not really suicidal, but did feel suicidal when she first went to the Crisis Center.

**MENTAL STATUS EXAMINATION:** Denise scored 24/30 possible points on the mental status exam. Denise was able to recite her social security number backwards, but was unable to correctly spell the word "world" backwards. She was able to recall two of three objects three minutes after naming them. Digit span revealed deficits in attention and concentration: six digits forward and two digits in reverse. She could follow and understand a simple three-step command. Constructional abilities were below average. Jane was able to write a simple sentence and read and follow a simple command. She was able to verbally abstract the proverb: "People in glass houses shouldn't throw stones" ("Shouldn't criticize other people when doing things yourself that could be criticized"). She responded to similarities with average abilities in abstract reasoning and intelligence: ball and orange are "round," piano and drum are "musical instruments," prison and zoo have "living things in cages."

**CURRENT STATUS AND ACTIVITIES OF DAILY LIVING:** Denise reported that on a normal day, she sleeps on the couch since it is too cold in her room. She can do housework, but not to normal levels. Her yard "is a disaster" because she "can't keep up." She can do the laundry and can cook, but sometimes forgets (starts things, but forgets they are

01/29/2007   11:13     5036175...9

PAGE  08/10

Confidential: Subramaniam          Page 6          1/29/2007

in the oven). She works on projects during the day with breaks and a heating pad and tries to do housework in between. She needs more physical activity and thinks her weight gain has something to do with this. Denise has a good support system with her friends and family. She states it is harder to read and focus than it used to be and falls asleep, but if the task is important, short, and for work, she can do it. She gets away from distraction. She stated she can manage funds, shop, and take care of her personal hygiene. She stated she is functioning again after a period of three months of stress over "them trying to steal the house" and pain from a "pinched nerve from her neck to her back to her arm."

Denise averages $500 per month from the work that she does and is trying to get a bigger project. Even if she does "it will still be tight." Financially, she says she owes her friends and family about $15,000. She has had to declare bankruptcy. Denise stated her "skills are too stale for corporate," and she has been "self-employed for so long" and is not making enough. Now she believes she is no longer competitive because she is older and has no degree in computer science. Denise borrowed $25,000 against her house to start her business, but underfunding and clientele (little projects don't provide enough income) have caused the business to go under. She is "waiting for it to turn around" and feels she is spinning her wheels on these little projects. Denise feels she needs a steady income to survive until she can get her business going. She has a portfolio, but is still struggling without a cashflow and the stress. She feels she could "turn it around" if she had "some breathing space." She mentioned smaller business development now with open source tools that are free, evidently as tools that she might try to use.

From Denise's perspective, her primary barrier to return to work in the next 12 months is "getting a job – I've tried." She perceives herself as "so stressed out." She states she can "hold it in for limited time (2 hours), but cannot hold it in for 8 hours or she will get fired. In the past, when she didn't see something, she got fired (like her appointment with me when she didn't see my name downstairs and pushed all the clinician's call buttons). Working from home, she "piled on more and more projects" because she couldn't say no, so she became overwhelmed. She was fired because she "missed something and a project took longer than it should have," though she was working 15 hours a day. When she was working website development for a company, she was making less pay ($50,000 a year), was on "7 simultaneous projects," and they were sending her off to a client in "an alien environment" for her (their database and application). She was also paid once a month. She is still trying to deal with her home situation, and can't sit still long enough. Transportation was another barrier, as she shares the car with her daughter. Her hands and back keep her from working at a place like Fred Meyer (her daughter works there). Denise stated she needs naps and gets tired, and doesn't have the stamina for 8 straight work hours.

**DIAGNOSTIC CONSIDERATIONS:** Based on the interview and background information, Denise meets the criteria for the following DSM-IV diagnostic conditions:
Axis I:          314.90 Attention Deficit Hyperactivity Disorder
                 301.13 Cyclic Mood Disorder (Provisional)

01/29/2007  11:13    5036179379                                   PAGE   09/10

Confidential: Subramaniam                Page 7                1/29/2007

Axis II:     V71.09 No Diagnosis, obsessive-compulsive traits
Axis III:    Carpal tunnel in right wrist, joint pain
Axis IV:     Employment problems, financial stress, housing problems
Axis V:      GAF: 52 (current); 57 (highest in past year)

**CONCLUSIONS:** Denise Subramaniam is a 52-year old divorced, Caucasian woman
referred for a psychodiagnostic evaluation who has severe problems with organization,
attention-deficits, distractibility, impulsivity, obsessive-compulsive traits, and anxiety
problems. Her speech was pressured, organizational problems severe, insight limited,
and planning processes somewhat grandiose, so much so that this seems to confirm
Dr. Keys' suspicion of an underlying Cyclic Mood Disorder. Denise believes that if she
had some financial assistance, she might be able to pull things together so that her
home business will succeed, but this does not appear realistic. Her judgment and
insight are severely impaired, her thinking so distractible and tangential, and her current
living circumstances (if lacking as much as she claims), would require the assistance of
a case manager to help her with basic needs (maintaining heat through the winter,
making doctor appointments, staying on medications). Her plan for income and getting
out of her problems in not well-thought out and reflects her impulsivity and lack of
judgment at this time. Mental status examination results indicate problems with
attention and concentration, though intelligence appears at least average overall.

Denise does not appear able to respond appropriately to stress in a normal work
environment or interact with the public or supervisors on an extended basis, though she
has knowledge of proper work behaviors. She is impulsive and lacks insight judgment,
engaged in behaviors that exacerbate her problems, and resists a broader interpretation
of her problems, especially her employment problems which have been masked by
working at home (and even there, her success has apparently deteriorated over time).
She has difficulties with concentration, attention, follow-through and completion of tasks.
She is unlikely to sustain herself with full-time employment within the next 12 months.

If awarded benefits, Denise can manage them independently. Thank you for the
opportunity to evaluate Ms. Subramaniam. If you have any questions, please do not
hesitate to call me at 503-533-9806.

Sincerely,

Sherry L. Harden, Psy.D.
Licensed Psychologist
OR License #1404, Exp. 12/31/07



**Robin A. Bernhoft, MD**
A CENTER FOR
ADVANCED MEDICINE

**Robin A. Bernhoft, MD, FACS**

*MEDICAL DIRECTOR*

February 6, 2009

To Whom It May Concern:

Denise Subramaniam is a patient of mine. She has a medical history of physical and mental impairments that substantially limit several life activities. These impairments have become further aggravated by a current medical condition that severely impacts her immune system and the functioning of her neurological, respiratory, lymphatic, adrenal and endocrine systems; as well as the functioning of her liver and kidneys. She experiences chronic pain throughout her body as a result.

One impairment in particular, her chemical sensitivity, (MCS), has become so acute that she has had to forgo most public and social activities. Denise has no medical insurance and has paid large amounts of her income towards medical care over the past year. Her medical condition is reversible, but it will worsen until she can save enough funds to address the primary source of her condition.

Her employment is her only means to pay for the medical care she needs, so Denise experiences a great deal of stress in regards to asking for accommodation under the Americans with Disabilities Act. She has spoken to Shane Cherry at LAUSD OEHS and was told that several LAUSD employees suffer from MCS and no-perfume zones have been established around their cubicles. She is worried that even though her job performance has always been praised, because she is a contractor, rather than an employee, she will lose her job if she asks for this same accommodation. If she doesn't ask, her diminishing ability to function will certainly affect her job performance.

MCS is not just an aversion to the smells of fragrances and other chemicals used for cleaning, etc. Exposures to these chemicals cause immediate physiological responses in Denise's body. Exposure causes tissue inflammation starting in the sinus area. This in turn causes severe headaches, in part due to alterations in cerebral blood flow analogous to what happens in migraine. Headaches can also, of course, damage Denise's job performance.

Headaches are not the only damage caused by exposure to chemicals. Exposure to chemical irritants worsens her chemical bronchitis. It also causes increased levels of toxicity that cause tissue inflammation throughout her body, worsening her pain, and affecting her ability to concentrate (in part again mediated through changes in cerebral blood flow as has been demonstrated in the medical literature via SPECT scanning).

To make it through a work day, Denise has resorted to taking a great deal of Ibuprofen; I am concerned that she may suffer serious kidney damage from continued exposure to large doses of this drug. She has been wearing a filtering mask, but this is only a marginal help and meant to be worn in short-term high exposure situations, like riding

1200 Maricopa Highway • Suite A • Ojai, California 93023 • phone: 805.640.0180 • fax: 805.640.0181

www.drbernhoft.com



**Robin A. Bernhoft, MD, FACS**

*MEDICAL DIRECTOR*

the elevator to her work station. The mask is not meant to be worn 8 to 10 hours a day while she is working; and it does not provide adequate protection under these circumstances.

I am asking, as her physician and as a person concerned about her welfare, that you please make reasonable accommodation for Denise so as to limit her exposure to the perfumes, colognes and other chemicals that make her sicker while she works so she can continue to do her job at a high level of performance, to the benefit of the LAUSD.

Sincerely,

Robin A Bernhoft, MD

Denise Subramaniam
115 E. Del Mar Blvd., Apt 102
Pasadena, CA 91105

Archstone at Del Mar Station
Pasadena, CA 91105

November 19, 2008

To Whom It May Concern,

I disclosed that I suffer from severe Multiple Chemical Sensitivity (MCS) and that no chemicals could be used in my living space. MCS is a disability protected under the Americans with Disability Act (ADA). Over the past three months there has been excessive use of chemicals in the hallway outside my apartment, as well as, in the elevators leading to my car parked in the parking garage.

Even though I wear a mask to filter these chemicals and a personal air purifier, the excessive amount of chemicals used, either as pesticides or fragrances in cleaning products, are overwhelming and cause immediate headaches. These chemicals leak into my apartment through the space under the doorway. When I am home I use a towel to block this seepage, but while I am away at work I cannot block it. When I return home I have to run the stove fan for over two hours to clear the smell of the chemicals from my kitchen. This morning I could still smell the chemicals in my kitchen. Last night I had to take high doses of ibuprofen to sleep because I had such a bad headache. This has been happening too often.

My doctor wants me to reduce the use of ibuprofen because it is damaging my liver and kidneys. I have been very sick these past three months. I have no medical insurance and to pay for my exceptionally high medical costs due to my disabilities and I need to remain well enough to continue to work and earn income. This is becoming an increasingly difficult struggle. I used to be able to count on my apartment as the one place where I could breathe clean air. Now I cannot.

I am making a formal request under the ADA for you to accommodate my disability and cease using harsh chemicals and fragrances in the hallway outside my apartment and in the elevators I must use to get to my car.

Even though few people are as sensitive to these chemicals as I am, at least 17% of the population suffers from some amount of chemical sensitivity. Few people like overpowering fragrances, and most will associate them with cheapness, as it is typically cheap brands of perfumes and cleaning products that use such overpowering fragrances. Is this the image you want for Archstone? If you are having problems leasing apartments, this could be a reason. There are plenty of natural and unscented green products on the market today. I am paying a high rent to live at Archstone. I expect better than this.

Sincerely,

Denise Subramaniam
971-275-7618

**Note:** To protect my medical privacy I have made public only a portion of my medical records to verify my claims about my disabilities.

The following excerpts are from a Neuropsychological Evaluation done on me in 1989 at the St. Louis University Medical Center to determine whether I had learning disabilities. The results showed significant memory deficits, problems with attention and concentration, impaired motor performance and some brain dysfunction due to a history of premature birth and a near drowning as a child.

Results also showed that I had developed compensatory skills that allowed me to perform at an average level, but that I worked harder than most to achieve good grades; and my subsequent career in software.

I did well in life in spite of my disabilities until 2005 and 2006 when I became a victim of mortgage fraud.



## St. Louis University Medical Center

*The Knowledge • The Technology • The Care*

**School of Medicine**

3660 Vista Ave., Rm. 303
St. Louis, MO 63110

(314) 577-6082

**Department of Neurology**

QUALITATIVE NEUROPSYCHOLOGICAL EVALUATION

Patient Name: Denise Laydoo Subramaniam
Date of Birth: September 16, 1989
Education: 4th year in college
Dates of Evaluation: October 27, & November 1, 1989
Referred by: Ronda Guffey, Department of Rehabilitation Services

Memory Functions/Learning

1. She earned a Wechsler Memory Scale-Revised (WMS-R) Verbal Memory Index of 64 (Defective Range) and a Visual Memory Index of 103 (Average Range). This is a substantial discrepancy between indices that would tend to suggest impairment of verbal memory. Her visual memory is commensurate with her level of intelligence, but verbal recall is most significantly lower. An analysis of subscale scores and performance suggests that her verbal memory seems sensitive to deficiencies in attention and concentration. A more specific breakdown is offered below:

   a. Verbal Memory. Immediate memory for details from short news-type stories presented verbally was at the 2nd percentile. She recalled only 12% of the total number of details. She learned a series of eight word pairs within 3 trials. The total number of correctly recalled pairs was low, primarily due to very poor performance on the first trial that contrasted with a second trial that was reasonably good, which may have reflected attentional difficulties.

   b. Visual Memory. She recognized 3 of 10 complex designs that had been briefly shown to her, which is a poor performance. She learned a series of six visual pairs (colors and abstract designs) within 4 trials, which is slightly slower than expected. However, the total number of pairs she was able to remember over 3 trials was average. She reproduced 39 of 41 details from geometric figures immediately after each was presented for a 10 second viewing. This placed her performance at the 98th percentile.

   c. Attention/Concentration. She earned an Attention/Concentration Index of 69 (Defective Range). She recited the alphabet, counted backward from 20, and added by 3's within normal time limits. Repetition of orally presented series of digits was well below normal. She scored at the 16th percentile when repeating the series forward. However, her performance was only at the 3rd percentile when required to repeat the series backward. Reproduction of visually presented sequences was also below normal. In this case she scored at the 3rd percentile when repeating the sequences forward, but at the 25th percentile repeating sequences backward.

   d. Delayed Recall. She earned a Delayed Recall Index of 86 (Low Average Range). After a 30 minute delay she remembered 100% of the details she had previously remembered from the verbally presented news-type stories. Delayed recall of visual pairs was average, at the same level as her initial performance. Delayed recall of verbal pairs was poor, at the same level as her initial performance. Finally, she remembered 79% of the details from the geometric figures she had previously drawn from immediate memory--an average performance.

Psychomotor Functions

1. Performance on a visual-motor tracking task that requires the simultaneous sequencing of two well known series (numbers and letters) was into the impaired range in terms of time of performance, but she correctly alternated the numbers and letters.

2. Speed on a complex psychomotor task was also impaired. This is complex because it combines rapid gaze shifting, rapid motor movement and appropriate reproductions of symbols.

3. On a visual-motor tracking task that required simple number to number sequencing her performance was within normal limits.

Motor Functions

1. Fine motor speed and flexibility on finger oscillation was impaired. Both hands were slower than normal time limits. However, slowing was more evident in her dominant (right) hand than her non-dominant hand.



Her performance on the Wechsler Memory Scale-Revised, at first glance, suggests that her reported college performance is quite good given her very poor Verbal Memory Index. Closer analysis suggests that she does indeed have difficulty with verbal memory, probably secondary to problems with attention and concentration which seem to have little effect on her visual memory functions. She seems to show a lag in shifting her attention with orally presented material (written material is not included in the Verbal Memory Index). Once her attention has shifted, which often requires one or two learning trials, she then seems to learn the auditory material. It seems likely that she would have less trouble with written information because of the visual input involved.

At least one compensatory mechanism was in evidence during the assessment through her very structured way of organizing tasks when the opportunity was available. This behavior tends to reduce distractions and would facilitate her learning. In all, this does suggest that she must work very hard for the grades that she gets and that her current compensatory mechanisms and motivation serve her well.

The family history that she gave would suggest the possibility of a genetic component in the attentional deficit described by this assessment. However, her history of prematurity and an aborted drowning suggests an element of "minimal brain dysfunction" operating at the same time, in that her psychomotor speed and speed of performance on divided attention tasks were significantly lower than her overall cognitive ability level.



BEAVERTON FAMILY CENTER
14195 SW Millikan Way ✦ Beaverton, Oregon 97005
phone: 503.644.2545 ✦ fax: 503.644.0379

To Whom It May Concern:

I began services with Denise on September 21, 2006 after she was referred for intake and evaluation by the Washington County Crisis team due to depression and anxiety symptoms which have been exacerbated by her "major" stressors of self-employment, financial dificulties, and current foreclosure on her residence. She reports a historical diagnosis of ADHD and ability to manage her symptoms in the past, but that this past "year of stress" has taken away her ability to do this successfully.

Adult ADHD is marked by multiple symptoms, including: a short attention span or distractability, restlessness, impulsivity, poor organization, problems getting started and following through, negative internal feelings (i.e. depression), tendency to get stuck on thoughts or behaviors, low energy, stimulation sensitivity, and sleep/wake difficulties. Without management of these symptoms ADHD can become debilitating.

She reports some reduction in symptoms since beginning medication management, as well as receiveing individual counseling for stress reduction and ADHD management.

Sincerely,

Travis Waits, MA, MFT

**This was submitted in camera to Judge Mosman in Case No: 3:12-CV-1681-MO TER along with other medical records to support a motion for medical continuance that he denied and then dismissed the case with prejudice.**

CURRENT HEALTH PROBLEMS





These two pictures show the reactions I've been dealing with the past six weeks or so. I'm also having asthma attacks and hacking up this hard stuff from my lungs which exhausts me. The pictures below show the stuff I'm hacking from my lungs. This has happened before. My doctor said it was chemical bronchitis. It hasn't bothered me so much the past few months now it has become bad again. This is painful.





The only way for me to stop this is to avoid exposures, which also means avoiding public spaces where people wear perfumes and other fragrances and chemicals that adhere to their clothing and where harsh chemicals and fragrances are used to clean carpets and other surfaces in rooms and buildings.





These two pictures show reactions on other parts of my body. The face reaction is very painful, but this redness on other parts of my body also happens and the doctors don't know what is causing this specific reaction yet.

Just so you can see that this is not the normal way I look below is a photo my daughter took a couple months ago.





This picture a friend took when we met at a New Seasons. Unfortunately this is the way I look in public. It's the only way to protect me from these kinds of reactions, and worse.



These pictures show the sores on my scalp that I mentioned in one of my pleadings. There have been times that my head hurt so much from these sores that I cried when I laid my head down to sleep. The doctors seem to think these are caused by stress.

I need some time to get over these constant reactions I'm experiencing now.

I am embarrassed to have to show you these horrible photos, but I'm afraid that if I don't you will not understand to what level I'm disabled and how badly I'm affected by stress and exposures. These physical reactions are only part of the problem. Exposures affect my thinking; my cognitive functioning. My brain gets foggy and can't focus or think straight.

You've already denied my motion for access the electronic filing system, and this causes me significant hardship. Each time I have to make a trip downtown to the courthouse and expose myself to the environment in public buildings my body and my brain take a hit. I typically am unable to function for the rest of the day and need to lay down when I get home.

I am terrified of the oral argument hearing because without accommodation my brain could become so disoriented and unfocused I won't be able to argue my case. This would be completely unfair, unjust and it would be discrimination because of my disabilities. The stress and exposures of that situation could wipe me out for days, weeks or even months.

I have no consistency in my health situation. I don't know how well I can function from day to day. I have bad days, very bad days when I can't even get out of bed and good days which are way below the standard of what I might have considered a "good" day six years ago; and I'm sure it is much further below the standard you and most other people would consider a "good" day. I grieve for the loss of the intellectual stimulation of working with colleagues who understood and enjoyed the technology I loved, the databases and program code and team effort to resolve a problem, as much as I grieve for the loss of income and credit.

I've been reduced to a pauper who has to beg for everything. I hate having to ask for special consideration, but the fact is that if this court doesn't recognize the limitations of my disabilities and accommodate them then I will be denied justice and due process.

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## Discharge Summaries

**Discharge Summaries by David J Stoy, MD at 12/5/2015 14:35**                    Version 1 of 1

| | | |
|---|---|---|
| Author: David J Stoy, MD | Service: Internal Medicine | Author Type: Physician |
| Filed: 12/5/2015 14:35 | Note Time: 12/5/2015 14:35 | Status: Signed |
| Editor: David J Stoy, MD (Physician) | | |



DISCHARGE SUMMARY


Patient:                 Denise Subramaniam
DOB:                     9/16/1954
MRN:                     20003270928

Date of Admission:       12/5/2015
Date of Discharge:       12/5/2015

Primary Care Provider:   Megan L. Mudrick, MD

Admitting Provider:      Anagha Abasaheb Deshmukh, MD
Discharging Provider:    David J Stoy, MD


Discharge Diagnoses:
Principal Problem:
  Nonsustained ventricular tachycardia
Active Problems:
  Anxiety state
  Fibromyalgia
  Multiple chemical sensitivity syndrome
  Atypical chest pain
  Obesity (BMI 30.0-34.9)
Resolved Problems:
  * No resolved hospital problems. *


Consultants: Cardiology - Emilia Arden

Procedures/Imaging:
Echocardiogram 12/5/2015
Rhythm: Bradycardia. HR 54 and BP 99/51. CONCLUSIONS: Normal left ventricular size and systolic function. EF 60%. No segmental wall motion abnormality. Normal right ventricular size and systolic function. Normal diastolic function. Normal aortic, mitral and pulmonic valve structure and function. Trace of tricuspid valve regurgitation with normal pulmonary pressure. No pericardial disease.

Chest xray PA-Lateral  12/5/2015

| PHS OREGON ROI | SUBRAMANIAM,DENISE |
|---|---|
| 4400 NE Halsey Street | MRN: 20003270928 |
| Portland OR 97123 | DOB: 9/16/1954, Sex: F |
| | Adm: 12/5/2015, D/C: 12/5/2015 |

## Discharge Summaries (continued)

**Discharge Summaries by David J Stoy, MD at 12/5/2015 14:35 (continued)**      Version 1 of 1

COMPARISON: 8/31/2014. HISTORY: Chest xray. FINDINGS: The lungs are clear without consolidation or edema. No pneumothorax or pleural effusion. Mediastinal silhouette is unremarkable. Heart size is normal. No acute osseous abnormality evident in the spine or chest wall. IMPRESSION: No acute abnormality of the chest.

Notable Labs:

| Component<br>*Latest Ref Rng* | 12/5/2015 | 12/5/2015 |
|---|---|---|
| | 0426 | 1235 |
| TROPONIN-I<br>*0.00 - 0.05 ng/mL* | <0.01 | <0.01 |

| Component<br>*Latest Ref Rng* | 12/5/2015 |
|---|---|
| WBC<br>*3.5 - 11.0 10:9/L* | 7.8 |
| Hgb<br>*11.7 - 15.7 g/dL* | 13.5 |
| Hct, Final<br>*34.9 - 46.9 %* | 40.3 |
| MCV<br>*80.0 - 100.0 fL* | 86.4 |
| RDW-CV<br>*11.5 - 14.5 %* | 13.0 |
| Platelet Count<br>*140 - 444 10:9/L* | 223 |
| NEUTROPHILS ABS<br>*1.8 - 8.0 10:9/L* | 4.4 |
| LYMPHOCYTES ABS<br>*1.0 - 4.8 10:9/L* | 2.4 |
| MONOCYTES ABSOLUTE<br>*0.0 - 0.8 10:9/L* | 0.7 |
| NA<br>*135 - 144 mmol/L* | 140 |
| K<br>*3.7 - 5.5 mmol/L* | 4.1 |
| CL<br>*99 - 110 mmol/L* | 105 |
| CO2<br>*20 - 31 mmol/L* | 28 |
| GLUCOSE<br>*60 - 99 mg/dL* | 115 (H) |
| BUN<br>*6 - 23 mg/dL* | 17 |
| CREA<br>*0.60 - 1.30 mg/dL* | 0.70 |
| Calcium<br>*8.3 - 10.4 mg/dL* | 9.1 |
| ALK PHOS | 73 |

| | |
|---|---|
| PHS OREGON ROI<br>4400 NE Halsey Street<br>Portland OR 97123 | SUBRAMANIAM,DENISE<br>MRN: 20003270928<br>DOB: 9/16/1954, Sex: F<br>Adm: 12/5/2015, D/C: 12/5/2015 |

## Discharge Summaries (continued)

**Discharge Summaries by David J Stoy, MD at 12/5/2015 14:35 (continued)**          Version 1 of 1

| | |
|---|---|
| *32 - 110 IU/L* | |
| BILIRUBIN TOTAL<br>*0.2 - 1.2 mg/dL* | 0.8 |
| AST (SGOT) (REF)<br>*11 - 39 IU/L* | 16 |
| ALT (SGPT) (REF)<br>*6 - 42 IU/L* | 27 |
| Total protein<br>*6.1 - 8.0 g/dL* | 6.4 |
| ALBUMIN<br>*3.2 - 4.9 g/dL* | 4.2 |
| EGFR IF NOT AFRICAN AMERICAN<br>*>=60 mL/min/1.73 m2* | >60 |

Reason for Hospital Admission: Briefly, Ms Denise Subramaniam is a 61 y.o. female with severe fibromyalgia, osteoarthritis, chemical hypersensitivity, and mild intermittent asthma admitted for evaluation of Left-sided chest pains starting at midnight. Intermittent until 4AM when she presented to ER.

Hospital Course by Problem: Please refer to the H&P for full details. Echocardiogram showed normal LV systolic and diastolic function. Normal valves without wall motion abnormalities. Left-sided chest pains resolved. No further non-sustained VTach events on telemetry. Serial troponin are unremarkable. Discharge home with Holter monitor and plan for outpatient Bruce protocol exercise stress test. Follow up with PCP and cardiology clinics.

Pending labs and studies: Lipid panel. Holter monitor and outpt exercise stress test.

## Discharge Medications

**New Medications**

| | Details |
|---|---|
| **acetaminophen 325 mg tablet** | Take 1-2 tablets by mouth every 6 hours as needed for Pain.<br>aka: TYLENOL |
| **aspirin 81 mg chewable tablet** | Take 1 tablet by mouth Daily. |
| **nitroglycerin 0.4 mg SL tablet** | Place 1 tablet under the tongue every 5 minutes as needed for Chest pain.<br>aka: NITROSTAT |

**Unchanged Medications**

| | Details |
|---|---|
| **albuterol 2.5 mg/3 mL nebulizer solution** | Take 3 mLs by nebulization every 4 hours as needed for Wheezing or Shortness of Breath. |
| **fluticasone 50 mcg/nasal spray** | 1 spray by Nasal route 2 times daily.<br>aka: FLONASE |
| **gabapentin 300 mg capsule** | take 1 capsule by mouth every morning then 1 capsule at noon then 2 capsules AT NIGHT |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## Discharge Summaries (continued)

**Discharge Summaries by David J Stoy, MD at 12/5/2015 14:35 (continued)**    Version 1 of 1

|  | Details |
|---|---|
|  | aka: NEURONTIN |
| **meloxicam 15 mg tablet** | take 1/2 tablet by mouth daily if needed for pain |
|  | aka: MOBIC |
| **oxyCODONE 5 mg tablet** | Take 1-2 tablets by mouth every 4 hours as needed for Pain. |
|  | aka: ROXICODONE |

Condition at Discharge:
Improved

Disposition:
Home

Current Support:
Family
Friend

Services Ordered:
None

Follow-up Information:
No follow-up provider specified.

Close outpatient follow-up recommended: Yes
Complex case management needed: No

Code Status:
Full Code

The patient was seen and examined by me today and greater than 30 minutes were spent on processing their hospital discharge and coordinating their post-hospital care.

Electronically signed by: David J Stoy, MD, 12/5/2015 14:25
Providence St Vincent Medical Center

Signed by David J Stoy, MD on 12/5/2015 14:35

## ED Notes

**ED Provider Notes by Barbara Wayson, MD at 12/5/2015  4:54**    Version 1 of 1

| | |
|---|---|
| PHS OREGON ROI<br>4400 NE Halsey Street<br>Portland OR 97123 | SUBRAMANIAM,DENISE<br>MRN: 20003270928<br>DOB: 9/16/1954, Sex: F<br>Adm: 12/5/2015, D/C: 12/5/2015 |

## ED Notes (continued)

**ED Provider Notes by Barbara Wayson, MD at 12/5/2015  4:54 (continued)**                    Version 1 of 1

Author:  Barbara Wayson, MD          Service:  Emergency Medicine          Author Type:  Physician
Filed:  12/5/2015  6:56               Note Time:  12/5/2015  4:54           Status:  Signed
Editor:  Barbara Wayson, MD (Physician)

### EMERGENCY DEPARTMENT ENCOUNTER

## CHIEF COMPLAINT
Chief Complaint
Patient presents with
  • Chest Pain


## HPI
Denise Subramaniam is a 61 y.o. female who presents via private car with h/o chest pain that awoke the patient about midnight tonight.  She says she's had off and on since then, described as a dull heaviness over her mid left chest without radiation.  She had no associated shortness of breath or sweatiness although she did feel a bit nauseated.  She's had right-sided chest pain before but not this type chest pain on the left.  No unusual activity today.  No recent fevers, new productive cough.  Patient has history of extensive sensitivities to fumes/chemicals, so she has trouble with rhinitis and postnasal drip.

Cardiac risk factors:
Tobacco-NO
Hypertension-NO
Diabetes-NO
High cholesterol-borderline
Family history-NO


## PAST MEDICAL HISTORY
Past Medical History

| Diagnosis | Date |
|---|---|
| • Fibromyalgia | |
| • Arthritis | |
| • Asthma | |
| • Fibromyalgia | |


## CURRENT MEDICATIONS
Previous Medications

| | |
|---|---|
| ALBUTEROL 2.5 MG/3 ML NEBULIZER SOLUTION | Take 3 mLs by nebulization every 4 hours as needed for Wheezing or Shortness of Breath. |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 0.5-1 tablets by mouth 3 times daily as needed for Muscle spasms. |
| DOCUSATE SODIUM (COLACE) 100 MG CAPSULE | Take 1-2 capsules by mouth Daily. |
| FLUTICASONE (FLONASE) 50 MCG/NASAL SPRAY | 1 spray by Nasal route 2 times daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | take 1 capsule by mouth every morning then 1 capsule at noon then 2 capsules AT NIGHT |
| MAGNESIUM PO | Take  by mouth. |
| MELOXICAM (MOBIC) 15 MG TABLET | take 1/2 tablet by mouth daily if needed for pain |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## ED Notes (continued)

**ED Provider Notes by Barbara Wayson, MD at 12/5/2015 4:54 (continued)** — Version 1 of 1

| | |
| --- | --- |
| ONDANSETRON (ZOFRAN ODT) 4 MG DISINTEGRATING TABLET | Take 1 tablet by mouth every 8 hours as needed for Nausea. |
| OXYCODONE (ROXICODONE) 5 MG TABLET | Take 1-2 tablets by mouth every 4 hours as needed for Pain. |

## ALLERGIES

**Allergies**

| Allergen | Reactions |
| --- | --- |

- Corn Oil
- Dust Mite Extract
- Gluten
- Lecithin
- Molds & Smuts
- Penicillins
  *Never take because family history of that*
- Soybean
  *Unable to sleep.*
- Uncoded Nonscreenable Allergen
  *Several antibiotics "check with OIHSU"*

## FAMILY HISTORY
No family history on file.

**Social History:** Marital Status: single. She reports that she has quit smoking. She has never used smokeless tobacco.. She reports that she does not drink alcohol.

## REVIEW OF SYSTEMS
Complete ROS is otherwise negative other than included in HPI.

## PHYSICAL EXAM
**VITAL SIGNS:**

| ED Triage Vitals | | |
| --- | --- | --- |
| Enc Vitals Group | | |
| BP | 12/05/15 0409 | **117/69 mmHg** |
| Pulse | 12/05/15 0409 | **75** |
| Resp | 12/05/15 0409 | **16** |
| Temp | 12/05/15 0409 | **36.7 °C (98.1 °F)** |
| Temp Source | 12/05/15 0409 | **Oral** |
| SpO2 | 12/05/15 0409 | **95 %** |
| Weight | -- | |
| Height | -- | |
| Head Cir | -- | |
| Peak Flow | -- | |
| Pain Score | -- | |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## ED Notes (continued)

ED Provider Notes by Barbara Wayson, MD at 12/5/2015  4:54 (continued)                    Version 1 of 1

| Pain Loc | -- | |
| Pain Edu? | -- | |
| Excl. in GC? | -- | |

This is a healthy appearing patient with good coloring, awake and alert in NAD.

**HENT:**  Atraumatic, Mucous Membranes moist.

**Eyes:**  PERRL, Conjunctiva normal.

**Respiratory:**  Normal breath sounds, symmetrical and fields clear throughout.

**Cardiovascular:**  Normal RRR. With Normal S1, S2. No murmurs appreciated.  2+ carotids without bruits.

**GI:**  Bowel sounds present. Soft,nontender throughout. No masses, No pulsatile masses.

**Musculoskeletal:**  2+ distal pulses throughout.  No evidence of edema.

**Skin:**  warm and dry.

**Neurologic:**  Alert & oriented.

## ER Data:

EKG: Normal sinus rhythm without acute changes.  Slight coving of ST segment in V2.  PR-164.  QTC-422. No delta wave.

LABS: CBC, CMP-normal.  Troponin<0.01.

RADIOLOGY: Chest x-ray-normal.



## DIFFERENTIAL DIAGNOSIS, MEDICAL DECISION MAKING & ED COURSE

**Patient was triaged to room 13 and then moved to room 9.  She was placed on a cardiac monitor and was found to be in normal sinus rhythm.  EKG was obtained that did not show acute ST wave changes. The QTc was 422, normal.  No evidence of a delta wave.**

| PHS OREGON ROI | SUBRAMANIAM,DENISE |
|---|---|
| 4400 NE Halsey Street | MRN: 20003270928 |
| Portland OR 97123 | DOB: 9/16/1954, Sex: F |
| | Adm: 12/5/2015, D/C: 12/5/2015 |

**ED Notes (continued)**

**ED Provider Notes by Barbara Wayson, MD at 12/5/2015  4:54 (continued)**                          Version 1 of 1

Shortly after arrival into the room with the nurse in the room, alarm went off and appeared to have a wide complex tachyarrhythmia.  Nurse confirm the patient was lying still at this time.  She complained of some mild funny feeling in her chest but no other symptoms.  Wide complex tachyarrhythmia resolved on its own.  It lasted a total of 44 beats.  She had no further arrhythmias in the department.  She was given 4 baby aspirin and an inch of Nitropaste was placed to her chest.

Her chest x-ray was normal as were her labs.  Obviously I'm concerned about the possibility of ventricular tachycardia versus an apparent SVT.  These could be symptoms of a cardiac ischemia as well given that she's having chest pain.  Her troponin was drawn about 4 hours after onset of chest pain.

Case was discussed with the hospitalist as well as Emilia Arden of cardiology.  She will consult on the patient.  Patient has mild headache.  Nitroglycerin is given ibuprofen at this time.  She is being admitted to telemetry.

**FINAL IMPRESSION**

Final diagnoses:
Tachyarrhythmia
Chest pain, unspecified chest pain type

Barbara Wayson, MD
12/05/15 0656

Signed by Barbara Wayson, MD on 12/5/2015  6:56

**ED Notes by Katie M Schmidlin, RN at 12/5/2015  6:20**                          Version 1 of 1

| Author:  Katie M Schmidlin, RN | Service:  (none) | Author Type:  Registered Nurse |
|---|---|---|
| Filed:  12/5/2015  6:20 | Note Time:  12/5/2015  6:20 | Status:  Signed |
| Editor:  Katie M Schmidlin, RN (Registered Nurse) | | |

# ORIENTATION:

| | |
|---|---|
| Confused/Impaired: | no |
| Pulling at Lines: | no |
| Unable to use call lights: | no |
| Suicidal Ideations: | no |
| If YES: consider integrated bed | |

# MOBILITY:

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

**ED Notes (continued)**

**ED Notes by Katie M Schmidlin, RN at 12/5/2015  6:20 (continued)**                    Version 1 of 1

Is patient > 350 lbs?                    no
Mobility issues?                    no
*If YES:*
Unable to stand?        N/A
Multiple person assist?  N/A

# ISOLATION:

Airborne Isolation or Negative pressure room?        no
*If YES:*
what diagnosis?        N/A

# COMPROMISED:

Trach? (RT accompany with transport)        no
Vent?  (RT accompany with transport)        no
*If YES:*
night only vent?        N/A

# LANGUAGE:

Patient able to communicate in English?        Yes

# SPECIAL CONSIDERATIONS? no
*ED RN CONTACT NUMBER:  X61336*

Signed by Katie M Schmidlin, RN on 12/5/2015  6:20

**ED Notes by Tricia R Macy, RN at 12/5/2015  5:12**                    Version 1 of 1

| Author: Tricia R Macy, RN | Service: (none) | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/5/2015  5:12 | Note Time: 12/5/2015  5:12 | Status: Signed |
| Editor: Tricia R Macy, RN (Registered Nurse) | | |

Bed: ED09
Expected date:
Expected time:
Means of arrival:
Comments:
Hold for 13

Signed by Tricia R Macy, RN on 12/5/2015  5:12

| | |
|---|---|
| PHS OREGON ROI<br>4400 NE Halsey Street<br>Portland OR 97123 | SUBRAMANIAM,DENISE<br>MRN: 20003270928<br>DOB: 9/16/1954, Sex: F<br>Adm: 12/5/2015, D/C: 12/5/2015 |

## ED Notes (continued)

### History & Physicals

**H&P by David J Stoy, MD at 12/5/2015 11:27**                                      Version 1 of 1

| | | |
|---|---|---|
| Author: **David J Stoy, MD**<br>Filed: **12/5/2015 12:50**<br>Editor: **David J Stoy, MD (Physician)** | Service: **Internal Medicine**<br>Note Time: **12/5/2015 11:27** | Author Type: **Physician**<br>Status: **Signed** |

Providence St. Vincent Medical Center
HOSPITALIST HISTORY AND PHYSICAL

| | |
|---|---|
| Patient Name: | Denise Subramaniam |
| DOB: | 9/16/1954 |
| MRN: | 20003270928 |
| Date of Admission: | 12/5/2015 |
| Date of Service: | 12/5/2015 |

| | |
|---|---|
| Primary Care Provider: | Megan L. Mudrick, MD |
| Admitting Provider: | David Stoy, MD |

**CHIEF COMPLAINT / REASON FOR ADMISSION**
Intermittent Left-sided chest pain x4 hours
Non-sustained VTach

**ASSESSMENT AND PLAN**
Mrs Denise Subramaniam is a 61 y.o. female with severe fibromyalgia, osteoarthritis, chemical hypersensitivity, and mild intermittent asthma admitted for evaluation of Left-sided chest pains starting at midnight. Intermittent until 4AM when she presented to ER.

Atypical Left-sided chest pain: onset acutely at rest, awoke from sleep. Not improved with nitro. ER gave aspirin 325mg x1. Initial troponin not elevated. CXR was unremarkable for opacity, Aortic dilation, etc. No personal or family history of DVT or pulmonary embolism. Consider atypical anginal equivalent in middle age female with risk factors including pre-diabetes, controlled HL, and ex-smoker. No family hx of cardiac disease. We appreciate cardiology recommendations.
-- echo ordered, results pending - if normal EF and without wall motion abnl plan to discharge with Holter monitor and outpt exercise stress test.
-- admit to telemetry. Trend troponins
-- supportive care: NTG prn, supplemental oxygen, antiemetics, etc.

Non-sustained ventricular tachycardia: present in ER. Differential diagnosis includes electrolyte disturbance, caffeine / substance use, or hypoxia.
Fibromyalgia: continue gabapentin TID. She was on home oxycodone, but is no longer taking. She reports this was diagnosed by Rheumatologist and currently well managed.
Mild intermittent asthma: was on home albuterol inhaler and fluticasone.
Osteoarthritis: on home meloxicam.

| | |
|---|---|
| PHS OREGON ROI | SUBRAMANIAM,DENISE |
| 4400 NE Halsey Street | MRN: 20003270928 |
| Portland OR 97123 | DOB: 9/16/1954, Sex: F |
| | Adm: 12/5/2015, D/C: 12/5/2015 |

## History & Physicals (continued)

**H&P by David J Stoy, MD at 12/5/2015 11:27 (continued)**          Version 1 of 1

Hx of tobacco use: quit 35 years ago. We strongly encouraged abstinence with asthma, chest pain, and "chemical hypersensitivity"
Chemical hypersensitivity disorder: patient wears mask in public places and lives in chemical-reduced housing.
Obesity: BMI of 32.45 chronic and complicates all aspects of care.

Medication Reconciliation Completed:  Yes

DVT prophylaxis: DVT risk is low - no prophylaxis necessary

Code Status: Full code. Discussed with patient.
Disposition: This patient will be placed in observation status.

Time: Admission took place entirely on 12/5/2015.

**HISTORY**

History obtained from: patient and past medical records

Denise Subramaniam is a 61 y.o. female ex-smoker with severe fibromyalgia, arthritis and asthma who presented to the ED for evaluation of chest pain. She woke up around early this morning with left-sided chest pain that she says has been off and on since then. She says that when she was on her back the pain would go away.  She describes the pain as a dull heaviness over her mid left chest without radiation.   She has a history of fibromyalgia and says that she is "good at blocking out pain". She had a surgery for fibromyalgia in March and since then has been improving.  She said the severity of the chest pain was 2-3/10. The pain persisted from around midnight until 2-3 when she came to the ED. She denies associated shortness of breath and diaphoresis and rapid heartbeats. While in the ED she had an arrhythmia seen on EKG, during that time she experienced some chest pain.

About 2-3 years ago she had a sharp pain that was reportedly due to gallstones. She changed her diet but didn't seek medical treatment at that time.  Patient has had a large amount of stress lately. She is fighting a "fraudulent foreclosure'' and has a large financial burden. Case was discussed with day RN (Shelly) and Dr Emilia Arden (NW cards).

Emergency Department Course:
Upon admission the patient was afebrile with HR of 55 and BP of 101/61. Initial workup in the ED was grossly unremarkable including troponin of 0.01. CXR showed no acute abnormality of the chest. Patient was given ASA, ibuprofen, lorazepam and NTG while in the ED.

Medications
**LORazepam (ATIVAN) injection 0.25 mg (0.25 mg Intravenous Not Given 12/5/15 0459)**
**albuterol 2.5 mg/3 mL nebulizer solution 2.5 mg (not administered)**
**fluticasone (FLONASE) 50 mcg/nasal spray 1 spray (1 spray Nasal Not Given 12/5/15 0837)**
**gabapentin (NEURONTIN) capsule 600 mg (not administered)**
**gabapentin (NEURONTIN) capsule 300 mg (300 mg Oral Not Given 12/5/15 0840)**
**oxyCODONE (ROXICODONE) tablet 5 mg (not administered)**
**aspirin chewable tablet 81 mg (81 mg Oral Not Given 12/5/15 0837)**
**nitroglycerin (NITROSTAT) SL tablet 0.4 mg (not administered)**
**aluminum & magnesium hydroxide-simethicone (MAALOX REGULAR STRENGTH) 200-200-20 mg/5 mL suspension 20 mL (not administered)**
**ondansetron (ZOFRAN) injection 4 mg (not administered)**
**ondansetron (ZOFRAN ODT) disintegrating tablet 4 mg (not administered)**

| PHS OREGON ROI | SUBRAMANIAM,DENISE |
|---|---|
| 4400 NE Halsey Street | MRN: 20003270928 |
| Portland OR 97123 | DOB: 9/16/1954, Sex: F |
| | Adm: 12/5/2015, D/C: 12/5/2015 |

## History & Physicals (continued)

**H&P by David J Stoy, MD at 12/5/2015 11:27 (continued)**                                    Version 1 of 1

bisacodyl (DULCOLAX) suppository 10 mg (not administered)
polyethylene glycol (MIRALAX) powder 17 g (not administered)
docusate sodium (COLACE) capsule 100 mg (not administered)
traZODone (DESYREL) tablet 25 mg (not administered)
acetaminophen (TYLENOL) tablet 325-650 mg (not administered)
aspirin chewable tablet 324 mg (324 mg Oral Given 12/5/15 0454)
nitroglycerin (NITRO-BID) 2% ointment 1 inch (1 inch Topical Given 12/5/15 0459)
ibuprofen (ADVIL, MOTRIN) tablet 400 mg (400 mg Oral Given 12/5/15 0643)
ibuprofen (ADVIL, MOTRIN) tablet 400 mg (400 mg Oral Given 12/5/15 1118)


Review of Systems: A complete 10 system review of systems was completed and negative except as noted in the HPI or here.


Past Medical History:
**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Fibromyalgia | |
| • Arthritis | |
| • Asthma | |
| • Fibromyalgia | |


Past Surgical History:
Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Wisdom tooth extraction | | |
| • Cervical spine surgery | Left | 3/17/2015 |

*Procedure: LEFT C7 T1 POSTERIOR CERVICAL LAMINOTOMY MEDIAL FACETECTOMY & FORAMINOTOMY;  Surgeon: Michael A Sandquist, MD;  Location: OPH MAIN OR*


Home Medications: Reviewed with patient by myself
**Prior to Admission medications**

| Medication | Sig |
|---|---|
| albuterol 2.5 mg/3 mL nebulizer solution | Take 3 mLs by nebulization every 4 hours as needed for Wheezing or Shortness of Breath. |
| fluticasone (FLONASE) 50 mcg/nasal spray | 1 spray by Nasal route 2 times daily. |
| gabapentin (NEURONTIN) 300 mg capsule | take 1 capsule by mouth every morning then 1 capsule at noon then 2 capsules AT NIGHT |
| meloxicam (MOBIC) 15 mg tablet | take 1/2 tablet by mouth daily if needed for pain |
| oxyCODONE (ROXICODONE) 5 mg tablet | Take 1-2 tablets by mouth every 4 hours as needed for Pain. |


Allergies:
**Allergies**

| Allergen | Reactions |
|---|---|
| • Corn Oil | |
| • Dust Mite Extract | |
| • Gluten | |
| • Lecithin | |
| • Molds & Smuts | |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## History & Physicals (continued)

**H&P by David J Stoy, MD at 12/5/2015 11:27 (continued)**                    Version 1 of 1

- Penicillins
  *Never take because family history of that*
- Soybean
  *Unable to sleep.*
- Uncoded Nonscreenable Allergen
  *Several antibiotics "check with OIHSU"*

Family History:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Diabetes | Father | |
| • Other (See Comment) | Father | |
| *supranuclear palsy* | | |
| • Cancer | Mother | |
| *leukemia* | | |
| • Fibromyalgia | Son | |

No family status information on file.

Social History:

**History**

**Social History**

| | |
|---|---|
| • Marital Status: | Single |
| Spouse Name: | N/A |
| Number of Children: | N/A |
| • Years of Education: | N/A |

Occupational History

- Not on file.

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Former Smoker -- 1.00 packs/day for 7 years |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | No |
| *Comment: Neg SBIRT 12-5-15* | |
| • Drug Use: | No |
| • Sexual Activity: | Not on file |

Other Topics                                                                Concern

- Not on file

Social History Narrative

**PHYSICAL EXAM**

| PHS OREGON ROI | SUBRAMANIAM,DENISE |
|---|---|
| 4400 NE Halsey Street | MRN: 20003270928 |
| Portland OR 97123 | DOB: 9/16/1954, Sex: F |
| | Adm: 12/5/2015, D/C: 12/5/2015 |

## History & Physicals (continued)

**H&P by David J Stoy, MD at 12/5/2015 11:27 (continued)**                                    Version 1 of 1

Vital Signs on Arrival:

| Temp: 36.7 °C (98.1 °F) | BP: 117/69 mmHg | Pulse: 75 | Resp: 16 | SpO2: 95 % |
|---|---|---|---|---|

Most Recent Vital Signs:

| Temp: 36.5 °C (97.7 °F) | BP: 99/51 mmHg | Pulse: 51 | Resp: 12 | SpO2: 98 % on  L/min room air |
|---|---|---|---|---|

Admission Weight: Weight: 80.5 kg (177 lb 7.5 oz)        BMI: Body mass index is 32.45 kg/(m^2).

| | |
|---|---|
| General Appearance: | Middle age caucasian female, appears younger than stated age. Patient is well appearing. Loquacious. Obese, friendly, cooperative. |
| Head: | Normocephalic, without obvious abnormality, atraumatic. |
| Eyes: | PERRL, sclera non-icteric, conjunctiva clear, EOM's intact. |
| ENT: | Moist mucous membranes, oropharynx without erythema, exudate or lesion. Normal dentition. |
| Neck: | Supple, normal ROM, no meningismus; JVP not elevated. |
| Lungs: | Clear to auscultation, without wheezes, crackles. Normal respiratory effort. No conversational dyspnea or pauses on RA. |
| Heart: | Rhythm is normal, rate is normal; S1 and S2 are normal without murmur/rub/gallop. Radial and PT pulses 2/4 symmetric |
| Abdomen: | Soft, non-tender, non-distended, bowel sounds present and normal, no masses or hepatosplenomegaly. No abdominal hernia. |
| Extremities: | No lower extremity edema. No lower extremity clubbing or cyanosis |
| Lymph nodes: | Cervical and supraclavicular lymph nodes normal |
| Neurologic: | Oriented to person, place, date, and situation. Normal Tone, Power, and Coordination in all 4 limbs. |
| Skin: | Warm and well perfused, no rashes, lesions or ulcers.  Heels skin intact. |
| Psych: | Alert, interactive and communicative. Affect and thought process are normal, no evidence of hallucination or delirium. |

## DIAGNOSTIC STUDIES

Pertinent Imaging: Chest xray PA- Lateral 12/5/2015
COMPARISON:  8/31/2014  HISTORY: CHEST PAIN. FINDINGS: The lungs are clear without consolidation or edema. No pneumothorax or pleural effusion. Mediastinal silhouette is unremarkable. Heart size is normal. No acute osseous abnormality evident in the spine or chest wall.  IMPRESSION: No acute abnormality of the chest.

EKGs x2 in ER 12/5/2015: reviewed by me. NSR and sinus bradycardia, ventricular rate 50-65. Normal axis and intervals. Narrow QRS. No ST segment elevation or depression. No Q waves.

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM, DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## History & Physicals (continued)

H&P by David J Stoy, MD at 12/5/2015 11:27 (continued)          Version 1 of 1

Laboratory Studies:
Recent Results (from the past 24 hour(s))
ECG 12 lead
    Collection Time: 12/05/15  4:04

| Result | Value | Ref Range |
| --- | --- | --- |
| INTERPRETATION TEXT | Not Confirmed | |

CBC with Differential
    Collection Time: 12/05/15  4:26

| Result | Value | Ref Range |
| --- | --- | --- |
| WBC | 7.8 | 3.5 - 11.0 10^9/L |
| RBC | 4.66 | 3.80 - 5.20 10^12/L |
| Hgb | 13.5 | 11.7 - 15.7 g/dL |
| Hct | 40.3 | 34.9 - 46.9 % |
| MCV | 86.4 | 80.0 - 100.0 fL |
| MCH | 29.0 | 26.4 - 34.0 pg |
| MCHC | 33.5 | 31.4 - 35.8 g/dL |
| RDW | 13.0 | 11.5 - 14.5 % |
| Platelet Count | 223 | 140 - 444 10^9/L |
| MPV | 8.7 | 6.5 - 11.6 fL |
| NEUTROPHILS % | 56.6 | 40.0 - 81.0 % |
| LYMPHOCYTES % | 30.9 | 20.0 - 53.0 % |
| MONOCYTES % | 8.4 | 1.0 - 10.0 % |
| EOSINOPHILS % | 3.6 | 0.0 - 6.0 % |
| BASOPHILS % | 0.5 | 0.0 - 2.0 % |
| NEUTROPHILS ABS | 4.4 | 1.8 - 8.0 10^9/L |
| LYMPHOCYTES ABS | 2.4 | 1.0 - 4.8 10^9/L |
| MONOCYTES ABSOLUTE | 0.7 | 0.0 - 0.8 10^9/L |
| EOSINOPHILS ABSOLUTE | 0.3 | 0.0 - 0.5 10^9/L |
| BASOPHILS ABS | 0.0 | 0.0 - 0.2 10^9/L |

Comprehensive Metabolic Panel
    Collection Time: 12/05/15  4:26

| Result | Value | Ref Range |
| --- | --- | --- |
| NA | 140 | 135 - 144 mmol/L |
| K | 4.1 | 3.7 - 5.5 mmol/L |
| CL | 105 | 99 - 110 mmol/L |
| CO2 | 28 | 20 - 31 mmol/L |
| GLUCOSE | 115 (H) | 60 - 99 mg/dL |
| BUN | 17 | 6 - 23 mg/dL |
| Creatinine, Serum/Plasma | 0.70 | 0.60 - 1.30 mg/dL |
| CALCIUM | 9.1 | 8.3 - 10.4 mg/dL |
| ALK PHOS | 73 | 32 - 110 IU/L |
| BILIRUBIN TOTAL | 0.8 | 0.2 - 1.2 mg/dL |
| AST | 16 | 11 - 39 IU/L |
| ALT | 27 | 6 - 42 IU/L |
| Total protein | 6.4 | 6.1 - 8.0 g/dL |
| ALBUMIN | 4.2 | 3.2 - 4.9 g/dL |
| eGFR if African American | >60 | >=60 mL/min/1.73 m2 |
| eGFR if not AFRICAN AMERICAN | >60 | >=60 mL/min/1.73 m2 |

Troponin I
    Collection Time: 12/05/15  4:26

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## History & Physicals (continued)

**H&P by David J Stoy, MD at 12/5/2015 11:27 (continued)**                                    Version 1 of 1

| Result | Value | Ref Range |
|---|---|---|
| TROPONIN-I | <0.01 | 0.00 - 0.05 ng/mL |

**Magnesium**
Collection Time: 12/05/15  4:26

| Result | Value | Ref Range |
|---|---|---|
| MG | 1.9 | 1.7 - 2.5 mg/dL |

**ECG 12 lead**
Collection Time: 12/05/15  4:43

| Result | Value | Ref Range |
|---|---|---|
| INTERPRETATION TEXT | Not Confirmed | |

_____

SCRIBE ATTESTATION:
12/5/2015,  7:27,  I, Logan Johnston, am scribing for, and in the presence of, David J Stoy, MD.

_____

PHYSICIAN ATTESTATION:
I personally performed the services described in this documentation, as scribed in my presence, and it is both accurate and complete.

Electronic Signature:
David J Stoy
12/5/2015 at 12:32
Service: Internal Medicine

Signed by David J Stoy, MD on 12/5/2015 12:50

## Consult Notes

**Consults by Emilia Arden, DO at 12/5/2015 11:00**                                    Version 1 of 1

| Author: **Emilia Arden, DO** | Service: **Cardiology** | Author Type: **Physician** |
|---|---|---|
| Filed: 12/5/2015 11:13 | Note Time: 12/5/2015 11:00 | Status: **Signed** |
| Editor: Emilia Arden, DO (Physician) | | |

**PATIENT: DENISE SUBRAMANIAM**
**MRN: 20003270928**
**DOB: 9/16/1954**
**ADMIT DATE:  12/5/2015**
**CONSULT DATE: 12/5/2015**

**REQUESTING PHYSICIAN: BARBARA WAYSON, M.D.**

| | |
|---|---|
| PHS OREGON ROI<br>4400 NE Halsey Street<br>Portland OR 97123 | SUBRAMANIAM,DENISE<br>MRN: 20003270928<br>DOB: 9/16/1954, Sex: F<br>Adm: 12/5/2015, D/C: 12/5/2015 |

## Consult Notes (continued)

**Consults by Emilia Arden, DO at 12/5/2015 11:00 (continued)**          Version 1 of 1

**REASON FOR CONSULTATION: CHEST PAIN AND NSVT**

**HISTORY OF PRESENT ILLNESS:**
**61 y.o. year old female presented to ED with somewhat atypical chest pain, vaguely described as pressure which woke her up from sleep. She has had prior chest pains associated with mental stress, but has never been evaluated for cardiac etiology. Her pain is completely resolved. She had a short run of NSVT in ED while having some chest pain. Initial cardiac marker was negative.**
**She is known for Fibromyalgia and is used to myofascial pain.**
**She is on meds for fibromyalgia but no other cardiac meds.**

### Allergies

| Allergen | Reactions |
|---|---|
| • **Corn Oil** | |
| • **Dust Mite Extract** | |
| • **Gluten** | |
| • **Lecithin** | |
| • **Molds & Smuts** | |
| • **Penicillins** | |
| *Never take because family history of that* | |
| • **Soybean** | |
| *Unable to sleep.* | |
| • **Uncoded Nonscreenable Allergen** | |
| *Several antibiotics "check with OIHSU"* | |

### Prescriptions prior to admission

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • **albuterol 2.5 mg/3 mL nebulizer solution** | **Take 3 mLs by nebulization every 4 hours as needed for Wheezing or Shortness of Breath.** | **30 vial** | **0** |
| • **fluticasone (FLONASE) 50 mcg/nasal spray** | **1 spray by Nasal route 2 times daily.** | **16 g** | **0** |
| • **gabapentin (NEURONTIN) 300 mg capsule** | **take 1 capsule by mouth every morning then 1 capsule at noon then 2 capsules AT NIGHT** | **120 capsule** | **11** |
| • **meloxicam (MOBIC) 15 mg tablet** | **take 1/2 tablet by mouth daily if needed for pain** | **15 tablet** | **5** |
| • **oxyCODONE (ROXICODONE) 5 mg tablet** | **Take 1-2 tablets by mouth every 4 hours as needed for Pain.** | **90 tablet** | **0** |

### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## Consult Notes (continued)

Consults by Emilia Arden, DO at 12/5/2015 11:00 (continued)                    Version 1 of 1

| Medication | Dose | Route | Frequency | Provider | Notes |
|---|---|---|---|---|---|
| • acetaminophen (TYLENOL) tablet 325-650 mg | 325-650 mg | Oral | Q4H PRN | David J Stoy, MD | |
| • albuterol 2.5 mg/3 mL nebulizer solution 2.5 mg | 2.5 mg | Nebulization | RT Q4H PRN | David J Stoy, MD | |
| • aluminum & magnesium hydroxide-simethicone (MAALOX REGULAR STRENGTH) 200-200-20 mg/5 mL suspension 20 mL | 20 mL | Oral | Q6H PRN | David J Stoy, MD | |
| • aspirin chewable tablet 81 mg | 81 mg | Oral | Daily | David J Stoy, MD | 81 mg at 12/05/15 0837 |
| • bisacodyl (DULCOLAX) suppository 10 mg | 10 mg | Rectal | Daily PRN | David J Stoy, MD | |
| • docusate sodium (COLACE) capsule 100 mg | 100 mg | Oral | BID PRN | David J Stoy, MD | |
| • fluticasone (FLONASE) 50 mcg/nasal spray 1 spray | 1 spray | Nasal | BID | David J Stoy, MD | 1 spray at 12/05/15 0837 |
| • gabapentin (NEURONTIN) capsule 300 mg | 300 mg | Oral | BID | David J Stoy, MD | 300 mg at 12/05/15 0840 |
| • gabapentin (NEURONTIN) capsule 600 mg | 600 mg | Oral | Nightly | David J Stoy, MD | |
| • heparin 5,000 units/mL injection 5,000 Units | 5,000 Units | Subcutaneous | 2 times per day | David J Stoy, MD | |
| • ibuprofen (ADVIL, MOTRIN) tablet 400 mg | 400 mg | Oral | Once | David J Stoy, MD | |
| • LORazepam (ATIVAN) injection 0.25 mg | 0.25 mg | Intravenous | Once | Barbara Wayson, MD | 0.25 mg at 12/05/15 0459 |
| • nitroglycerin (NITROSTAT) SL | 0.4 mg | Sublingual | Q5 Min PRN | David J Stoy, MD | |

| | | |
|---|---|---|
| PHS OREGON ROI | SUBRAMANIAM,DENISE | |
| 4400 NE Halsey Street | MRN: 20003270928 | |
| Portland OR 97123 | DOB: 9/16/1954, Sex: F | |
| | Adm: 12/5/2015, D/C: 12/5/2015 | |

## Consult Notes (continued)

Consults by Emilia Arden, DO at 12/5/2015 11:00 (continued)                    Version 1 of 1

| | | | | |
|---|---|---|---|---|
| tablet 0.4 mg | | | | |
| • ondansetron (ZOFRAN ODT) disintegrating tablet 4 mg | 4 mg | Oral | Q6H PRN | David J Stoy, MD |
| • ondansetron (ZOFRAN) injection 4 mg | 4 mg | Intravenous | Q6H PRN | David J Stoy, MD |
| • oxyCODONE (ROXICODONE) tablet 5 mg | 5 mg | Oral | Q4H PRN | David J Stoy, MD |
| • polyethylene glycol (MIRALAX) powder 17 g | 17 g | Oral | Daily PRN | David J Stoy, MD |
| • traZODone (DESYREL) tablet 25 mg | 25 mg | Oral | Nightly PRN, MR x 1 | David J Stoy, MD |

### Past Medical History

| Diagnosis | Date |
|---|---|
| • **Fibromyalgia** | |
| • **Arthritis** | |
| • **Asthma** | |
| • **Fibromyalgia** | |
| • **Cholecystitis.** | |

### Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • **Wisdom tooth extraction** | | |
| • **Cervical spine surgery** | **Left** | **3/17/2015** |

*Procedure: LEFT C7 T1 POSTERIOR CERVICAL LAMINOTOMY MEDIAL FACETECTOMY & FORAMINOTOMY;  Surgeon: Michael A Sandquist, MD;  Location: OPH MAIN OR*

**Chole**

### SOCIAL HISTORY:
 reports that she has quit smoking. She has never used smokeless tobacco. She reports that she does not drink alcohol or use illicit drugs.

### FAMILY HISTORY:

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • **Diabetes** | **Mother** | |
| • **Diabetes** | **Father** | |

**No family status information on file.**

| | |
|---|---|
| PHS OREGON ROI<br>4400 NE Halsey Street<br>Portland OR 97123 | SUBRAMANIAM,DENISE<br>MRN: 20003270928<br>DOB: 9/16/1954, Sex: F<br>Adm: 12/5/2015, D/C: 12/5/2015 |

**Consult Notes (continued)**

Consults by Emilia Arden, DO at 12/5/2015 11:00 (continued)                    Version 1 of 1

**REVIEW OF SYSTEMS:**
**Pertinent positives and negatives are mentioned in history of present illness.  Otherwise review systems is unremarkable**


**PHYSICAL EXAM:**
**BP 99/51 mmHg | Pulse 51 | Temp(Src) 36.5 °C (97.7 °F) (Oral) | Resp 12 | Ht 1.575 m (5' 2") | Wt 80.5 kg (177 lb 7.5 oz) | BMI 32.45 kg/m2 | SpO2 98%**


**General:  Pleasant, nontoxic appearing, NAD.**
**Skin: Warm, dry, no clubbing, cyanosis, edema, or rash.**
**HEENT:  Normocephalic, atraumatic.  No scleral inflammation or icterus.  Extraocular movements intact.  Pupils equal, round, and reactive to light.**
**Neck: Supple, no thyromegaly or lymphadenopathy. Carotid bruits not appreciated.**
**Chest:  Normal inspiratory to expiratory ratio, no accessory muscle use.  Lungs clear to auscultation.**
**Cardiovascular:  JVP 7 cm.  Nondisplaced, nonenlarged PMI.  Regular rate and rhythm. Normal S1/S2. No S3/4 rub or cardiac murmur.**
**Abdomen:   Bowel tones present.  Soft non-tender. No organomegaly. Abdominal bruit not appreciated.**
**Extremities:  No significant joint deformities. Without pretibial or pedal edema bilaterally. Dorsalis pedis pulses 2+ bilateral.**
**Neurologic:  Alert, oriented x3.  No gross focal neurologic deficits.  Normal voice and fluency of speech.  Gait not tested.**


**LABS:**
Recent Results (from the past 24 hour(s)
ECG 12 lead

| Result | Value | Ref Range |
|---|---|---|
| **INTERPRETATION TEXT** | **Not Confirmed** | |

CBC with Differential

| Result | Value | Ref Range |
|---|---|---|
| **WBC** | **7.8** | **3.5 - 11.0 10^9/L** |
| **RBC** | **4.66** | **3.80 - 5.20 10^12/L** |
| **Hgb** | **13.5** | **11.7 - 15.7 g/dL** |
| **Hct** | **40.3** | **34.9 - 46.9 %** |
| **MCV** | **86.4** | **80.0 - 100.0 fL** |
| **MCH** | **29.0** | **26.4 - 34.0 pg** |
| **MCHC** | **33.5** | **31.4 - 35.8 g/dL** |
| **RDW** | **13.0** | **11.5 - 14.5 %** |
| **Platelet Count** | **223** | **140 - 444 10^9/L** |
| **MPV** | **8.7** | **6.5 - 11.6 fL** |
| **NEUTROPHILS %** | **56.6** | **40.0 - 81.0 %** |
| **LYMPHOCYTES %** | **30.9** | **20.0 - 53.0 %** |
| **MONOCYTES %** | **8.4** | **1.0 - 10.0 %** |
| **EOSINOPHILS %** | **3.6** | **0.0 - 6.0 %** |
| **BASOPHILS %** | **0.5** | **0.0 - 2.0 %** |
| **NEUTROPHILS ABS** | **4.4** | **1.8 - 8.0 10^9/L** |
| **LYMPHOCYTES ABS** | **2.4** | **1.0 - 4.8 10^9/L** |
| **MONOCYTES ABSOLUTE** | **0.7** | **0.0 - 0.8 10^9/L** |

| PHS OREGON ROI | SUBRAMANIAM,DENISE |
|---|---|
| 4400 NE Halsey Street | MRN: 20003270928 |
| Portland OR 97123 | DOB: 9/16/1954, Sex: F |
| | Adm: 12/5/2015, D/C: 12/5/2015 |

## Consult Notes (continued)

Consults by Emilia Arden, DO at 12/5/2015 11:00 (continued)                    Version 1 of 1

| | | |
|---|---|---|
| **EOSINOPHILS ABSOLUTE** | 0.3 | 0.0 - 0.5 10^9/L |
| **BASOPHILS ABS** | 0.0 | 0.0 - 0.2 10^9/L |

**Comprehensive Metabolic Panel**

| Result | Value | Ref Range |
|---|---|---|
| **NA** | 140 | 135 - 144 mmol/L |
| **K** | 4.1 | 3.7 - 5.5 mmol/L |
| **CL** | 105 | 99 - 110 mmol/L |
| **CO2** | 28 | 20 - 31 mmol/L |
| **GLUCOSE** | 115 (H) | 60 - 99 mg/dL |
| **BUN** | 17 | 6 - 23 mg/dL |
| **Creatinine, Serum/Plasma** | 0.70 | 0.60 - 1.30 mg/dL |
| **CALCIUM** | 9.1 | 8.3 - 10.4 mg/dL |
| **ALK PHOS** | 73 | 32 - 110 IU/L |
| **BILIRUBIN TOTAL** | 0.8 | 0.2 - 1.2 mg/dL |
| **AST** | 16 | 11 - 39 IU/L |
| **ALT** | 27 | 6 - 42 IU/L |
| **Total protein** | 6.4 | 6.1 - 8.0 g/dL |
| **ALBUMIN** | 4.2 | 3.2 - 4.9 g/dL |
| **eGFR if African American** | >60 | >=60 mL/min/1.73 m2 |
| **eGFR if not AFRICAN AMERICAN** | >60 | >=60 mL/min/1.73 m2 |

**Troponin I**

| Result | Value | Ref Range |
|---|---|---|
| **TROPONIN-I** | <0.01 | 0.00 - 0.05 ng/mL |

**Magnesium**

| Result | Value | Ref Range |
|---|---|---|
| **MG** | 1.9 | 1.7 - 2.5 mg/dL |

**ECG 12 lead**

| Result | Value | Ref Range |
|---|---|---|
| **INTERPRETATION TEXT** | Not Confirmed | |


**Chest X-Ray:  Normal.**
**EKG: Sinus Bradycardia.**

**ASSESSMENT & PLAN:**
   **1. Chest pain-Atypical. Patient with low risk for ASCAD. Nontheless the episode of VSVT in ED needs attention. Normal cardiac markers.**
   **No evidence of Long QT on EKG.**
   **Await echocardiogram to assess for LV function and other structural abnormalities. If echocardiogram is normal she may be discharged home with plan for Holter monitor as outpatient and stress EKG as outpatient to assess for ischemia and arrhythmias.**
   **2. Wide Complex QRS tachycardia more likely NSVT. Consider ischemia works up as outpatient. Echocardiogram today.**
   **3. Chronic pain Syndrome. Continue with prior meds.**


**Electronically signed by: Emilia Arden, DO 12/5/2015 11:00**

| PHS OREGON ROI | SUBRAMANIAM,DENISE |
|---|---|
| 4400 NE Halsey Street | MRN: 20003270928 |
| Portland OR 97123 | DOB: 9/16/1954, Sex: F |
| | Adm: 12/5/2015, D/C: 12/5/2015 |

## Consult Notes (continued)

**Consults by Emilia Arden, DO at 12/5/2015 11:00 (continued)**　　　　　　　　　　Version 1 of 1

Signed by Emilia Arden, DO on 12/5/2015 11:13

## Procedure Notes

**Procedures signed by  at 2/1/2016 11:08**　　　　　　　　　　　　　　　　　　Version 1 of 1

| Author: ONBASE SCAN ORCA | Service:  (none) | Author Type:  (none) |
|---|---|---|
| Filed: 2/1/2016 11:08 | Note Time:  2/1/2016  0:00 | Status:  Signed |
| Editor:  ONBASE SCAN ORCA | | |

　　　Scan on 1/31/2016  1:47 by ONBASE SCAN ORCA

Signed by Default Authenticator Edi on 2/1/2016 11:08
Signed by ONBASE SCAN ORCA on 2/1/2016 11:08

**Pathology and Cytology Results**

　　No results found

## Progress and Therapy Notes

**Progress Notes by Todd Alan Caulfield, MD at 1/11/2016 15:24**　　　　　　　Version 1 of 1

| Author:  Todd Alan Caulfield, MD | Service:  Cardiology | Author Type:  Physician |
|---|---|---|
| Filed: 1/11/2016 15:24 | Note Time:  1/11/2016 15:24 | Status:  Signed |
| Editor:  Todd Alan Caulfield, MD (Physician) | | |

Quick Note:

Please let Denise know that her Holter results have been reviewed.  Sinus
with no pauses, no APBs, no VPBs, rare short episodes of SVT, and no
episodes of VT. No symptoms reported and no worries.  TAC MD
_____

## ECG/EMG Results (01/08/16 - 12/05/15)

Resulted: 01/08/16 0939, Result status: Final
result

**Holter monitor >48 hours - Up to 21 days [361464536]**

| Ordering provider: | David J Stoy, MD  12/05/15 1422 | Resulting lab:  OR MUSE |
|---|---|---|
| Narrative: | Ashkan Babaie, MD　1/8/2016  9:39 | |

　　　　　　　　　Heart & Vascular Institute Providence St. Vincent Medical Center
　　　　　　　　　9205 SW Barnes Road
　　　　　　　　　Portland, OR 97225
　　　　　　　　　T: 503-216-1234

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## ECG/EMG Results (01/08/16 - 12/05/15) (continued)

Resulted: 01/08/16 0939, Result status: Final
result

Holter monitor >48 hours - Up to 21 days [361464536] (continued)

EXTENDED HOLTER MONITOR REPORT

Name: Denise Subramaniam PCP: Megan L. Mudrick, MD
DOB: 9/16/1954 Primary Cardiologist: Todd Caufield
MRN: 20003270928 Referring Provider: David J Stoy

Clinical Indication:  VT
Date of Procedure: 12/5/2015–12/19/2015

Results:

Recording time: A total of 14 days and 0 hours were recorded with
13 days and 21 hours analyzed.

Rate/Rhythm: The predominant underlying rhythm is sinus.

Atrial fibrillation: There were no episodes of atrial
fibrillation.

Mean heart rate: 72 bpm
Maximum heart rate: 187 bpm
Minimum heart rate: 41 bpm

Bradycardia: AV block: There were no episodes of Mobitz II or
third degree heart block.

Pauses: No pauses greater than 3.0 seconds were noted.

Atrial events: Isolated ectopic beats: Rare = 0 to <1%
Couplets: Rare = 0 to <1%
Triplets: Rare = 0 to <1%

There were 110 episodes of supraventricular arrhythmia.  The
longest episode lasted 10 beats with an average rate of 112 bpm.
The fastest episode had a maximum heart rate of 187 bpm and
lasted 5 beats.

Ventricular events:  Isolated ectopic beats: Rare = 0 to <1%
Couplets: 0
Triplets: 0

There were no ventricular tachycardia episodes.

Diary Entries: No symptoms were noted during the monitoring
period.

Triggered Events: There were 3 triggered events that corresponded
to Sinus rhythm with atrial ectopy.

Additional comments: None.

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## ECG/EMG Results (01/08/16 - 12/05/15) (continued)

Resulted: 01/08/16 0939, Result status: Final
result

### Holter monitor >48 hours - Up to 21 days [361464536] (continued)

Impression:
1. Frequent short episodes of supraventricular tachycardia with none lasting longer than 10 beats.

Electronically Signed by:
Ashkan Babaie, MD
1/8/2016 9:38

Resulted: 12/05/15 2038, Result status: Final
result

### ECG 12 lead [305056634]

Ordering provider: Barbara Wayson, MD 12/05/15 0439    Resulting lab:    OR MUSE
Specimen Information

| Type | Source | Collected On |
| --- | --- | --- |
| | | 12/05/15 0440 |

Components

| | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| VENTRICULAR RATE EKG | 53 | BPM | | |
| ATRIAL RATE | 53 | BPM | | |
| P-R INTERVAL | 164 | ms | | |
| QRS DURATION | 84 | ms | | |
| Q-T INTERVAL | 450 | ms | | |
| Q-T INTERVAL (CORRECTED) | 422 | ms | | |
| P WAVE AXIS | 67 | degrees | | |
| QRS AXIS | 57 | degrees | | |
| T AXIS | 55 | degrees | | |
| INTERPRETATION TEXT | -- | | | |

```
Result:
Sinus bradycardia
Otherwise normal ECG
When compared with ECG of 05-DEC-2015 04:04,
No significant change was found
Confirmed by HAMDAN MD, NAJI M. (2024) on 12/5/2015 8:38:25 PM
```

Resulted: 12/05/15 2038, Result status: Final
result

### ECG 12 lead [305056620]

Ordering provider: Barbara Wayson, MD 12/05/15 0358    Resulting lab:    OR MUSE
Specimen Information

| Type | Source | Collected On |
| --- | --- | --- |
| | | 12/05/15 0404 |

Components

| | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| VENTRICULAR RATE EKG | 63 | BPM | | |
| ATRIAL RATE | 63 | BPM | | |
| P-R INTERVAL | 162 | ms | | |
| QRS DURATION | 84 | ms | | |
| Q-T INTERVAL | 440 | ms | | |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## ECG/EMG Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 2038, Result status: Final result

**ECG 12 lead [305056620] (continued)**

| | | |
|---|---|---|
| Q-T INTERVAL (CORRECTED) | 450 | ms |
| P WAVE AXIS | 64 | degrees |
| QRS AXIS | 59 | degrees |
| T AXIS | 44 | degrees |
| INTERPRETATION TEXT | -- | |

```
Result:
Normal sinus rhythm
Normal ECG
When compared with ECG of 02-SEP-2014 03:34,
No significant change was found
Confirmed by HAMDAN MD, NAJI M. (2024) on 12/5/2015 8:38:18 PM
```

Resulted: 12/05/15 1633, Result status: Preliminary result

**ECG 12 lead [305056634]**

Ordering provider: Barbara Wayson, MD 12/05/15 0439    Resulting lab: OR MUSE

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 12/05/15 0440 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INTERPRETATION TEXT | Not Confirmed | | | |

Resulted: 12/05/15 1633, Result status: Preliminary result

**ECG 12 lead [305056620]**

Ordering provider: Barbara Wayson, MD 12/05/15 0358    Resulting lab: OR MUSE

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 12/05/15 0404 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INTERPRETATION TEXT | Not Confirmed | | | |

Resulted: 12/05/15 0443, Result status: Preliminary result

**ECG 12 lead [305056634]**

Ordering provider: Barbara Wayson, MD 12/05/15 0439    Resulting lab: OR MUSE

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 12/05/15 0440 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INTERPRETATION TEXT | Not Confirmed | | | |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## ECG/EMG Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 0443, Result status:
Preliminary result

**ECG 12 lead [305056634] (continued)**

Resulted: 12/05/15 0404, Result status:
Preliminary result

**ECG 12 lead [305056620]**

Ordering provider:  Barbara Wayson, MD 12/05/15 0358    Resulting lab:    OR MUSE

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
|      |        | 12/05/15 0404 |

Components

| | Value | Reference Range | Flag | Lab |
|--|-------|-----------------|------|-----|
| INTERPRETATION TEXT | Not Confirmed | | | |

Resulted: 12/05/15 0000, Result status:
Preliminary result

**ECG 12 lead [305056620]**

Ordering provider:  Barbara Wayson, MD 12/05/15 0358    Resulting lab:    OR MUSE

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
|      |        | 12/05/15 0404 |

Components

| | Value | Reference Range | Flag | Lab |
|--|-------|-----------------|------|-----|
| INTERPRETATION TEXT | Not Confirmed | | | |

Resulted: 12/05/15 0000, Result status:
Preliminary result

**ECG 12 lead [305056634]**

Ordering provider:  Barbara Wayson, MD 12/05/15 0439    Resulting lab:    OR MUSE

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
|      |        | 12/05/15 0440 |

Components

| | Value | Reference Range | Flag | Lab |
|--|-------|-----------------|------|-----|
| INTERPRETATION TEXT | Not Confirmed | | | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| **20 - OR MUSE** | OR MUSE | Unknown | Unknown | 08/02/11 1549 - Present |

## All Other Results (01/08/16 - 12/05/15)

Resulted: 01/08/16 0939, Result status: Final
result

**Holter monitor >48 hours - Up to 21 days [361464536]**

Ordering provider:  David J Stoy, MD 12/05/15 1422    Resulting lab:    OR MUSE

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

**All Other Results (01/08/16 - 12/05/15) (continued)**

Resulted: 01/08/16 0939, Result status: Final

Holter monitor >48 hours - Up to 21 days [361464536] (continued)
result

Narrative:                     Ashkan Babaie, MD    1/8/2016  9:39

Heart & Vascular Institute Providence St. Vincent Medical Center
9205 SW Barnes Road
Portland, OR 97225
T: 503-216-1234

EXTENDED HOLTER MONITOR REPORT

Name: Denise Subramaniam PCP: Megan L. Mudrick, MD
DOB: 9/16/1954 Primary Cardiologist: Todd Caufield
MRN: 20003270928 Referring Provider: David J Stoy

Clinical Indication:  VT
Date of Procedure: 12/5/2015–12/19/2015

Results:

Recording time: A total of 14 days and 0 hours were recorded with
13 days and 21 hours analyzed.

Rate/Rhythm: The predominant underlying rhythm is sinus.

Atrial fibrillation: There were no episodes of atrial
fibrillation.

Mean heart rate: 72 bpm
Maximum heart rate: 187 bpm
Minimum heart rate: 41 bpm

Bradycardia: AV block: There were no episodes of Mobitz II or
third degree heart block.

Pauses: No pauses greater than 3.0 seconds were noted.

Atrial events: Isolated ectopic beats: Rare = 0 to <1%
Couplets: Rare = 0 to <1%
Triplets: Rare = 0 to <1%

There were 110 episodes of supraventricular arrhythmia.  The
longest episode lasted 10 beats with an average rate of 112 bpm.
The fastest episode had a maximum heart rate of 187 bpm and
lasted 5 beats.

Ventricular events:  Isolated ectopic beats: Rare = 0 to <1%
Couplets: 0
Triplets: 0

There were no ventricular tachycardia episodes.

Diary Entries: No symptoms were noted during the monitoring

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 01/08/16 0939, Result status: Final result

**Holter monitor >48 hours - Up to 21 days [361464536] (continued)**

period.

Triggered Events: There were 3 triggered events that corresponded to Sinus rhythm with atrial ectopy.

Additional comments: None.

Impression:
1. Frequent short episodes of supraventricular tachycardia with none lasting longer than 10 beats.

Electronically Signed by:
Ashkan Babaie, MD
1/8/2016 9:38

Resulted: 12/05/15 2038, Result status: Final result

**ECG 12 lead [305056634]**

Ordering provider: Barbara Wayson, MD  12/05/15 0439   Resulting lab:   OR MUSE

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
|      |        | 12/05/15 0440 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG | 53 | BPM | | OR MUSE |
| ATRIAL RATE | 53 | BPM | | OR MUSE |
| P-R INTERVAL | 164 | ms | | OR MUSE |
| QRS DURATION | 84 | ms | | OR MUSE |
| Q-T INTERVAL | 450 | ms | | OR MUSE |
| Q-T INTERVAL (CORRECTED) | 422 | ms | | OR MUSE |
| P WAVE AXIS | 67 | degrees | | OR MUSE |
| QRS AXIS | 57 | degrees | | OR MUSE |
| T AXIS | 55 | degrees | | OR MUSE |
| INTERPRETATION TEXT | -- | | | OR MUSE |

```
Result:
Sinus bradycardia
Otherwise normal ECG
When compared with ECG of 05-DEC-2015 04:04,
No significant change was found
Confirmed by HAMDAN MD, NAJI M. (2024) on 12/5/2015 8:38:25 PM
```

Resulted: 12/05/15 2038, Result status: Final result

**ECG 12 lead [305056620]**

Ordering provider: Barbara Wayson, MD  12/05/15 0358   Resulting lab:   OR MUSE

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
|      |        | 12/05/15 0404 |

Components

| | |
|---|---|
| PHS OREGON ROI | SUBRAMANIAM,DENISE |
| 4400 NE Halsey Street | MRN: 20003270928 |
| Portland OR 97123 | DOB: 9/16/1954, Sex: F |
| | Adm: 12/5/2015, D/C: 12/5/2015 |

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 2038, Result status: Final result

**ECG 12 lead [305056620] (continued)**

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VENTRICULAR RATE EKG | 63 | BPM | | OR MUSE |
| ATRIAL RATE | 63 | BPM | | OR MUSE |
| P-R INTERVAL | 162 | ms | | OR MUSE |
| QRS DURATION | 84 | ms | | OR MUSE |
| Q-T INTERVAL | 440 | ms | | OR MUSE |
| Q-T INTERVAL (CORRECTED) | 450 | ms | | OR MUSE |
| P WAVE AXIS | 64 | degrees | | OR MUSE |
| QRS AXIS | 59 | degrees | | OR MUSE |
| T AXIS | 44 | degrees | | OR MUSE |
| INTERPRETATION TEXT | -- | | | OR MUSE |

```
Result:
Normal sinus rhythm
Normal ECG
When compared with ECG of 02-SEP-2014 03:34,
No significant change was found
Confirmed by HAMDAN MD, NAJI M. (2024) on 12/5/2015 8:38:18 PM
```

Resulted: 12/05/15 1706, Result status: Final result

**Lipid Panel [361464530] (Abnormal)**

| | | | |
|---|---|---|---|
| Ordering provider: | David J Stoy, MD 12/05/15 0810 | Resulting lab: | PROVIDENCE OREGON REGIONAL LABORATORY |

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 12/05/15 0426 |

Comment: SPECIMEN TYPE: BLOOD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL | 191 | <=199 mg/dL | | ORREGLAB |
| HDL | 47 | 40 - 59 mg/dL | | ORREGLAB |
| Triglycerides | 134 | <=149 mg/dL | | ORREGLAB |
| LDL Cholesterol | 117 | <=99 mg/dL | H | ORREGLAB |

Comment:

National Cholesterol Education Panel Classifications:

Cholesterol (mg/dL):
    Moderate Risk: 200-239; High Risk: >/=240
HDL Cholesterol (mg/dL):
    Low: <40; High: >/=60
Triglyceride (mg/dL; fasting):
    Borderline High: 150-199; High: 200-499; Very High: >/=500
LDL Cholesterol (mg/dL):
    Near or above optimal: 100-129; Borderline High: 130-159;
    High: 160-189; Very High: >/=190

| | | | |
|---|---|---|---|
| Chol/HDL Ratio | 4.1 | | ORREGLAB |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 1706, Result status: Final result
Lipid Panel [361464530] (Abnormal) (continued)

Resulted: 12/05/15 1633, Result status: Preliminary result
ECG 12 lead [305056634]

| Ordering provider: | Barbara Wayson, MD 12/05/15 0439 | Resulting lab: | OR MUSE |

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
|      |        | 12/05/15 0440 |

Components

| | Value | Reference Range | Flag | Lab |
|---|-------|-----------------|------|-----|
| INTERPRETATION TEXT | Not Confirmed | | | OR MUSE |

Resulted: 12/05/15 1633, Result status: Preliminary result
ECG 12 lead [305056620]

| Ordering provider: | Barbara Wayson, MD 12/05/15 0358 | Resulting lab: | OR MUSE |

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
|      |        | 12/05/15 0404 |

Components

| | Value | Reference Range | Flag | Lab |
|---|-------|-----------------|------|-----|
| INTERPRETATION TEXT | Not Confirmed | | | OR MUSE |

Resulted: 12/05/15 1332, Result status: Final result
ECHO Complete [361464500]

| Ordering provider: | David J Stoy, MD 12/05/15 0715 | Resulted by: | Emilia Arden, DO |
| Performed: | 12/05/15 1212 - 12/05/15 1235 | | |
| Narrative: | | | |

Procedure: Transthoracic Echocardiogram
Patient: SUBRAMANIAM DENISE
DOB(Age): 09/16/1954(61)
Med Rec#: E20003270928          Sex:    F

Account #:                        Room #:  627
Ht / Wt:  157.48(cm)/80.29(kg)     BSA:    1.81
Study Date: 12/05/2015            Pt. Type: Inpatient
Ext Pt ID:                        Prev Date:

_____

Reading:    Emilia Arden, D.O.
Reading:    Northwest Cardiology
Referring:   DAVID J. STOY
Sonographer: PDT

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 1332, Result status: Final result

### ECHO Complete [361464500] (continued)

Study Type: Complete (0001)

Indication:

Rhythm:   Bradycardia
HR 54
BP 99/51

Conclusions:
Normal left ventricular size and systolic function. EF 60%.
No segmental wall motion abnormality.
Normal right ventricular size and systolic function.
Normal diastolic function.
Normal aortic, mitral and pulmonic valve structure and function.
Trace of tricuspid valve regurgitation with normal pulmonary pressure.
No pericardial disease.


Findings
Technical Comments:
Adequate but not optimum image quality.

Left Ventricle:
Normal left ventricular size. No left ventricular hypertrophy. Normal
left ventricular systolic function. No left ventricular segmental wall
motion abnormalities. EJECTION FRACTION (EF) is 60%. The left
ventricular stroke volume index is 48 ml/m2.

Left Atrium:
Normal left atrial size. Left atrial volume index, method of disk, is
calculated to be 22.7ml/M2. Interatrial septum appears normal. No patent
foramen ovale shunt by color and/or Doppler.

Right Ventricle:
Normal right ventricular size. Normal right ventricular systolic
function. TAPSE is 2.6 cm.

Right Atrium:
Normal right atrial size.   RA end systolic area is 16 cm2.

Aortic Root:
Normal aortic root size. Aortic root size is 2.4cm by 2D measurement.

Aorta:
Normal size ascending aorta. Ascending aorta diameter of 2.7 cm.

Mitral Valve:
No significant structural abnormalities of the mitral valve. No mitral
regurgitation.

Aortic Valve:
No significant structural abnormalities of the aortic valve. Three

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 1332, Result status: Final
result

### ECHO Complete [361464500] (continued)

aortic valve cusps seen. No aortic insufficiency.

Tricuspid Valve:
No significant structural abnormalities of the tricuspid valve.
Trace/physiologic tricuspid regurgitation.

Pulmonary Valve:
No significant structural abnormalities of the pulmonary valve.

Pulmonary Pressures:
Right ventricular systolic pressure estimate is 15-20mmHg. Assumed RA
pressure of 0-5 mmHg. Normal inferior vena cava size. Inferior vena cava
diameter is 1.7 cm. Greater than 50% inspiratory change in the inferior
vena cava dimension.

Pericardial and Pleural:
No pericardial effusion seen. No pleural effusion seen.


Electronically signed at 12/05/2015 13:32:16 by: Emilia Arden,  D.O.


Measurements
Chambers

| Name | Value |
| --- | --- |
| IVSd(2D) | 0.7 cm |
| LVIDd(2D) | 4.5 cm |
| LVIDs(2D) | 2.5 cm |
| LVPWd(2D) | 0.7 cm |
| AO Root(2D) | 2.4 cm |
| LA(2D) | 3 cm |
| LA Vol Index (MOD) | 22.7 ml/m2 |
| AOASC | 2.7 cm |
| RA Area | 16 cm2 |

Chambers

| Name | Value |
| --- | --- |
| SV Dopp | 86 ml |
| SV Index | 48 ml/m2 |

Valves AV

| Name | Value |
| --- | --- |
| LVOT Vel | 1.303 m/sec |
| LVOT VTI | 29.3 cm |
| LVOT Diam | 1.93 cm |

Valves MV

| Name | Value |
| --- | --- |
| E Peak | 0.565 m/sec |
| A Peak | 0.383 m/sec |
| E/A Ratio | 1.5 ratio |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 1332, Result status: Final result

**ECHO Complete [361464500] (continued)**

| | |
|---|---|
| MV DT | 0.327 sec |

Valves MV

| Name | Value |
|---|---|
| E Prime sep | 9.98 cm/sec |
| E/E Prime sep | 5.7 ratio |
| E prime lat | 11.2 cm/sec |
| E/E prime lat | 5 ratio |

Valves TV/PV

| Name | Value |
|---|---|
| TR Peak | 200 cm/sec |
| TRMaxPG | 16 mmHg |
| IVC | 1.7 cm |
| TAPSE | 2.6 cm |

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 12/05/15 1332 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LVEF-TTE TRANSTHORACIC ECHO | 60 | | | |

Resulted: 12/05/15 1312, Result status: Final result

**Troponin I [361464531]**

| Ordering provider: | David J Stoy, MD | 12/05/15 0810 | Resulting lab: | PROVIDENCE ST. VINCENT MEDICAL CENTER - LABORATORY |
|---|---|---|---|---|

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 12/05/15 1235 |

Comment: SPECIMEN TYPE: BLOOD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TROPONIN-I | <0.01 | 0.00 - 0.05 ng/mL | | PSVMC |

Comment:
A TnI > 0.3 ng/mL may be suggestive of myocardial infarction.

Resulted: 12/05/15 1248, Result status: In process

**Troponin I [361464531]**

| Ordering provider: | David J Stoy, MD | 12/05/15 0810 | Resulting lab: | OR CERNER |
|---|---|---|---|---|

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 12/05/15 1235 |

Comment: SPECIMEN TYPE: BLOOD

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 1245, Result status: In
process

**Troponin I [361464531]**

| Ordering provider: | David J Stoy, MD  12/05/15 0810 | Resulting lab: | OR CERNER |

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | | 12/05/15 1235 |
| Comment: SPECIMEN TYPE: BLOOD | | |

Resulted: 12/05/15 1212, Result status: In
process

**ECHO Complete [361464500]**

| Ordering provider: | David J Stoy, MD  12/05/15 0715 | Resulted by: | Emilia Arden, DO |
| Performed: | 12/05/15 1212 - 12/05/15 1235 | | |

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| | | 12/05/15 1332 |

Resulted: 12/05/15 1126, Result status: In
process

**Lipid Panel [361464530]**

| Ordering provider: | David J Stoy, MD  12/05/15 0810 | Resulting lab: | OR CERNER |

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | | 12/05/15 0426 |
| Comment: SPECIMEN TYPE: BLOOD | | |

Resulted: 12/05/15 0826, Result status: In
process

**Lipid Panel [361464530]**

| Ordering provider: | David J Stoy, MD  12/05/15 0810 | Resulting lab: | OR CERNER |

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | | 12/05/15 0426 |
| Comment: SPECIMEN TYPE: BLOOD | | |

Resulted: 12/05/15 0639, Result status: Final
result

**Magnesium [361464493]**

| Ordering provider: | Barbara Wayson, MD  12/05/15 0615 | Resulting lab: | PROVIDENCE ST. VINCENT MEDICAL CENTER - LABORATORY |

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | | 12/05/15 0426 |
| Comment: SPECIMEN TYPE: BLOOD | | |

Components

| | Value | Reference Range | Flag | Lab |
|------|-------|-----------------|------|-----|
| MG | 1.9 | 1.7 - 2.5 mg/dL | | PSVMC |

Resulted: 12/05/15 0616, Result status: In
process

**Magnesium [361464493]**

| Ordering provider: | Barbara Wayson, MD  12/05/15 0615 | Resulting lab: | OR CERNER |

Specimen Information

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 0616, Result status: In process

**Magnesium [361464493] (continued)**

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | | 12/05/15 0426 |

    Comment: SPECIMEN TYPE: BLOOD

Resulted: 12/05/15 0616, Result status: In process

**Magnesium [361464493]**

Ordering provider: Barbara Wayson, MD 12/05/15 0615    Resulting lab: OR CERNER

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | | 12/05/15 0426 |

    Comment: SPECIMEN TYPE: BLOOD

Resulted: 12/05/15 0539, Result status: Final result

**XR Chest PA and Lateral [305056631]**

Ordering provider: Barbara Wayson, MD 12/05/15 0426    Resulted by: Todd Delton Lovelace, MD
Performed: 12/05/15 0459 - 12/05/15 0513
Narrative: XR CHEST PA AND LATERAL

DATE: 12/5/2015 5:13 AM

COMPARISON: 8/31/2014

HISTORY: CHEST PAIN.

TECHNIQUE: PA and lateral chest x-ray.

FINDINGS:
The lungs are clear without consolidation or edema.
No pneumothorax or pleural effusion.
Mediastinal silhouette is unremarkable.
Heart size is normal.
No acute osseous abnormality evident in the spine or chest wall.

IMPRESSION-
No acute abnormality of the chest.

ED 1

Dictated by: Todd D Lovelace M.D. on 12/5/2015 5:38 AM
 Electronically signed by: Todd D Lovelace M.D. on 12/5/2015 5:39 AM

PSR_OR

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| | | 12/05/15 0459 |

Resulted: 12/05/15 0535, Result status: Final result

**Troponin I [305056632]**

Ordering provider: Barbara Wayson, MD 12/05/15 0426    Resulting lab: PROVIDENCE ST. VINCENT MEDICAL CENTER - LABORATORY

| PHS OREGON ROI | SUBRAMANIAM,DENISE |
|---|---|
| 4400 NE Halsey Street | MRN: 20003270928 |
| Portland OR 97123 | DOB: 9/16/1954, Sex: F |
| | Adm: 12/5/2015, D/C: 12/5/2015 |

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 0535, Result status: Final result

**Troponin I [305056632] (continued)**

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 12/05/15 0426 |

Comment: SPECIMEN TYPE: BLOOD

### Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TROPONIN-I | <0.01 | 0.00 - 0.05 ng/mL | | PSVMC |

Comment:
A TnI > 0.3 ng/mL may be suggestive of myocardial infarction.

Resulted: 12/05/15 0507, Result status: Final result

**Comprehensive Metabolic Panel [305056629] (Abnormal)**

| Ordering provider: | Barbara Wayson, MD 12/05/15 0426 | Resulting lab: | PROVIDENCE ST. VINCENT MEDICAL CENTER - LABORATORY |
|---|---|---|---|

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 12/05/15 0426 |

Comment: SPECIMEN TYPE: BLOOD

### Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| NA | 140 | 135 - 144 mmol/L | | PSVMC |
| K | 4.1 | 3.7 - 5.5 mmol/L | | PSVMC |
| CL | 105 | 99 - 110 mmol/L | | PSVMC |
| CO2 | 28 | 20 - 31 mmol/L | | PSVMC |
| GLUCOSE | 115 | 60 - 99 mg/dL | H | PSVMC |
| BUN | 17 | 6 - 23 mg/dL | | PSVMC |
| Creatinine, Serum/Plasma | 0.70 | 0.60 - 1.30 mg/dL | | PSVMC |
| CALCIUM | 9.1 | 8.3 - 10.4 mg/dL | | PSVMC |
| ALK PHOS | 73 | 32 - 110 IU/L | | PSVMC |
| BILIRUBIN TOTAL | 0.8 | 0.2 - 1.2 mg/dL | | PSVMC |
| AST | 16 | 11 - 39 IU/L | | PSVMC |
| ALT | 27 | 6 - 42 IU/L | | PSVMC |
| Total protein | 6.4 | 6.1 - 8.0 g/dL | | PSVMC |
| ALBUMIN | 4.2 | 3.2 - 4.9 g/dL | | PSVMC |
| eGFR if African American | >60 | >=60 mL/min/1.73 m2 | | PSVMC |

Comment:

Over 18 years:
Creatinine values and the eGFRs are IDMS standardized. For renal dosing of medications in elderly and/or under-weight patients, use calculated Creatinine Clearance instead of eGFR. To adjust for any other unknown variables, see NKDEP website at www.nkdep.nih.gov

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

**Comprehensive Metabolic Panel [305056629] (Abnormal) (continued)**    Resulted: 12/05/15 0507, Result status: Final result

Under 18 years:
eGFRs are not calculated for children <18 yrs old.  To adjust for unknown variables, see NKDEP website at www.nkdep.nih.gov

| | | | |
|---|---|---|---|
| eGFR if not AFRICAN AMERICAN | >60 | >=60 mL/min/1.73 m2 | PSVMC |

Resulted: 12/05/15 0448, Result status: Final result

**CBC with Differential [305056628]**

Ordering provider:  Barbara Wayson, MD  12/05/15 0426    Resulting lab:   PROVIDENCE ST. VINCENT MEDICAL CENTER - LABORATORY

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 12/05/15 0426 |

Comment:  SPECIMEN TYPE: BLOOD

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 7.8 | 3.5 - 11.0 10^9/L | | PSVMC |
| RBC | 4.66 | 3.80 - 5.20 10^12/L | | PSVMC |
| Hgb | 13.5 | 11.7 - 15.7 g/dL | | PSVMC |
| Hct | 40.3 | 34.9 - 46.9 % | | PSVMC |
| MCV | 86.4 | 80.0 - 100.0 fL | | PSVMC |
| MCH | 29.0 | 26.4 - 34.0 pg | | PSVMC |
| MCHC | 33.5 | 31.4 - 35.8 g/dL | | PSVMC |
| RDW | 13.0 | 11.5 - 14.5 % | | PSVMC |
| Platelet Count | 223 | 140 - 444 10^9/L | | PSVMC |
| MPV | 8.7 | 6.5 - 11.6 fL | | PSVMC |
| NEUTROPHILS % | 56.6 | 40.0 - 81.0 % | | PSVMC |
| LYMPHOCYTES % | 30.9 | 20.0 - 53.0 % | | PSVMC |
| MONOCYTES % | 8.4 | 1.0 - 10.0 % | | PSVMC |
| EOSINOPHILS % | 3.6 | 0.0 - 6.0 % | | PSVMC |
| BASOPHILS % | 0.5 | 0.0 - 2.0 % | | PSVMC |
| NEUTROPHILS ABS | 4.4 | 1.8 - 8.0 10^9/L | | PSVMC |
| LYMPHOCYTES ABS | 2.4 | 1.0 - 4.8 10^9/L | | PSVMC |
| MONOCYTES ABSOLUTE | 0.7 | 0.0 - 0.8 10^9/L | | PSVMC |
| EOSINOPHILS ABSOLUTE | 0.3 | 0.0 - 0.5 10^9/L | | PSVMC |
| BASOPHILS ABS | 0.0 | 0.0 - 0.2 10^9/L | | PSVMC |

Resulted: 12/05/15 0448, Result status: Final result

**CBC with Differential [305056628]**

Ordering provider:  Barbara Wayson, MD  12/05/15 0426    Resulting lab:   PROVIDENCE ST. VINCENT MEDICAL CENTER - LABORATORY

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 12/05/15 0426 |

Comment:  SPECIMEN TYPE: BLOOD

Components

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 0448, Result status: Final result

### CBC with Differential [305056628] (continued)

|  | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 7.8 | 3.5 - 11.0 10^9/L | | PSVMC |
| RBC | 4.66 | 3.80 - 5.20 10^12/L | | PSVMC |
| Hgb | 13.5 | 11.7 - 15.7 g/dL | | PSVMC |
| Hct | 40.3 | 34.9 - 46.9 % | | PSVMC |
| MCV | 86.4 | 80.0 - 100.0 fL | | PSVMC |
| MCH | 29.0 | 26.4 - 34.0 pg | | PSVMC |
| MCHC | 33.5 | 31.4 - 35.8 g/dL | | PSVMC |
| RDW | 13.0 | 11.5 - 14.5 % | | PSVMC |
| Platelet Count | 223 | 140 - 444 10^9/L | | PSVMC |
| MPV | 8.7 | 6.5 - 11.6 fL | | PSVMC |

Resulted: 12/05/15 0443, Result status: Preliminary result

### ECG 12 lead [305056634]

| Ordering provider: | Barbara Wayson, MD | 12/05/15 0439 | Resulting lab: | OR MUSE |
|---|---|---|---|---|

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 12/05/15 0440 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INTERPRETATION TEXT | Not Confirmed | | | OR MUSE |

Resulted: 12/05/15 0437, Result status: In process

### XR Chest PA and Lateral [305056631]

| Ordering provider: | Barbara Wayson, MD | 12/05/15 0426 | Resulted by: | Todd Delton Lovelace, MD |
|---|---|---|---|---|
| Performed: | 12/05/15 0459 - 12/05/15 0513 | | | |

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 12/05/15 0459 |

Resulted: 12/05/15 0431, Result status: In process

### CBC with Differential [305056628]

| Ordering provider: | Barbara Wayson, MD | 12/05/15 0426 | Resulting lab: | OR CERNER |
|---|---|---|---|---|

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 12/05/15 0426 |
| Comment: SPECIMEN TYPE: BLOOD | | |

Resulted: 12/05/15 0431, Result status: In process

### Comprehensive Metabolic Panel [305056629]

| Ordering provider: | Barbara Wayson, MD | 12/05/15 0426 | Resulting lab: | OR CERNER |
|---|---|---|---|---|

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | | 12/05/15 0426 |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 0431, Result status: In process

### Comprehensive Metabolic Panel [305056629] (continued)

Comment: SPECIMEN TYPE: BLOOD

Resulted: 12/05/15 0431, Result status: In process

### Troponin I [305056632]

| Ordering provider: | Barbara Wayson, MD 12/05/15 0426 | Resulting lab: | OR CERNER |

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | | 12/05/15 0426 |

Comment: SPECIMEN TYPE: BLOOD

Resulted: 12/05/15 0404, Result status: Preliminary result

### ECG 12 lead [305056620]

| Ordering provider: | Barbara Wayson, MD 12/05/15 0358 | Resulting lab: | OR MUSE |

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| | | 12/05/15 0404 |

Components

| | Value | Reference Range | Flag | Lab |
|--|-------|-----------------|------|-----|
| INTERPRETATION TEXT | Not Confirmed | | | OR MUSE |

Resulted: 12/05/15 0000, Result status: Preliminary result

### ECG 12 lead [305056620]

| Ordering provider: | Barbara Wayson, MD 12/05/15 0358 | Resulting lab: | OR MUSE |

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| | | 12/05/15 0404 |

Components

| | Value | Reference Range | Flag | Lab |
|--|-------|-----------------|------|-----|
| INTERPRETATION TEXT | Not Confirmed | | | OR MUSE |

Resulted: 12/05/15 0000, Result status: Preliminary result

### ECG 12 lead [305056634]

| Ordering provider: | Barbara Wayson, MD 12/05/15 0439 | Resulting lab: | OR MUSE |

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| | | 12/05/15 0440 |

Components

| | Value | Reference Range | Flag | Lab |
|--|-------|-----------------|------|-----|
| INTERPRETATION TEXT | Not Confirmed | | | OR MUSE |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 0000, Result status: Final
result

**ECHO Complete [361464500]**

| | | | |
|---|---|---|---|
| Ordering provider: | David J Stoy, MD  12/05/15 0715 | Resulted by: | Emilia Arden, DO |
| Performed: | 12/05/15 1212 - 12/05/15 1235 | | |
| Narrative: | | | |

Procedure:  Transthoracic Echocardiogram
Patient:   SUBRAMANIAM DENISE
DOB(Age):  09/16/1954(61)
Med Rec#:  E20003270928              Sex:    F

Account #:                Room #:  627
Ht / Wt:   157.48(cm)/80.29(kg)     BSA:     1.81
Study Date: 12/05/2015         Pt. Type: Inpatient
Ext Pt ID:                  Prev Date:

_____

Reading:    Emilia Arden, D.O.
Reading:    Northwest Cardiology
Referring:   DAVID J. STOY
Sonographer:  PDT

Study Type: Complete (0001)

Indication:

Rhythm:  Bradycardia
HR 54
BP 99/51

Conclusions:
Normal left ventricular size and systolic function. EF 60%.
No segmental wall motion abnormality.
Normal right ventricular size and systolic function.
Normal diastolic function.
Normal aortic, mitral and pulmonic valve structure and function.
Trace of tricuspid valve regurgitation with normal pulmonary pressure.
No pericardial disease.


Findings
Technical Comments:
Adequate but not optimum image quality.

Left Ventricle:
Normal left ventricular size. No left ventricular hypertrophy. Normal
left ventricular systolic function. No left ventricular segmental wall
motion abnormalities. EJECTION FRACTION (EF) is 60%. The left
ventricular stroke volume index is 48 ml/m2.

Left Atrium:

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 0000, Result status: Final
result

### ECHO Complete [361464500] (continued)

Normal left atrial size. Left atrial volume index, method of disk, is calculated to be 22.7ml/M2. Interatrial septum appears normal. No patent foramen ovale shunt by color and/or Doppler.

Right Ventricle:
Normal right ventricular size. Normal right ventricular systolic function. TAPSE is 2.6 cm.

Right Atrium:
Normal right atrial size.   RA end systolic area is 16 cm2.

Aortic Root:
Normal aortic root size. Aortic root size is 2.4cm by 2D measurement.

Aorta:
Normal size ascending aorta. Ascending aorta diameter of 2.7 cm.

Mitral Valve:
No significant structural abnormalities of the mitral valve. No mitral regurgitation.

Aortic Valve:
No significant structural abnormalities of the aortic valve. Three aortic valve cusps seen. No aortic insufficiency.

Tricuspid Valve:
No significant structural abnormalities of the tricuspid valve. Trace/physiologic tricuspid regurgitation.

Pulmonary Valve:
No significant structural abnormalities of the pulmonary valve.

Pulmonary Pressures:
Right ventricular systolic pressure estimate is 15-20mmHg. Assumed RA pressure of 0-5 mmHg. Normal inferior vena cava size. Inferior vena cava diameter is 1.7 cm. Greater than 50% inspiratory change in the inferior vena cava dimension.

Pericardial and Pleural:
No pericardial effusion seen. No pleural effusion seen.

Electronically signed at 12/05/2015 13:32:16 by: Emilia Arden,  D.O.

Measurements
Chambers

| Name | Value |
|---|---|
| IVSd(2D) | 0.7 cm |
| LVIDd(2D) | 4.5 cm |
| LVIDs(2D) | 2.5 cm |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

## All Other Results (01/08/16 - 12/05/15) (continued)

Resulted: 12/05/15 0000, Result status: Final
result

### ECHO Complete [361464500] (continued)

| | |
|---|---|
| LVPWd(2D) | 0.7 cm |
| AO Root(2D) | 2.4 cm |
| LA(2D) | 3 cm |
| LA Vol Index (MOD) | 22.7 ml/m2 |
| AOASC | 2.7 cm |
| RA Area | 16 cm2 |

Chambers

| Name | Value |
|---|---|
| SV Dopp | 86 ml |
| SV Index | 48 ml/m2 |

Valves AV

| Name | Value |
|---|---|
| LVOT Vel | 1.303 m/sec |
| LVOT VTI | 29.3 cm |
| LVOT Diam | 1.93 cm |

Valves MV

| Name | Value |
|---|---|
| E Peak | 0.565 m/sec |
| A Peak | 0.383 m/sec |
| E/A Ratio | 1.5 ratio |
| MV DT | 0.327 sec |

Valves MV

| Name | Value |
|---|---|
| E Prime sep | 9.98 cm/sec |
| E/E Prime sep | 5.7 ratio |
| E prime lat | 11.2 cm/sec |
| E/E prime lat | 5 ratio |

Valves TV/PV

| Name | Value |
|---|---|
| TR Peak | 200 cm/sec |
| TRMaxPG | 16 mmHg |
| IVC | 1.7 cm |
| TAPSE | 2.6 cm |

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 12/05/15 1332 |

### Components

| | | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|---|
| LVEF-TTE TRANSTHORACIC ECHO | | 60 | | | |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **14 - OR CERNER** | OR CERNER | Unknown | Unknown | 05/23/11 1447 - Present |
| **20 - OR MUSE** | OR MUSE | Unknown | Unknown | 08/02/11 1549 - Present |
| **132 - ORREGLAB** | PROVIDENCE | Unknown | 4400 NE Halsey St. | 01/16/12 1409 - Present |

PHS OREGON ROI
4400 NE Halsey Street
Portland OR 97123

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

**All Other Results (01/08/16 - 12/05/15) (continued)**

**Testing Performed By (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| | OREGON REGIONAL LABORATORY | | Building 3 Portland OR 97213 | |
| **1230600054 - PSVMC** | PROVIDENCE ST. VINCENT MEDICAL CENTER - LABORATORY | Unknown | 9205 SW Barnes Rd Portland OR 97225 | 09/21/11 0754 - Present |

**AVS Reports**

Most Recent After Visit Summary



# After Visit Summary

PREPARED FOR:

## Denise   Subramaniam

This summary was created for you.

Thank you for entrusting your care to us. The following information includes details about your hospital stay along with steps you should take to help with your recovery once you leave the hospital. In this packet, you will find information about the topics listed below:

- **A summary of your hospital stay**
- **Instructions about your medications**
- **Follow-up appointments once you have left the hospital**
- **Your care plan at home**

| | |
|---|---|
| Date of  Admission: | **12/5/2015** |
| Date of Discharge: | **12/05/15** |

**AVS Reports (continued)**

| | |
|---|---|
| Your Attending Provider: | **David J Stoy, MD** |
| Your Primary Care Provider: | **Megan Lear Mudrick, MD** |

| | |
|---|---|
| Hospital: | Providence St Vincent Medical Center |
| | 9205 SW Barnes Rd |
| | Portland OR 97225 |

# Your Hospital Stay

Here you will find information about your current stay in the hospital. It includes a variety of details − from the reason you were in the hospital to the types of treatment you may have received. Please bring this sheet with you when you visit your doctor or other health care provider in the future. It will help them determine the best possible medical care for you at that time.

## About your hospitalization

You were admitted on: December 5, 2015

You last received care in the: PROVIDENCE SAINT VINCENT MED CTR CARDIOLOGY 6E

You were discharged on: December 5, 2015

## Why you were hospitalized

You were hospitalized for: Nonsustained Ventricular Tachycardia

Your diagnoses also included: Fibromyalgia, Multiple Chemical Sensitivity Syndrome, Atypical Chest Pain, Obesity (Bmi 30.0-34.9)

## Providers seen during hospitalization

| Provider | Service | Role |
|---|---|---|
| Barbara Wayson, MD | Emergency Medicine | Attending Provider |
| Anagha Abasaheb Deshmukh, MD | Internal Medicine | Attending Provider |
| David J Stoy, MD | Internal Medicine | Attending Provider |
| Emilia Arden, DO | Cardiology | Physician |
| Prov Hospitalists | -- | Physician |

## Allergies

| Allergen | Noted | Reactions |
|---|---|---|
| **Corn Oil** | Sep 02, 2014 | Not Noted |
| **Dust Mite Extract** | Sep 02, 2014 | Not Noted |
| **Gluten** | Sep 02, 2014 | Not Noted |
| **Lecithin** | Dec 10, 2014 | Not Noted |

**AVS Reports (continued)**

| | | |
|---|---|---|
| **Molds & Smuts** | Sep 02, 2014 | Not Noted |
| **Penicillins** | Aug 31, 2014 | Not Noted |
| Never take because family history of that | | |
| **Soybean** | Dec 10, 2014 | Not Noted |
| Unable to sleep. | | |
| **Uncoded Nonscreenable Allergen** | Aug 31, 2014 | Not Noted |
| Several antibiotics "check with OIHSU" | | |

**Intolerance**

No active intolerances/contraindications

Procedures performed during your hospitalization:

# About Your Medications

Your medications are an important part of your care plan. Please review this list carefully before you leave the hospital to make sure you understand all medication instructions, especially any new information.

For example, your doctors may have made changes to medications you were taking before your hospital stay. The following list will explain these possible changes, which might include a different dosage (amount) of medication or a different time of day you will need to take it. Your doctor might also recommend you take a new medication and/or stop taking one you used before you came to the hospital.

At the end of this sheet, we have included a list that you can post on your refrigerator or in another convenient place to make it easy to see what medications you should be taking at home. Your nurse will go over this list with you and explain when you should take these medications and other important instructions

## Medication List

### START taking these medications

| | Details | Last Dose (if known) |
|---|---|---|
| **acetaminophen 325 mg tablet**<br>Commonly known as: TYLENOL | Quantity: 120 tablet<br>Refills: 0<br>Take 1-2 tablets by mouth every 6 hours as needed for Pain. | |

**AVS Reports (continued)**

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet** | Quantity:  30 tablet<br>Refills:  0<br>Take 1 tablet by mouth Daily. | 324 mg on 12/5/2015 4:54 |
| **nitroglycerin 0.4 mg SL tablet**<br>Commonly known as:  NITROSTAT | Quantity:  100 tablet<br>Refills:  1<br>Place 1 tablet under the tongue every 5 minutes as needed for Chest pain. | |

**CONTINUE taking these medications**

| | Details | Last Dose (if known) |
|---|---|---|
| **albuterol 2.5 mg/3 mL nebulizer solution** | Quantity:  30 vial<br>Refills:  0<br>Take 3 mLs by nebulization every 4 hours as needed for Wheezing or Shortness of Breath. | |
| **fluticasone 50 mcg/nasal spray**<br>Commonly known as:  FLONASE | Quantity:  16 g<br>Refills:  0<br>1 spray by Nasal route 2 times daily. | |
| **gabapentin 300 mg capsule**<br>Commonly known as:  NEURONTIN | Quantity:  120 capsule<br>Refills:  11<br>take 1 capsule by mouth every morning then 1 capsule at noon then 2 capsules AT NIGHT | |
| **meloxicam 15 mg tablet**<br>Commonly known as:  MOBIC | Quantity:  15 tablet<br>Refills:  5<br>take 1/2 tablet by mouth daily if needed for pain<br>Doctor's comments:<br>Max 15mg/day | |
| **oxyCODONE 5 mg tablet**<br>Commonly known as:  ROXICODONE | Quantity:  90 tablet<br>Refills:  0<br>Take 1-2 tablets by mouth every 4 hours as needed for Pain. | |

**Where to Get Your Medications**

These are the prescriptions that you need to pick up.

**You may get the following medications from any pharmacy**

**AVS Reports (continued)**

- nitroglycerin 0.4 mg SL tablet

<span style="color:green">**Prescription Receipt for this Admission (1 Prescription)**</span>

| | |
|---|---|
| **RITE AID-12575 SW WALKER RD - BEAVERTON, OR - 12575 SW WALKER ROAD**<br>**12575 SW WALKER ROAD, BEAVERTON OR 97005-1306** | Telephone: **503-646-2423**<br>Fax: **503-646-5094**<br>Hours: |

**Printed (1 of 1)**

**nitroglycerin (NITROSTAT) 0.4 mg SL tablet**

# Follow-Up Appointments

Below is a list of follow-up appointments with your doctor or other health care provider after you leave the hospital.  This may not be a complete list.  You may have made some appointments directly with providers that we are not aware of, or your providers may have made some for you. Please call your providers to confirm your appointments.

**Follow-up Information**

**Follow up with Megan L. Mudrick, MD In 1 week.**
Specialty:  Family Medicine
Why:  Follow up Holter monitor and exercise stress test results.
Contact information
417 SW 117TH AVE STE 100
Portland OR 97225
503-216-1800

**Follow up with Emilia Arden, DO In 1 week.**
Specialty:  Cardiology
Contact information
9135 SW BARNES RD #967
Portland OR 97225
503-292-4485

**AVS Reports (continued)**

# Care Plan Once You Return Home

This section includes instructions you will need to follow once you leave the hospital. Depending on your particular medical needs, these instructions might focus on diet, activities and/or lab and imaging tests. Your hospital care team will discuss these with you, so you and your loved ones know how to best care for your health needs at home. This section may also include educational information about certain health topics that may be of help to you.

## Your Future Labs & Tests

**Stress ECG**                                    Approximate Expected Date: **As directed**
Reason for Exam: **Atypical Left-sided chest pain, onset at rest**
Stress Protocol: **Bruce**

## Discharge Instructions

You are being discharged 12/05/15
Above is your medication list.
You should follow up with your PCP ( Megan L. Mudrick, MD ) in 5-7 days.
In addition you will need to follow up with: EKG lab for exercise stress test early next week.

You will also need the following labs on follow up with your PCP: none
Activity restrictions on discharge: As tolerated
Discharge diet: Balanced heart healthy diet, Low fat, Low salt.

# Exercise Stress Test

An **exercise stress test** shows your heart's response to exercise. Your health care provider often gives you this test to evaluate the blood flow to your heart, your exercise tolerance, or the presence of a heart rhythm disturbance.

The test records your heartbeat while you walk on a treadmill or ride a stationary bike. The test can be done in a hospital, a test center, or your doctor's office. The test is also called a **stress electrocardiogram (ECG/EKG).**

## Before Your Test

- Be sure to mention the medications you take and ask if it's okay to take them before the test.
- Avoid food and drinks containing caffeine.
- Don't eat, drink, smoke, or have any caffeine for 3 hours before the test.



AVS Reports (continued)

# Getting Ready

- Wear comfortable walking or running shoes.
- Wear a shirt or a blouse that you can remove easily. You may be asked to remove your clothing from the waist up. Women may wear a gown.

# During Your Test

- Electrodes (small pads) are placed on your upper body and a blood pressure cuff on your arm. These are used to monitor your heartbeat and blood pressure during and after the test.
- You are shown how to use the treadmill or bike.
- You are then asked to exercise for several minutes. Expect the exercise to be easy at first. It will slowly get harder, with an increase in speed and incline every few minutes.
- Exercise as long as you can, or until you are asked to stop.

Be sure to tell your health care provider if you feel any of the following:

- Chest, arm, or jaw discomfort
- Severe shortness of breath
- Fatigue
- Dizziness
- Leg cramps or soreness

# After the Test

- You can resume your normal activity, unless otherwise instructed.

- The results are sent to your doctor.

- Be sure to keep your follow-up appointment.

## Report Any Symptoms

Be sure to tell your health care provider if you feel:

- Chest, arm, or jaw discomfort
- Severe shortness of breath
- Fatigue
- Dizziness
- Leg cramps or soreness

© 2000-2015 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# Important Information:

There may be times after you are discharged that your condition needs to be re-evaluated. Call your doctor immediately, come to the **Emergency Department or call 911** if you experience:

**AVS Reports** (continued)

- Difficulty breathing or unusual shortness of breath
- Chest pain
- Excessive bleeding or drainage at the operative site
- Persistent nausea or vomiting
- Fever, chills, and/or increased pain that is not relieved by pain medication
- You should also call anytime you feel that your condition is an emergency.

# Access your health care information online

You can access your information through our confidential Providence MyChart website.

California, Oregon and SW Washington (Clark and Cowlitz counties):
https://mychartor.providence.org

Thank you for choosing Providence as your care provider.

**Our records show that you have previously activated a Providence MyChart account**

If you have questions, you can email MyChartCustomerSupport@providence.org or call 1-877-569-7768 to talk to our MyChart care team. Please remember, MyChart should NOT be used for urgent needs. For all medical emergencies, call **911**.

# Medications List for Home (Refrigerator List)

Here is a copy of your final medication list. Please ask the nurse any questions you may have so you can carefully follow his or her instructions once you return home.

## Medication List

### Take these medications at their scheduled times

| | Early AM | AM | Noon | PM | Night | Late Night |
|---|---|---|---|---|---|---|
| **aspirin 81 mg chewable tablet**<br>Take 1 tablet by mouth Daily. | | ✓ | | | | |
| **fluticasone 50 mcg/nasal spray**<br>Commonly known as: FLONASE<br>1 spray by Nasal route 2 times daily. | | | | | | |

**AVS Reports (continued)**

### Take these medication as needed

| | Early AM | AM | Noon | PM | Night | Late Night |
|---|---|---|---|---|---|---|
| **acetaminophen 325 mg tablet**<br>Commonly known as: TYLENOL<br>Take 1-2 tablets by mouth every 6 hours as needed for Pain. | | | | | | |
| **albuterol 2.5 mg/3 mL nebulizer solution**<br>Take 3 mLs by nebulization every 4 hours as needed for Wheezing or Shortness of Breath. | | | | | | |
| **nitroglycerin 0.4 mg SL tablet**<br>Commonly known as: NITROSTAT<br>Place 1 tablet under the tongue every 5 minutes as needed for Chest pain. | | | | | | |
| **oxyCODONE 5 mg tablet**<br>Commonly known as: ROXICODONE<br>Take 1-2 tablets by mouth every 4 hours as needed for Pain. | | | | | | |

### Other medications

| | Early AM | AM | Noon | PM | Night | Late Night |
|---|---|---|---|---|---|---|
| **gabapentin 300 mg capsule**<br>Commonly known as: NEURONTIN<br>take 1 capsule by mouth every morning then 1 capsule at noon then 2 capsules AT NIGHT | | | | | | |
| **meloxicam 15 mg tablet**<br>Commonly known as: MOBIC<br>take 1/2 tablet by mouth daily if needed for pain | | | | | | |

Scan on 12/5/2015  4:04 by ONBASE SCAN ORCA : ECG 12 LEAD (below)

SUBRAMANIAM, DENISE | ID:001226498 | 05-DEC-2015 04:04:12 | PROVIDENCE ST. VINCENT MED. CTR.-EMERG  ROUTINE RECORD

| 16-SEP-1954 (61 yr) | Vent. rate | 63 | BPM | Normal sinus rhythm |
| Female  Caucasian | PR interval | 162 | ms | Normal ECG |
| | QRS duration | 84 | ms | When compared with ECG of 02-SEP-2014 03:34, |
| Room: | QT/QTc | 440/450 | ms | No significant change was found |
| Loc:6 | P-R-T axes | 64  59  44 | | Confirmed by HAMDAN MD, NAJI M. (2024) on 12/5/2015 8:38:18 PM |

Technician: CG
Test ind:CHEST PAIN

Referred by:                    Confirmed By:  NAJI M. HAMDAN MD

V#:



25mm/s    10mm/mV    100Hz    8.0 SP2    12SL 237    CID: 43

EID:2024 EDT: 20:38 05-DEC-2015 ORDER: 305056620
Page 1 of 1

OSV PROVIDENCE SAINT VINCENT MEDICAL CENTER
9205 SW Barnes RD
Portland OR 97225-6603

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

Scan on 12/5/2015  4:43 by ONBASE SCAN ORCA : ECG 12 LEAD (below)



OSV PROVIDENCE SAINT VINCENT MEDICAL CENTER
9205 SW Barnes RD
Portland OR 97225-6603

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

Scan on 12/5/2015 13:28 by ONBASE SCAN ORCA : ECHO COMPLETE (below)

SUBRAMANIAM, DENISE E2000327092812/05/2015                                    Page 1 of 3



Providence St. Vincent Medical Center
9205 SW Barnes Road
Portland, OR 97225
Voice: (503)216-7258
Fax: (503)216-7261



## Transthoracic Echocardiogram

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | SUBRAMANIAM, DENISE | **DOB:** | 09/16/1954 | **Interpreting:** | Emilia Arden, D.O. |
| **Med Rec#:** | E20003270928 | **Age:** | 61 | **Interpreting:** | Northwest Cardiology |
| **Date:** | 12/05/2015 | **Height:** | 157.48 cm. | **Referring:** | DAVID J. STOY |
| **Account#:** | | **Weight:** | 80.29 kg. | **Sonographer:** | PDT |
| **Room#:** | 627 | **BSA:** | 1.81 | | |
| **Ext Pt ID:** | | **Pt Type:** | Inpatient | | |
| | | **Prev Date:** | | | |

Study Type: Complete (0001)                        Rhythm: Bradycardia
Indication:
                                                   HR 54
                                                   BP 99/51

Conclusions: Normal left ventricular size and systolic function. EF 60%.
No segmental wall motion abnormality.
Normal right ventricular size and systolic function.
Normal diastolic function.
Normal aortic, mitral and pulmonic valve structure and function.
Trace of tricuspid valve regurgitation with normal pulmonary pressure.
No pericardial disease.

### Findings

| | |
|---|---|
| **Technical Comments :** | Adequate but not optimum image quality. |
| **Left Ventricle :** | Normal left ventricular size. No left ventricular hypertrophy. Normal left ventricular systolic function. No left ventricular segmental wall motion abnormalities. EJECTION FRACTION (EF) is 60%. The left ventricular stroke volume index is 48 ml/m2. |
| **Left Atrium :** | Normal left atrial size. Left atrial volume index, method of disk, is calculated to be 22.7ml/M2. Interatrial septum appears normal. No patent foramen ovale shunt by color and/or Doppler. |
| **Right Ventricle :** | Normal right ventricular size. Normal right ventricular systolic function. TAPSE is 2.6 cm. |
| **Right Atrium :** | Normal right atrial size. RA end systolic area is 16 cm2. |
| **Aortic Root :** | Normal aortic root size. Aortic root size is 2.4cm by 2D measurement. |
| **Aorta :** | Normal size ascending aorta. Ascending aorta diameter of 2.7 cm. |
| **Mitral Valve :** | No significant structural abnormalities of the mitral valve. No mitral regurgitation. |
| **Aortic Valve :** | No significant structural abnormalities of the aortic valve. Three aortic valve cusps seen. No aortic insufficiency. |
| **Tricuspid Valve :** | No significant structural abnormalities of the tricuspid valve. Trace/physiologic tricuspid regurgitation. |
| **Pulmonary Valve :** | No significant structural abnormalities of the pulmonary valve. |
| **Pulmonary Pressures :** | Right ventricular systolic pressure estimate is 15-20mmHg. Assumed RA pressure of 0-5 mmHg. Normal inferior vena cava size. Inferior vena cava diameter is 1.7 cm. Greater than 50% inspiratory change in the inferior vena cava dimension. |
| **Pericardial and Pleural :** | No pericardial effusion seen. No pleural effusion seen. |

Electronically signed at 12/05/2015 13:32:16 by: Emilia Arden, D.O.

file://\\wn4792\RM-Server\2015\12\05\545155\577080_339087.xml                    12/5/2015

OSV PROVIDENCE SAINT VINCENT MEDICAL CENTER
9205 SW Barnes RD
Portland OR 97225-6603

SUBRAMANIAM,DENISE
MRN: 20003270928
DOB: 9/16/1954, Sex: F
Adm: 12/5/2015, D/C: 12/5/2015

SUBRAMANIAM, DENISE E2000327092812/05/2015     Page 3 of 3

## Measurements

| Chambers | | |
|---|---|---|
| **Name** | **Value** | **Normal Range** |
| IVSd(2D) | 0.7 cm | - |
| LVIDd(2D) | 4.5 cm | - |
| LVIDs(2D) | 2.5 cm | - |
| LVPWd(2D) | 0.7 cm | - |
| AO Root(2D) | 2.4 cm | - |
| LA(2D) | 3 cm | - |
| LA Vol Index (MOD) | 22.7 ml/m2 | - |
| AOASC | 2.7 cm | - |
| RA Area | 16 cm2 | - |

| Chambers | | |
|---|---|---|
| **Name** | **Value** | **Normal Range** |
| SV Dopp | 86 ml | - |
| SV Index | 48 ml/m2 | - |

| Valves AV | | |
|---|---|---|
| **Name** | **Value** | **Normal Range** |
| LVOT Vel | 1.303 m/sec | - |
| LVOT VTI | 29.3 cm | - |
| LVOT Diam | 1.93 cm | - |

| Valves MV | | |
|---|---|---|
| **Name** | **Value** | **Normal Range** |
| E Peak | 0.565 m/sec | - |
| A Peak | 0.383 m/sec | - |
| E/A Ratio | 1.5 ratio | - |
| MV DT | 0.327 sec | - |

| Valves MV | | |
|---|---|---|
| **Name** | **Value** | **Normal Range** |
| E Prime sep | 9.98 cm/sec | - |
| E/E Prime sep | 5.7 ratio | - |
| E prime lat | 11.2 cm/sec | - |
| E/E prime lat | 5 ratio | - |

| Valves TV/PV | | |
|---|---|---|
| **Name** | **Value** | **Normal Range** |
| TR Peak | 200 cm/sec | - |
| TRMaxPG | 16 mmHg | - |
| IVC | 1.7 cm | - |
| TAPSE | 2.6 cm | - |

file:/\\wn4792\RM-Server\2015\12\05\545155\577080_339087.xml     12/5/2015