Washington County, Oregon **2006-077542**
06/28/2006 03:24:13 PM
D-MA   Cnt=1 Stn=22 I REED
$10.00 $6.00 $11.00 - Total = $27.00

I, Richard Hobernicht, Director of Assessment and Taxation and Ex-Officio County Clerk for Washington County, Oregon, do hereby certify that the within instrument of writing was received and recorded in the book of records of said county.

Richard W. Hobernicht, Director of Assessment and Taxation, Ex-Officio County Clerk

RECORD AND RETURN TO
GMAC-RFC
One Meridian Crossing, Suite #100
Minneapolis, MN 55423
RECORD CENTER AND DOCUMENT
ROUTING 03-03-40

Litton # 18099663

# ASSIGNMENT OF DEED OF TRUST 10335983

For Value Received, PEOPLE'S CHOICE HOME LOAN, INC., a WYOMING CORPORATION
, holder of a Deed of Trust (herein "Assignor") whose address is
7515 IRVINE CENTER DR., IRVINE, CA 92618
, does hereby grant, sell,
assign, transfer and convey, unto Homecomings Financial Network, Inc.
, a corporation
organized and existing under the laws of (herein "Assignee"),
whose address is ONE MERIDIAN CROSSING, Suite 100, MINNEAPOLIS, MN 56423,
a certain Deed of Trust, dated 02/10/2004 , made and executed by
DENISE SUBRAMANIAM

to Paul S. Cosgrove, Lindsay Harte, Law Off
Trustee, upon the
following described property situated in WASHINGTON , State
of Oregon:
~~SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT A~~
(A.P.N. #: R29757)
LEGAL DESCRIPTION:
LOT 4, BLOCK 2, DEVONSHIRE, IN THE COUNTY OF WASHINGTON AND STATE OF OREGON.

such Deed of Trust having been given to secure payment of ONE HUNDRED SEVENTY-SIX THOUSAND
AND 00/100 ($ 176,000.00 )
(Include the Original Principal Amount)
which Deed of Trust is of record in Book, Volume, or Liber No. , at page (or
as No. 2004-019937 ) of the Records of WASHINGTON
County, State of Oregon, together with the note(s) and obligations therein described, the money due and to
become due thereon with interest, and all rights accrued or to accrue under such Deed of Trust.

Oregon Assignment of Deed of Trust
with Acknowledgment

VMP-995W(OR) (9711).04    11/97
Page 1 of 2
VMP MORTGAGE FORMS - (800)521-7291

#10097572

FIDELITY NATIONAL TITLE CO.    41-420467

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Deed of Trust on

12-29-05

Witness *John Cardenas*

Witness *CARMEL MULLINS*

Attest

Seal:

PEOPLE'S CHOICE HOME LOAN, INC., a WYOMING CORPORATION
(Assignor)

By: _____
(Signature)

Dana Lantry
Asst. Vice President

This Instrument Prepared By: First American Title Insurance Company, address: 200 SW Market, #150, Portland, OR 97201, tel. no.:(503)790-7890

State of CALIFORNIA
County of ORANGE

This instrument was acknowledged before me on 12-29-2005

by DANA LANTRY, Asst. VICE PRESIDENT

as PEOPLE'S CHOICE HOME LOAN INC. of

*Sergio Lomeli*

-995W(OR) (9711).04     Page 2 of 2

#10097572

SERGIO LOMELI
Commission # 1372949
Notary Public - California
Orange County
My Comm. Expires Sep 1, 2006

10/6
11

Washington County, Oregon
08/27/2008 02:55:23 PM **2008-073971**
D-MA      Cnt=1  Stn=9  C TOMPKINS
$10.00 $5.00 $11.00 - Total = $26.00



01285060200800739710020026

I, Richard Hobernicht, Director of Assessment and Taxation and Ex-Officio County Clerk for Washington County, Oregon, do hereby certify that the within instrument of writing was received and recorded in the book of records of said county.

Richard Hobernicht, Director of Assessment and Taxation, Ex-Officio County Clerk

**Return Address:**
MGC Mortgage Inc
Document Control
7195 Dallas Parkway
Plano, TX 75024
BC 619600

Please print or type information **OREGON STATE RECORDER'S Cover Sheet**

| | |
|---|---|
| **1. DOCUMENT TITLE(s)** (or transactions contained therein): (all areas applicable to your document **must** be filled in)<br>     ASSIGNMENT OF DEED OF TRUST | |
| **2. DIRECT PARTY/GRANTOR**, required by ORS 205.125(1)(b) and ORS 205.160<br><br>     Homecomings Financial Network | |
| **3. INDIRECT PARTY / GRANTEE(s)** required by ORS 205.125(1)(a) and ORS 205.160<br><br>     Residential Funding Company, LLC<br>     8400 Normandale Lake Blvd., Suite 600<br>     Minneapolis, MN 55437-1073 | |
| **4. TRUE and ACTUAL CONSIDERATION** (if any), ORS 93.030)<br><br>     Ten and No/100 Dollars ($10.00) | |
| **5. ALL TAX STATEMENTS SHALL BE SENT TO THE FOLLOWING ADDRESS:**<br><br>     MGC Mortgage, Inc.<br>     7195 Dallas Parkway<br>     Plano, TX 75024 | |
| **6. FULL OR PARTIAL SATISFACTION ORDER or WARRANT FILED IN THE COUNTY CLERKS LIEN RECORDS,** ORS 205.121(1)(E) | |
| **7. THE AMOUNT OF THE CIVIL PENALTY or THE AMOUNT, INCLUDING PENALTIES, INTEREST AND OTHER CHARGES FOR WHICH THE WARRANT, ORDER OR JUDGMENT WAS ISSUED.** ORS 205.125(1)© and ORS 18.325 | |

## CORPORATION ASSIGNMENT of DEED OF TRUST

RFC Loan Number: 10335983
Seller Loan Number: 10097572



**FOR VALUE RECEIVED, Homecomings Financial Network, Inc.**

the undersigned hereby grants, assigns and transfers to

Residential Funding Company, LLC
8400 Normandale Lake Blvd Suite 600
Minneapolis, MN 55437-1873

all beneficial interest under that certain Deed of Trust dated 02/10/2004
executed by DENISE SUBRAMANIAM

TO/FOR: People's Choice Home Loan, Inc. a Wyoming Corporation

and recorded in Book __N/A__ on Page __N/A__ as Instrument No. __2004-019937__ on __3/1/04__
of official Records in the County Recorder's Office of __Washington__ County, Oregon.

Property Address: 13865 SW WALKER ROAD  BEAVERTON, OR  97005
MORTGAGE AMOUNT: $176,000.00
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

**Homecomings Financial Network, Inc.**

BY: _Masse Adjetey_

STATE OF                    Minnesota )   NAME: Masse Adjetey
COUNTY OF                   Hennepin )    TITLE: Vice President

On 04/03/2006 before me, the undersigned, a Notary Public in and for said State personally appeared Masse Adjetey, Vice President of Homecomings Financial Network, Inc. personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

This instrument was drafted by Mary Olson, Residential Funding Corporation, One Meridian Crossings, Suite 100, Minneapolis, MN 55423, (952) 979-4000.

_Mary K. Olson_
Notary Public in and for said State

**MARY K. OLSON**
NOTARY PUBLIC- MINNESOTA
MY COMMISSION EXPIRES 1-31-2010

<u>After Recording Return to</u>:
**MGC Mortgage Inc**
Document Control
7195 Dallas Parkway
Plano, Texas 75024
BC 619600

Washington County, Oregon  **2008-073972**
08/27/2008 02:55:23 PM
D-MA        Cnt=1  Stn=9  C TOMPKINS
$10.00 $5.00 $11.00 - Total = $26.00

01285061200800739720020023

I, Richard Hobernicht, Director of Assessment and Taxation and Ex-Officio County Clerk for Washington County, Oregon, do hereby certify that the within instrument of writing was received and recorded in the book of records of said county.

Richard Hobernicht, Director of Assessment and Taxation, Ex-Officio County Clerk

**Return Address:**
MGC Mortgage Inc
Document Control
7195 Dallas Parkway
Plano, TX 75024
BC 619600

Please print or type information **OREGON STATE RECORDER'S Cover Sheet**

| |
|---|
| **1. DOCUMENT TITLE(s)** (or transactions contained therein): (all areas applicable to your document **must** be filled in)<br>ASSIGNMENT OF DEED OF TRUST |
| **2. DIRECT PARTY/GRANTOR**, required by ORS 205.125(1)(b) and ORS 205.160<br><br>Residential Funding Company, LLC<br>8400 Normandale Lake Blvd., Suite 600<br>Minneapolis, MN 55437-1073 |
| **3. INDIRECT PARTY / GRANTEE(s)** required by ORS 205.125(1)(a) and ORS 205.160<br><br>LNV Corporation<br>7195 Dallas Parkway<br>Plano, TX 75024 |
| **4. TRUE and ACTUAL CONSIDERATION** (if any), ORS 93.030)<br><br>Ten and No/100 Dollars ($10.00) |
| **5. ALL TAX STATEMENTS SHALL BE SENT TO THE FOLLOWING ADDRESS:**<br><br>MGC Mortgage, Inc.<br>7195 Dallas Parkway<br>Plano, TX 75024 |
| **6. FULL OR PARTIAL SATISFACTION ORDER or WARRANT FILED IN THE COUNTY CLERKS LIEN RECORDS,** ORS 205.121(1)(E) |
| **7. THE AMOUNT OF THE CIVIL PENALTY or THE AMOUNT, INCLUDING PENALTIES, INTEREST AND OTHER CHARGES FOR WHICH THE WARRANT, ORDER OR JUDGMENT WAS ISSUED.** ORS 205.125(1)© and ORS 18.325 |

CORPORATION ASSIGNMENT of DEED OF TRUST

RFC Loan Number: 10335983
Seller Loan Number: 10097572

FOR VALUE RECEIVED, 'Residential Funding Company, LLC fka Residential Funding Corporation'

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 2/10/2004
executed by DENISE SUBRAMANIAM

TO/FOR: People's Choice Home Loan, Inc a Wyoming Corporation.

and recorded in Book _N/A_ on Page _N/A_ as Instrument No. _2004-019937_ on _3/1/04_
of official Records in the County Recorder's Office of _Washington_ County, Oregon.

Property Address: 13865 SW WALKER ROAD  BEAVERTON, OR  97005
MORTGAGE AMOUNT: $176,000.00
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

'Residential Funding Company, LLC fka Residential Funding Corporation'

BY: _[signature]_
NAME: Betty Wright
TITLE: Assistant Vice President

STATE OF                    Minnesota )
COUNTY OF                   Hennepin  )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Betty Wright, Assistant Vice President of 'Residential Funding Company, LLC fka Residential Funding Corporation' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

This instrument was drafted by Diane Meistad, Residential Funding Company, LLC, One Meridian Crossings, Suite 100, Minneapolis, MN 55423, (952) 979-4000.

_[signature: Diane M Meistad]_
Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

After Recording Return to:
MGC Mortgage Inc
Document Control
7195 Dallas Parkway
Plano, Texas 75024
BC 619600