
Gebhardt 3/10/2008 Assignment to LNV

## CORPORATION ASSIGNMENT of DEED of TRUST

BC: 612526 — 17101164

RFC Loan Number: 8263393
Seller Loan Number: 328544

FOR VALUE RECEIVED, 'Residential Funding Company, LLC fka Residential Funding Corporation'
8400 Normandale Lake Blvd. Ste 600
Minneapolis, MN 55437
the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 11/7/2002
executed by CATHERINE GEBHARDT, A SINGLE PERSON

TO/FOR: Sebring Capital Partners, Limited Partnership.

and recorded in Book 1562 on Page 298 as Instrument No. 02053378 on 11-13-02
of official Records in the County Recorder's Office of Sevier County, Tennessee.

Property Address: 3753 THOMAS CROSS ROAD, SEVIERVILLE, TN 37876
MORTGAGE AMOUNT: $243,100.00

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

'Residential Funding Company, LLC fka Residential Funding Corporation'

| | |
|---|---|
| Maximum principal indebtedness for Tennessee recording tax purposes is $ -0- does not increase principal debt. Mortgage tax paid on original filing. | BY: _____ <br> NAME: Betty Wright <br> TITLE: Assistant Vice President |

STATE OF                                      Minnesota )
COUNTY OF                                   Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Betty
Wright, Assistant Vice President of 'Residential Funding Company, LLC fka Residential Funding Corporation'
personally known to me to be the person whose name is subscribed to the within instrument and acknowledged
to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument
the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Duane mMustad
Notary Public in and for said State

This instrument was drafted by Diane Meistad,
Residential Funding Company, LLC, One Meridian
Crossings, Suite 100, Minneapolis, MN 55423,
(952) 979-4000.



DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

(Area to right reserved for Recording)

BK/PG: 3160/446-446
08048722

| 1 PGS : ASSIGNMENT | |
|---|---|
| ELAINE BATCH: 133997 | |
| 08/06/2008 - 10:36 AM | |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 10.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 12.00 |

STATE OF TENNESSEE, SEVIER COUNTY
SHERRY ROBERTSON HUSKEY
REGISTER OF DEEDS

Prepared By & After Recording Mail to:
MGC Mortgage Inc
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024

Fauley 3/10/2008 Assignment to LNV

## ASSIGNMENT OF DEED OF TRUST

THIS ASSIGNMENT OF DEED OF TRUST (this "Assignment") is made by DEUTSCHE BANK TRUST COMPANY AMERICAS (formerly known as Bankers Trust Company) as Trustee, whose address is 1761 East St. Andrew Place, Santa Ana, CA 92705, ("Assignor"), to and in favor of RESIDENTIAL FUNDING COMPANY LLC., whose address is One Meridian Crossings, Suite 100, Minneapolis, Minnesota 55423 ("Assignee").

THIS ASSIGNMENT WITNESSES THAT, in consideration of Ten Dollars ($10.00) and other good and valuable consideration paid by Assignee, Assignor hereby assigns, transfers, sets over and conveys to Assignee and its successors and assigns, without recourse and without representation or warranty, whether express, implied or created by operation of law, except as expressly set forth in the Purchase Agreement, the following:

1.  that certain Deed of Trust from Robynne A. Fauley dated June 12, 2002, and recorded June 20, 2002, as Instrument No 2002-057800, in the Clerk's Office of the County of Clackamas, State of Oregon, (the "Deed of Trust"), which Deed of Trust secures that certain Promissory Note dated June 12, 2002, in the original principal amount of $330,000.00, executed by Robynne A. Fauley and payable to the order of Washington Mutual Bank, FA., as modified or amended (the "Note");

2.  Assigned to Deutsche Bank Trust Company Americas as Trustee by Assignment dated July 29, 2002, recorded on April 3, 2003, as Instrument No. 2003-041141, in the Clerk's Office of the County of Clackamas, State of Oregon.

3.  Assigned to Washington Mutual by Assignment dated April 11, 2007, recorded on May 3, 2007, as Instrument No. 2007-038181, in the Clerk's Office of the County of Clackamas, State of Oregon.

4.  as such other documents, agreements, instruments and other collateral that evidence, secure or otherwise relate to Assignor's right, title or interest in and to the Deed of Trust and/or the Note and/or the loan evidenced by the Note, including without limitation the title insurance policies and hazard insurance policies relating thereto that are in effect.

BC:619513

2



**IN WITNESS WHEREOF,** Assignor has caused this Assignment to be executed and delivered by its Authorized Representative as of the 27ᵗʰ day of October, 2008.

Deutsche Bank Trust Company Americas (formerly known as Bankers Trust Company) as Trustee, Residential Funding Company, LLC formerly known as Residential Funding Corporation Attorney-in Fact

WITNESS: Pamela L. Spencer

By: 
Name: Michael Mead
Title: Limited Signing Officer

WITNESS: B. Zahn

POA recorded on 2/7/2003, as Instr. No. 2003-016512.

## ACKNOWLEDGMENT

STATE OF MINNESOTA §
§
COUNTY OF HENNEPIN §

    Before me, the undersigned, a Notary Public, on this day personally appeared Michael Mead, who is personally well known to me (or sufficiently proven) to be the Limited Signing Officer of Residential Funding Company, LLC formerly known as Residential Funding Corporation and the person who executed the foregoing instrument by virtue of the authority vested in him/her, and he/she acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacities therein stated.

Given under my hand and seal this 27ᵗʰ day of October, 2008.

Notary Public, State of Minnesota
My commission expires: 01-31-2008

A F F I X  NOTARY SEAL

DIANE M. MEISTAD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2010

BC:619513                         3

Clackamas County Official Records
Sherry Hall, County Clerk

2008-074676

$41.00

0125953720080074676030037

10/31/2008 02:17:25 PM

M-TDA          Cnt=1  Stn=10  ELIZABETH
$15.00 $16.00 $10.00

**Fauley 3/10/2008 Assignment to LNV**

This Document Prepared By and
After Recording Please Return To:
MGC Mortgage, INC.
Attn: Allison Martin, Manager
Document Control
7195 Dallas Parkway
Plano, Texas 75024

## CORRECTIVE ASSIGNMENT OF DEED OF TRUST
(This Assignment is being recorded to corrected chain of assignments.)

**Grantor:**  **Deutsche Bank Trust Company Americas (formerly known as Bankers Trust Company) as Trustee**
**1761 East St. Andrew Place, Santa Ana, Ca 92705**

**Grantee:**  **Residential Funding Company, LLC**
**One Meridian Crossings, Suite 100, Minneapolis, MN 55423**

**Property Address:    12125 Southeast Laughing Water Road, Sandy, OR 97055**

Legal Description: Parcel 1, Partition Plat No. 1999-041, in the County of Clackamas and State of Oregon.

BC:619513                                    1



PLAINTIFF'S
EXHIBIT
E

Clackamas County Official Records
Sherry Hall, County Clerk
**2008-074677**

|||||||||||||||||||||||||||||||| $36.00
01259538200800746770020027
10/31/2008 02:17:25 PM

M-TDA        Cnt=1  Stn=10 ELIZABETH
$10.00 $16.00 $10.00

**Fauley 3/10/2008 Assignment to LNV**

This Document Prepared By and
*After Recording Please Return To:*
MGC MORTGAGE, INC.
Attn: Allison Martin, Manager
Document Control
7195 Dallas Parkway
Plano, Texas 75024

---

## ASSIGNMENT OF DEED OF TRUST

Grantor:      RESIDENTIAL FUNDING COMPANY, LLC
              One Meridian Crossings, Suite 100, Minneapolis, Minnesota  55423

Grantee:      LNV CORPORATION
              7195 Dallas Parkway, Plano, Texas  75024

Property Address:    12125 Southeast Laughing Water Road, Sandy, OR 97055

Legal Description: Parcel 1, Partition Plat No. 1999-041, in the County of Clackamas and
State of Oregon.

BC 619513

**PLAINTIFF'S
EXHIBIT
G**

CORPORATION ASSIGNMENT of DEED OF TRUST

RFC Loan Number: 7889719
Seller Loan Number: 4967689



FOR VALUE RECEIVED, 'Residential Funding Company, LLC fka Residential Funding Corporation'

the undersigned hereby grants, assigns and transfers to

**Fauley 3/10/2008 Assignment to LNV**

all beneficial interest under that certain Deed of Trust dated 6/12/2002
executed by ROBYNNE A FAULEY

TO/FOR:

and recorded in Book  N/a  on Page  N/a  as Instrument No. 2002-057800  on 6/20/2002
of official Records in the County Recorder's Office of Clackamas  County, Oregon.

Property Address:  12125 SE SOUTHEAST LAUGHING WA  SANDY, OR  97055
MORTGAGE AMOUNT:  $330,000.00
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

'Residential Funding Company, LLC fka Residential Funding Corporation'

BY:
NAME: Jeanne J. Smith
TITLE: Assistant Vice President

**Notice this signature looks like "Martin" NOT "Smith"**

STATE OF
COUNTY OF

Minnesota )
Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Jeanne J.
Smith, Assistant Vice President of 'Residential Funding Company, LLC fka Residential Funding Corporation'
personally known to me to be the person whose name is subscribed to the within instrument and acknowledged
to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument
the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

This instrument was drafted by Diane Meistad,
Residential Funding Company, LLC, One Meridian
Crossings, Suite 100, Minneapolis, MN 55423,
(952) 979-4000.

Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2010

(Area to right reserved for Recording)

WHEN RECORDED MAIL TO:

Prepared By and when recorded
Please return to:MGC Mortgage Inc.
Document Control Dept.
7195 Dallas Parkway
Plano, TX 75024
BC64513

Clackamas County Official records
Sherry Hall, County Clerk
2008-074677

$36.00

0125953820 074677000 27 10/31 08 02:17:25 PM

M-TDA     Cnt=1  Stn=10  ELIZABETH
$10.00 $16.00 $10.00

Clackamas County Official Records
Sherry Hall, County Clerk
2012-023399

$52.00

0157444420120023399002 0029     04/17/2012 12:01:27 PM

M-TDA     Cnt=1  Stn=5  CONNIEBRO
$10.00 $16.00 $16.00 $10.00

This Document Prepared By and
<u>After Recording Please Return To</u>:
MGC MORTGAGE, INC.
Attn: Allison Martin, Manager
Document Control
7195 Dallas Parkway
Plano, Texas 75024

**Fauley 3/10/2008 Assignment to LNV**

# ASSIGNMENT OF DEED OF TRUST

Grantor:     RESIDENTIAL FUNDING COMPANY, LLC
One Meridian Crossings, Suite 100, Minneapolis, Minnesota 55423

Grantee:     LNV CORPORATION
7195 Dallas Parkway, Plano, Texas 75024

Property Address:     12125 Southeast Laughing Water Road, Sandy, OR 97055

Legal Description: Parcel 1, Partition Plat No. 1999-041, in the County of Clackamas and State of Oregon.

Re-recorded at the request of LNV Corporation to add Grantee name & address on Original Assignment. Previously Recorded: 10/31/08, as dnst. No. 2008-074677

BC 619513



PLAINTIFF'S
EXHIBIT

H

CORPORATION ASSIGNMENT of DEED OF TRUST

RFC Loan Number: 7889719
Seller Loan Number: 4967689

FOR VALUE RECEIVED, 'Residential Funding Company, LLC fka Residential Funding Corporation'

the undersigned hereby grants, assigns and transfers to *LNV Corporation 7195 Dallas Pkwy Plano, Tx 75024*

**Fauley 3/10/2008 Assignment to LNV**

all beneficial interest under that certain Deed of Trust dated 6/12/2002
executed by ROBYNNE A FAULEY

TO/FOR:

and recorded in Book *n/a* on Page *n/a* as Instrument No. *2002-057800* on *6/20/2002*
of official Records in the County Recorder's Office of *Clackamas* County, Oregon.

Property Address:   12125 SE SOUTHEAST LAUGHING WA . SANDY, OR  97055
MORTGAGE AMOUNT:  $330,000.00
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

'Residential Funding Company, LLC fka Residential Funding Corporation'

BY: *Jeanne J. Smith*
NAME: Jeanne J. Smith
TITLE: Assistant Vice President

STATE OF
COUNTY OF

Minnesota )
Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Jeanne J.
Smith, Assistant Vice President of 'Residential Funding Company, LLC fka Residential Funding Corporation'
personally known to me to be the person whose name is subscribed to the within instrument and acknowledged
to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument
the entity upon behalf of which the person acted, executed the instrument.  WITNESS my hand and official seal.

This instrument was drafted by Diane Meistad,
Residential Funding Company, LLC, One Meridian
Crossings, Suite 100, Minneapolis, MN 55423,
(952) 979-4000.

*Diane M Meistad*
Notary Public in and for said State


DIANE M. MEISTAD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/[...]

(Area to right reserved for Recording)

WHEN RECORDED MAIL TO:

Prepared By and when recorded
Please return to:MGC Mortgage Inc.
Document Control Dept.
7195 Dallas Parkway
Plano, TX 75024
BC614513



STATE OF OREGON
COUNTY OF CLACKAMAS } ss.

I, SHERRY HALL, County Clerk of the
State of Oregon for the County of Clackamas,
do hereby certify that the foregoing copy of
*2012-023299  2pg*
*Mortgage Rec*
has been by me compared with the original, and
that it is a correct transcript therefrom, and the
whole of such original, as the same appears on the
file and record in my office and under my care,
custody and control.

IN TESTIMONY WHEREOF, I have hereunto set
my hand and affixed my official seal

this _____ 10 _____ day of
_____ October, 20 12

SHERRY HALL, County Clerk
By: *Dianne M Lane* , Deputy



**Subramaniam 3/10/2008 Assignment to LNV**

CORPORATION ASSIGNMENT of DEED OF TRUST

RFC Loan Number: 10335983
Seller Loan Number: 10097572

FOR VALUE RECEIVED, 'Residential Funding Company, LLC fka Residential Funding Corporation'

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 2/10/2004
executed by DENISE SUBRAMANIAM

TO/FOR: People's Choice Home Loan, Inc a Wyoming Corporation.

and recorded in Book N/A on Page N/A as Instrument No. 2004.019937 on 3/1/04
of official Records in the County Recorder's Office of Washington County, Oregon.

Property Address: 13865 SW WALKER ROAD BEAVERTON, OR 97005
MORTGAGE AMOUNT: $176,000.00

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

'Residential Funding Company, LLC fka Residential Funding Corporation'

BY:

NAME: Betty Wright

TITLE: Assistant Vice President

STATE OF          Minnesota )
COUNTY OF         Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Betty
Wright, Assistant Vice President of 'Residential Funding Company, LLC fka Residential Funding Corporation'
personally known to me to be the person whose name is subscribed to the within instrument and acknowledged
to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument
the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

This instrument was drafted by Diane Meistad,
Residential Funding Company, LLC, One Meridian
Crossings, Suite 100, Minneapolis, MN 55423,
(952) 979-4000.

Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

After Recording Return to:
MGC Mortgage Inc
Document Control
7195 Dallas Parkway
Plano, Texas 75024
BC 419600

**Hardwick 3/10/2008 Assignment to LNV**

```
                                  DIANA SCHUTTE          2P
                                  MARTIN COUNTY RECORDER
                             FEE:                    14.00
                             PJK Date 07/01/2008  Time 13:20:57
                             1 2008000999              MT 58/301
```

After Recording Return to:
MGC Mortgage Inc
Document Control  Allison Martin
7195 Dallas Parkway
Plano, Texas 75024
86: 612936
MIN: 100149813493391000
MERS Phone: 1-888-679-6377

CORPORATION ASSIGNMENT of MORTGAGE

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc,'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 9/30/2003
executed by RHONDA L HARDWICK

TO/FOR:      N-6      48

and recorded in Book N/A on Page N/A as Instrument No.200309659 on 10-7-03 of
official Records in the County Recorder's Office of Martin County, Indiana.

PROPERTY ADDRESS: 201 CHURCH ST LOOGOOTBE, IN 47553

Mortgage Amount: $87,550.00

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with
interest, and all rights accrued or to accrue under said Mortgage.

(MERS) Mortgage Electronic Registration Systems, Inc.

STATE OF            Minnesota)
COUNTY OF           Hennepin)

BY:
NAME: Michael Mead
TITLE: Assistant Vice President

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc,' personally known to me to be the
person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in
his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person
acted, executed the instrument. WITNESS my hand and official seal.

Notary Public in and for said State
, by Diane Meistad,
Residential Funding Company, LLC, One Meridian
Crossings, Suite 100, Minneapolis, MN 55423,
(952) 979-4000.

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2011

LIBER 40545 PG552



**Sadler 3/10/2008 Assignment to LNV**

156566
LIBER 40545 PAGE 552
$10.00 MISC RECORDING
$4.00 REMONUMENTATION
08/22/2008 01:31:54 P.M. RECEIPT# 73485

PAID    RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS



RECEIVED
AUG 20 2008
Ruth Johnson Register of Deeds
Oakland County, MI

---

Dated: 3/10/2008    CORPORATION ASSIGNMENT of MORTGAGE

After Recording Return to:
**MGC Mortgage Inc**
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024
RFC Loan Number: 10727180
Seller Loan Number: 2006050100428   Rc : 619335
MIN: 100175200003079665    MERS Phone: 1-888-679-6377
**FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'**
P.O. BOX 2026, Flint, MI 48501 - 2026
the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 9/25/2006
executed by MICHAEL SADLER and Tarnetta Sadler, husband and wife

10600621

and recorded in Book 58261 on Page 422 as Instrument No. 255428 on 10/17/06
of official Records in the County Recorder's Office of Oakland County, Michigan.
Legal: Land in the City of Southfield, County of Oakland, State of Michigan:
Lot 16, "Pinewood Manor Subdivision", as recorded in Liber 106, Page 21 of Plats,
**MORTGAGE AMOUNT:** $145,000.00   Oakland County Records
**PROPERTY ADDRESS:** 17499 WEST THIRTEEN MILE ROAD  SOUTHFIELD, MI  48076

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Mortgage.

PIN# 24-12-703-002
103

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY:
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF    Minnesota )
COUNTY OF    Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael
Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known
to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he
executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon
behalf of which the person acted, executed the instrument.  WITNESS my hand and official seal.

Diane M Meistad
Notary Public in and for said State



DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

Prepared 3/10/2008 by Diane Meistad, Residential
Funding Company, LLC, One Meridian Crossings,
Suite 100, Minneapolis, MN 55423, (952) 979-4000.

O.K. - LG

**Swift 3/10/2008 Assignment to LNV**

2008K069730

SANDY WEGMAN
RECORDER - KANE COUNTY, IL

RECORDED: 9/3/2008 2:16 PM
REC FEE: 25.00  RHSPS FEE: 10.00
PAGES: 3

Prepared BY & After Recording Mail to:
**MGC Mortgage Inc**
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024
BC 428243

RFC Loan Number: 11380185
Seller Loan Number: 656493104

CORPORATION ASSIGNMENT of MORTGAGE

**FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'**

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 1/26/2007
executed by Chris T. Swift and Marcia A. Swift, husband
and wife as tenants by the entirety.
TO/FOR: GMAC Mortgage, LLC dba ditech.com

and recorded in Book _n/a_ on Page _n/a_ as Instrument No. 2007K018917 on 1/26/07
of official Records in the County Recorder's Office of _Kane_ County, Illinois.
＊ see attached Exhibit "A" for Legal.

Mortgage Amount:     $449,500.00

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
NAME: Michael Mead
TITLE: Assistant Vice President

3

35 -

**Swift 3/10/2008 Assignment to LNV**

STATE OF              Minnesota)
COUNTY OF          Hennepin)

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State
Prepared by Diane Meistad
Residential Funding Company, LLC
One Meridian Crossings, Ste. 100
Minneapolis, MN 55423, (952)979-4000

DIANE M. MEISTAD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2010

Property Address: 601 SENNETT ST  BATAVIA, IL  60510

BC 628243



**Molina-Wohl 3/10/2008 Assignment to LNV**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0704628 08/13/08 10:44 AM
1 OF 1

WHEN RECORDED MAIL TO:

After Recording Return to:
**MGC Mortgage Inc**
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024
(866) 544-9820

MIN: 100265600005185934
MERS Phone: 1-888-679-6377
BC: 619358



CORPORATION ASSIGNMENT of DEED OF TRUST
**FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'**

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to    LNV Corporation
       7195 Dallas Parkway
       Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 11/14/2006
executed by TULI M WOHL, *An Unmarried Woman*
     ↓
     Molina

and recorded in Book   on Page   as Instrument No. *2006/525605* on   of official Records in the County Recorder's Office of
Maricopa County, Arizona.   *Recorded on 11-21-06.*

*See Attached Exhibit "A".*

Mortgage Amount:    **$475,000.00**

Property Address:    **1321 E LUKE AVE   PHOENIX, AZ   85014**

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

                   '(MERS) Mortgage Electronic Registration Systems, Inc.'

STATE OF            Minnesota)    BY: _____
COUNTY OF         Hennepin)    NAME: Michael Mead
                     TITLE: Assistant Vice President

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the
person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted,
executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2010

This instrument was drafted by Diane Meistad
Assistant Secretary, Residential Funding Company,
LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

**Allison 3/10/2008 Assignment to LNV**



NASSAU COUNTY CLERK'S OFFICE
ENDORSEMENT COVER PAGE

Recorded Date: 10-01-2008
Recorded Time:  9:14:11 a

    Liber Book: M  33272
    Pages From:     483
          To:     486

Record and Return To:
MGC MORTGAGE INC
DOCUMENT CONTROL
7195 DALLAS PARKWAY
PLANO, TX  75024

    Control
    Number:     76
    Ref #:
Doc Type: M23  ASSIGN MORTGAGE

   Refers to: Book: M 30238 Page: 93

| Location: | Section | Block | Lot | Unit |
|---|---|---|---|---|
| HEMPSTEAD (2820) | 0036 | 00159-00 | 00065 | |
| HEMPSTEAD (2820) | 0036 | 00159-00 | 00066 | |
| HEMPSTEAD (2820) | 0036 | 00159-00 | 00067 | |

Taxes Total       .00
Recording Totals    47.00
ALM001           Total Payment    47.00

THIS PAGE IS NOW PART OF THE INSTRUMENT AND SHOULD NOT BE REMOVED
MAUREEN O'CONNELL
COUNTY CLERK



200810010007b

**Allison 3/10/2008 Assignment to LNV**

After Recording Return to:
**MGC Mortgage Inc**
Document Control
7195 Dallas Parkway
Plano, Texas 75024

BC- 637255

Seller Loan Number: 94646197
RFC Loan Number: 10905600

Dated: 3/10/2008      CORPORATION ASSIGNMENT of MORTGAGE    10/1/14

FOR VALUE RECEIVED, 'Residential Funding Company, LLC fka Residential Funding Corporation'

One Meridian Crossings, Suite 100, Minneapolis, MN 55423-3940

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, TX 75024

all beneficial interest under that certain Mortgage dated 3/10/2006
executed by ROBERT ALLISON

TO/FOR: Argent Mortgage Company, LLC

and recorded in Book M 30336 on Page 93 as Instrument No. 1124 on 03/21/06
of official Records in the County Recorder's Office of NASSAU County, New York.

"Exhibit A" Attached for Legal Description

**PROPERTY ADDRESS:** 47 WEST PENNYWOOD AVENUE ROOSEVELT, NY 11575
Mortgage Amount: $311,600.00
This assignment is not subject to the requirement of section 275 of the real property law because it is an
assignment within the secondary mortgage market.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Mortgage.

'Residential Funding Company, LLC fka Residential Funding Corporation'

BY:
NAME: Betty Wright
TITLE: Assistant Vice President

Prepared by Diane Meistad, Residential Funding
Company, LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

Parcel I.D. Number:
Section: 0036
Block: 00159-00
Lot: 00065, 00066, 00067
Town: Hempstead

**Allison 3/10/2008 Assignment to LNV**



## IN STATE ACKNOWLEDGEMENT

STATE OF
COUNTY OF                            New York)

On 3/10/2008 before me, the undersigned, personally appeared Betty Wright, Assistant Vice President of 'Residential Funding Company, LLC fka Residential Funding Corporation' personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public in and for said State

## OUT OF STATE ACKNOWLEDGEMENT

STATE OF                             Minnesota)
COUNTY OF                            Hennepin)

On 3/10/2008 before me, the undersigned, personally appeared Betty Wright, Assistant Vice President of 'Residential Funding Company, LLC fka Residential Funding Corporation' personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person upon behalf of which the individual acted, executed the instrument and that such individual made such appearance before the undersigned in the city of_____, state of

_____
Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

**Allison 3/10/2008 Assignment to LNV**

RECEIVED IN
THIS CONDITION

# EXHIBIT A

BC: 637255

### Schedule A Description

ALL that certain plot, piece or parcel of land with the buildings and improvements thereon erected, situate, lying and being at Roosevelt, Town of Hempstead, County of Nassau and State of New York, being known and designated as Lots numbered 65, 66 and 67 on a certain map entitled, "Third Amended Map of Lakeview Park", situated in Roosevelt, L.I., prepared July, 1936 by Baldwin & Cornelius Co., Civil Engineers and Surveyors, Freeport, L.I." and filed in the Office of the Clerk of the County of Nassau on September 5, 1936 under File Number 902, Case Number 3699, which said lots when taken together are more particularly bounded and described as follows:

BEGINNING at a point on the southerly side of West Pennywood Avenue formerly known as West Cotter Street, distant 200 feet westerly from the corner formed by the intersection of the southerly side of West Pennywood Avenue with the westerly side of Pennsylvania Avenue;

RUNNING THENCE southerly at right angles to the southerly side of West Pennywood Avenue a distance of 100 feet;

RUNNING THENCE westerly parallel with the southerly side of West Pennywood Avenue a distance of 60 feet;

RUNNING THENCE northerly again at right angles to the southerly side of West Pennywood Avenue a distance of 100 feet to the southerly side of West Pennywood Avenue;

RUNNING THENCE easterly along the southerly side of West Pennywood Avenue a distance of 60 feet to the point or place of BEGINNING.



**Robert & Karen Robertson**

This Instrument was prepared by and
after recording return to:
MGC Mortgage Inc
7195 Dallas Parkway
Document Control, Allison Martin
Plano, TX 75024
469-467-5000

*Ryan Costello*
**RECORDER OF DEEDS**

RETURN TO

BC # 612748

## ASSIGNMENT OF MORTGAGE

**Grantor:**    Residential Funding Company, LLC
              fka Residential Funding Corporation
              One Meridian Crossing, Suite 100, Minneapolis, MN 55423-3940

**Grantee:**    LNV Corporation
              7195 Dallas Parkway, Plano, Texas 75024

**Property Address:  106 Wynnewood Drive, Coatesville, PA 19320**

Subsequent Recordings:

**PIN:**         29-7-145.14

**See Page 2 for Mortgage recording information.**

**See attached Exhibit "A" for Legal Description**

Assigned to JPMorgan Chase Bank as Trustee, c/o Residential Funding Corporation 2255 North Ontario,
Suite 400, Burbank, CA 91504-3190 on March 26, 2004, Book 6102, Page 187, Instrument No.,
10393616, here in.

Assigned to Residential Funding Company, LLC 8400 Normandale Lake Blvd Suite 600, Minneapolis,
MN 55437-1073 on 8-18-8      , Book 7500  Page 338  , Instrument
No. 10868638  , here in.

This Document Recorded
08/18/2008
09:00AM
Doc Code: ASM Chester County Recorder of Deeds Office

Doc Id: 10868639
Receipt #: 416379
Rec Fee: 33.50

10868639
Page 1 of 4
B-7500 P-342

MGC MTG INC                    08/18/2008 09:00A

**Robert & Karen Robertson**

Prepared By & After Recording Return to:
**MGC Mortgage Inc**
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024
469· 447· 5000

## CORPORATION ASSIGNMENT of MORTGAGE

Bc 612748

**FOR VALUE RECEIVED**, 'Residential Funding Company, LLC fka Residential Funding Corporation'

One Meridian Crossings, Suite 100, Minneapolis, MN 55423-3940

the undersigned hereby grants, assigns and transfers to

whose address is:   LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 6/20/2003
executed by ROBERT W ROBERTSON and Karen A. Robertson, Husband and wife

TO/FOR: People's Choice Home Loan, Inc a Wyoming Corporation

and recorded in Book 5770 on Page 1887 as Instrument No. 10266345 on 7/7/03
of official Records in the County Recorder's Office of Chester County, Pennsylvania.

PARCEL I.D.# 29-7-145.14
MORTGAGE AMOUNT:  $229,500.00
PROPERTY ADDRESS:   106 WYNNEWOOD DRIVE  COATESVILLE, PA  19320

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Mortgage.



10868639
Page 2 of 4
08/18/2009 09:00A
B-7500 P-342

MGC MTG INC

**Robert & Karen Robertson**

'Residential Funding Company, LLC fka Residential Funding Corporation'

BY: _[signature]_
NAME: Betty Wright
TITLE: Assistant Vice President

STATE OF       Minnesota)
COUNTY OF      Hennepin)

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Betty Wright, Assistant Vice President of 'Residential Funding Company, LLC fka Residential Funding Corporation' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_Diane M Meistad_
Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

I do certify that the precise address of _The within named (Grantor / Grantee / Assignor / Assignee and mortgagee) is correct_

Attested by: _[signature]_

Prepared By & After Recording Return to:
**MGC Mortgage Inc**
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024

_BC 612748_

10868639
Page 3 of 4
B-7500 P-342
06/18/2008 09:00A
MGC MTG INC

**Robert & Karen Robertson**

Exhibit "A"
Legal Description

BC 612748

ALL THAT CERTAIN lot or piece of ground, SITUATE in West Brandywine Township, Chester County, Pa., described according to a subdivision plan made by Lester R. Andres, P.E. for Wynne-Wood Ponda.

BEGINNING at a point on the Southerly line of Wynne-Wood Drive (50 feet wide) said point being the total distance of 432.64 feet from the Westerly end of a 25 feet radius curve (37.57 feet long) connecting said Wynne-wood Drive with Baker Road (50 feet wide).

THENCE South 4°57'18" West, 199.71 feet to a point, a corner;

THENCE North 85°2'42" West, 150.25 feet to a point, a corner;

THENCE North 4°57'18" East, 200.03 feet to a point, a corner;

THENCE South 85°2'42" East, 150.25 feet to the first mentioned point and place of beginning.

BEING Lot #4 on said plan.

Tax ID No.:
29-7-145.14



10868639
Page 4 of 4
B-7500 P-342

08/18/2008 09:00A

MGC MTG INC