

ALLONGE TO PROMISSORY NOTE

FOR PURPOSES OF FURTHER ENDORSEMENT OF THE FOLLOWING DESCRIBED NOTE, THIS ALLONGE IS AFFIXED AND BECOMES A PERMANENT PART OF SAID NOTE

POOL: 0    LOAN ID: 10335983

NOTE DATE: 2/10/2004    LOAN AMOUNT: $176,000.00

BORROWER NAME: DENISE SUBRAMANIAM

PROPERTY ADDRESS: 13865 SW WALKER ROAD, BEAVERTON, OR 97005

PAY TO THE ORDER OF

**LNV Corporation**

WITHOUT RECOURSE

Residential Funding Company, LLC

By: _(signature)_

Name: Jason J. Vecchio
Title: Post Funding Manager
Residential Funding Company, LLC

### ALLONGE TO PROMISSORY NOTE

FOR PURPOSES OF FURTHER ENDORSEMENT OF THE FOLLOWING DESCRIBED NOTE, THIS ALLONGE IS AFFIXED AND BECOMES A PERMANENT PART OF SAID NOTE

POOL: 0   LOAN ID: 7889719

NOTE DATE: 6/12/2002   LOAN AMOUNT: $330,000.00

BORROWER NAME: ROBYNNE A FAULEY

PROPERTY ADDRESS: 12125 SE SOUTHEAST LAUGHING WA, SANDY, OR 97055

PAY TO THE ORDER OF

**LNV Corporation**

WITHOUT RECOURSE

Residential Funding Company, LLC

By: *(signature)*

Name: Jason J. Vecchio
Title: Post Funding Manager
Residential Funding Company, LLC

**Close-up Fauley Jason J. Vecchio Allonge**

PAY TO THE ORDER OF
LNV Corporation

WITHOUT RECOURSE
Residential Funding Company, LLC

By: *[signature]*

Name: Jason J. Vecchio
Title: Post Funding Manager
Residential Funding Company, LLC

**Close-up Subramaniam Jason J. Vecchio Allonge**

Residential Funding Company, LLC

By: *[signature]*

Name: Jason J. Vecchio
Title: Post Funding Manager
Residential Funding Company, LLC

**Hardwick Jason J. Vecchio Allonge (First Version)**

ALLONGE TO PROMISSORY NOTE

FOR PURPOSES OF FURTHER ENDORSEMENT OF THE FOLLOWING DESCRIBED NOTE, THIS ALLONGE IS AFFIXED AND BECOMES A PERMANENT PART OF SAID NOTE

POOL: 0 LOAN ID: 8754006

NOTE DATE: 9/30/2003 LOAN AMOUNT: $87,550.00

BORROWER NAME: RHONDA L HARDWICK

PROPERTY ADDRESS: 201 CHURCH ST, LOOGOOTEE, IN 47553

PAY TO THE ORDER OF

LNV Corporation

WITHOUT RECOURSE

Residential Funding Company, LLC

By: *[signature]*

Name: Jason J. Vecchio
Title: Post Funding Manager
Residential Funding Company, LLC

*[handwritten note:]* filed with the court (2010) as "a true and accurate copy of the note and its allonges is attached as Exhibit A."

**Hardwick Jason J. Vecchio Allonge (Second Version)**

ALLONGE TO PROMISSORY NOTE

FOR PURPOSES OF FURTHER ENDORSEMENT OF THE FOLLOWING DESCRIBED NOTE, THIS ALLONGE IS AFFIXED AND BECOMES A PERMANENT PART OF SAID NOTE

POOL: 0   LOAN ID: 8754006

NOTE DATE: 9/30/2003   LOAN AMOUNT: $87,550.00

BORROWER NAME: RHONDA L HARDWICK

PROPERTY ADDRESS: 201 CHURCH ST, LOOGOOTEE, IN 47553

PAY TO THE ORDER OF

LNV Corporation

WITHOUT RECOURSE

Residential Funding Company, LLC

By: _[signature]_

Name: Jason J. Vecchio
Title: Post Funding Manager
Residential Funding Company, LLC

_filed with the court when judge ordered original note (2013)_

**Official notary signature for Jason J. Vecchio-Smith**

NAME Smith Jason J. Vecchio
(Last) (First) (Middle)

SIGNATURE [signature]

EXPIRATION 1/31/08  FILE DATE 6/30/03

NEW X  RENEWAL ___  CHANGE OF ___ (address) ___ (name)

If CON Previous Name ___

Signed or attested to before me this 30th day of June 20 03

NOTARY/DEPUTY Kimberly Cedeax

## Jason J. Vecchio Prior to 9/14/2010 was legally Jason J. Vecchio-Smith

Prior to August 2010, Jason J. Vecchio's legal name was Jason J. Vecchio-Smith. He petitioned the Hennepin County District Court of Minnesota on August 25, 2010 for a legal name change from "Jason J. Vecchio-Smith" to "Jason J. Vecchio. It was granted on September 14, 2010. See court docket below.

---

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back     Location : All MNCIS Sites - Case Search  Help

### REGISTER OF ACTIONS
#### CASE NO. 27-CV-10-20325

| | |
|---|---|
| In the Matter of the Application of Jason James Vecchio-Smith for a Change of Name | Case Type: Change of Name<br>Date Filed: 08/25/2010<br>Location: - Hennepin Civil<br>Judicial Officer: Chu, Regina M. |

#### PARTY INFORMATION

**Lead Attorneys**

Petitioner   Vecchio-Smith, Jason James *Now Known As* Vecchio, Jason James
Edina, MN 55439
DOB: 03/16/1976

#### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

09/14/2010  Change of name granted (Judicial Officer: Chu, Regina M.)
Party(Vecchio-Smith, Jason James)

**OTHER EVENTS AND HEARINGS**

08/25/2010  Application for Name Change
08/27/2010  Notice of Case Assignment (Judicial Officer: Chu, Regina M.)
09/14/2010  Hearing (8:30 AM) (Judicial Officer Chu, Regina M.)
  09/20/2010 Reset by Court to 09/14/2010
  Result: Held
09/14/2010  Order Granting Name Change (Judicial Officer: Chu, Regina M.)
09/14/2010  Name Change Sent to Secretary of State

#### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Petitioner Vecchio-Smith, Jason James | | | |
| Total Financial Assessment | | | 336.00 |
| Total Payments and Credits | | | 336.00 |
| Balance Due as of 01/20/2016 | | | 0.00 |
| 08/27/2010 Transaction Assessment | | | 322.00 |
| 08/30/2010 Mail Payment | Receipt # 1227-2010-29907 | Vecchio-Smith, Jason James | (322.00) |
| 09/14/2010 Transaction Assessment | | | 14.00 |
| 09/14/2010 Mail Payment | Receipt # 1227-2010-31833 | Vecchio, Jason James | (14.00) |

http://pa.courts.state.mn.us/CaseDetail.aspx?CaseID=1613901056[1/20/2016 11:37:12 AM]

**Jason J. Vecchio's Signature on his own Mortgage**

The LNV/Beal/MGC/LPP victims obtained certified copies of Jason J. Vecchio and Margaret J. Vecchio-Smith's mortgage records from their county recorder's office executed on September 4, 2012 after the legal name change from Jason J. Vecchio-Smith to Jason J. Vecchio in 2010.

This signature could be considered authentically authored by Jason J. Vecchio and it doesn't resemble the stamped, photocopied or electronically replicated Jason J. Vecchio signature on the LNV/Beal/MGC/LPP victims' allonged purportedly endorsed by Jason J. Vecchio.

RETURN TO:
Nations Title Agency of Minnesota
6465 Wayzata Blvd Ste 710
St. Louis Park, MN 55426

V1 WBCD LOAN # 503635107

——————————— [Space Above This Line For Recording Data] ———————————

**MORTGAGE**

MIN 101071202120723004

**DEFINITIONS**
Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.
(A) "Security Instrument" means this document, which is dated **SEPTEMBER 4, 2012**, together with all Riders to this document.
(B) "Borrower" is JASON J VECCHIO AND MARGARET J VECCHIO-SMITH, AS JOINT TENANTS. + husband and wife

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Sec Instrument and in any Rider executed by Borrower and recorded with it.

_____ (Se
JASON J. VECCHIO

_____ (Se
MARGARET J. VECCHIO-SMITH

# The 2008 Jason J. Vecchio endorsements on LNV's allonges to Beal victims notes do not match his know signatures…

Numerous assignments prepared by Beal's MGC Mortgage Inc. and endorsed by GMAC employees Michael Mead or Betty Wright were executed on 3/10/2008 purporting to convey beneficial interest to Beal's LNV. The same Beal victims with the Jason J. Vecchio endorsed allonges where his signature on these instruments are "duplicates of one another" all had such assignments recorded in their county land records by Beal's MGC.

If these assignments of deed of trust/mortgages were conveyed to LNV Corporation on March 10, 2008 then the notes would also have been conveyed on this same date. Since Vecchio's name change didn't occur until 2010 these instruments, if authentic, would've been endorsed with a "Jason J. Vecchio-Smith" signature; instead these allonges are endorsed with a stamped, photocopied or electronic reproduction of a "Jason J. Vecchio" signature.

The Beal victims obtained additional mortgage related instruments bearing a "Jason J. Vecchio" or "Jason J. Vecchio-Smith" signature; and a comparison shows multiple individuals authored these signatures. The Jason J. Vecchio notary endorsement below is from an assignment of deed of trust executed on 7/11/2005 and recorded in DeSoto County Mississippi land records on 7/25/2005. This instrument is also endorsed by GMAC-RFC employee Michael Mead as Vice President of Amsouth by Homecomings Financial Network Inc., as Attorney in Fact and notarized by Jason J. Vecchio-Smith. See endorsement framed in red below:

A close-up of Michael Mead's endorsement on this instrument is framed in blue below.

A comparison of this Michael Mead signature with a few others on Beal victim assignments and other mortgage related instruments shows multiple individuals authored these Michael Mead endorsements.

**We have numerous Michael Mead Signatures; a comparison indicates they were authored by many different individuals consistent with the crimes of Lorriane Brown**