CFN 2008R0522837
OR Bk 26449 Ps 2728; (1ps)
RECORDED 06/25/2008 11:49:17
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

**Joceline Angelot**

CORPORATION ASSIGNMENT of MORTGAGE

Prepared By & After Recording Return to:
MGC Mortgage Inc, Allison Martin
Document Control
7195 Dallas Parkway
Plano, Texas 75024

MIN: 100062604743610604    MERS Phone: 1-888-679-6377
RFC Loan Number: 19585933
MGC.BC# 613873
FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'
P.O. Box 2026, Flint, MI 48501-2026
the undersigned hereby grants, assigns and transfers to   LNV Corporation
                                                          7195 Dallas Parkway
                                                          Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 6/29/2007
executed by JOCELINE ANGELOT

TO/FOR:

and recorded in Book 25781 on Page 4649 as Instrument No. 2007R0702534 on 7/17/07 of official
Records in the County Recorder's Office of MIAMI-DADE County, Florida.

Parcel ID: 0621250271000

MORTGAGE AMOUNT: $244,000.00
PROPERTY ADDRESS:   13355 N MIAMI AVE  MIAMI, FL 33168
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'
BY: _____
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF      Minnesota )
COUNTY OF     Hennepin  )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State

Book26449/Page2728    CFN#20080522837    Page 1 of 1


EXHIBIT D1

HELEN PURCELL
2008-0529159 06/16/08 11:05 AM
1 OF 1
JESSICAC

Prepared By & After Recording Return to:
**MGC Mortgage Inc**
Document Control  Allison Martin
7195 Dallas Parkway
Plano, Texas 75024
BC: 612578

MIN: 100014410001033235
MERS Phone: 1-888-679-6377

**Charles & Kimberly Wilcox**

## CORPORATION ASSIGNMENT of DEED OF TRUST

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 12/19/2002
executed by CHARLES R WILCOX AND KIMBERLY A. WILCOX, HUSBAND AND WIFE, AS COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP.

TO/FOR: RANDOLPH

and recorded in Book N/A on Page N/A as Instrument No. 20021403939 on of official Records in the County Recorder's Office of Maricopa County, Arizona.  12-27-02

LEGAL DESCRIPTION: LOT 136, LEGACY PARC PARCEL B, ACCORDING TO BOOK 551 OF MAPS, PAGE 40, RECORDS OF MARICOPA COUNTY, ARIZONA.

Mortgage Amount: $154,550.00

Property Address: 15952 WEST CARIBBEAN LANE SURPRISE, AZ 85379

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF Minnesota)
COUNTY OF Hennepin)

On 3/10/2007 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State
This instrument was prepared by Diane Meistad
Assistant Secretary, Residential Funding Company,
LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

EXHIBIT
D2

**Amanda Jones**



```
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0704639 08/13/08 10:45 AM
1 OF 1
```

WHEN RECORDED MAIL TO:

After Recording Return to:
MGC Mortgage Inc
Document Control, Alison Martin
7195 Dallas Parkway
Plano, Texas 75024
BC: 619434

MIN: 100062604713986513
MERS Phone: 1-888-679-6377

CORPORATION ASSIGNMENT of DEED OF TRUST
FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 10/31/2006
executed by AMANDA JONES A single woman

and recorded in Book ** on Page ** as Instrument No. 20061457878 on of official Records in the County Recorder's Office of
MARICOPA County, Arizona. Recorded on 11-3-06.

Legal Description: Lot 76, Southgate, according to Book 583 of maps, page 44, records of Maricopa County, Arizona.

Mortgage Amount: $181,920.00
Property Address: 1545 WEST BURGESS LANE PHOENIX, AZ 85041

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF ) Minnesota )
COUNTY OF ) Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State



This instrument was drafted by Diane Meistad
Assistant Secretary, Residential Funding Company,
LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

**EXHIBIT D 3**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0704630 08/13/08 10:44 AM
1 OF 1

**Lida Cestro**

WHEN RECORDED MAIL TO:

After Recording Return to:
MGC Mortgage Inc
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024
BC:619386

MIN: 100135540000857202
MERS Phone: 1-888-679-6377

CORPORATION ASSIGNMENT of DEED OF TRUST
FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to   LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 12/23/2005
executed by LIDA CESTRO, An Unmarried Woman

and recorded in Book ## on Page ## as Instrument No. 20060059595 on of official Records in the County Recorder's Office of
MARICOPA (AZ) County, Arizona. Recorded on 1/10/2006.

Legal Description: Lot 40 Arizona Homes #3 A Subdivision Recorded In Book 164, of
Maps Page 5 Records of Maricopa County, AZ.

Mortgage Amount:   $150,000.00
Property Address:   4216 N 85TH DRIVE PHOENIX, AZ 85037

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY:
STATE OF              Minnesota)   NAME: Michael Mead
COUNTY OF             Hennepin)    TITLE: Assistant Vice President

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the
person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted,
executed the instrument. WITNESS my hand and official seal.

Notary Public in and for said State

This instrument was drafted by Diane Meistad
Assistant Secretary, Residential Funding Company,
LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

EXHIBIT
D4

**Ramon Hernandez Moreno**



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0529991 06/16/08 12:48 PM
1 OF 1

After Recording Return to:
MGC Mortgage Inc
Document Control Allison Mackin
7195 Dallas Parkway
Plano, Texas 75024
BC: 613481

MIN: 100053525031991219
MERS Phone: 1-888-679-6377

CORPORATION ASSIGNMENT of DEED OF TRUST
FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 11/29/2006
executed by RAMON HERNANDEZ_MORENO, A SINGLE MAN

TO/FOR:

N/A   N/A   20061574659
and recorded in Book on Page as Instrument No. on of official Records in the County Recorder's Office of
Maricopa County, Arizona.      12-1-06

LEGAL DESCRIPTION: LOT 60, OLD WEST VALLEY, ACCORDING TO BOOK 184 OF MAPS, PAGE 6, RECORDS OF MARICOPA COUNTY, ARIZONA; EXCEPT THE EAST 3 FEET.

Mortgage Amount: $189,510.00
Property Address: 155 EAST JASMINE STREET MESA, AZ 85201

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF  Minnesota)
COUNTY OF  Hennepin)

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State

This instrument was drafted by Diane Meistad
Assistant Secretary, Residential Funding Company,
LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

**EXHIBIT D5**



```
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0530230 06/16/08 01:16 PM
1 OF 1
```

After Recording Return to:
**MGC Mortgage Inc**
Document Control  Allison Martin
7195 Dallas Parkway
Plano, Texas 75024
BC: 612779

MIN: 100173200110012965
MERS Phone: 1-888-679-6377

### CORPORATION ASSIGNMENT of DEED OF TRUST

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 7/18/2003
executed by SALVATORE P. GIOVANNI, A SINGLE MAN
                                    DI

TO/FOR:

and recorded in Book nh on Page nla as Instrument No. 2003098265 on __ of official Records in the County Recorder's Office of
Maricopa County, Arizona.    7-24-03

LEGAL DESCRIPTION: LOT 2, BLOCK 10, RANCHO DEL MONTE UNIT TWO,
ACCORDING TO BOOK 50 OF MAPS, PAGE 9, RECORDS
OF MARICOPA COUNTY, ARIZONA.

Mortgage Amount: $132,000.00
Property Address: 3943 E MONTEROSA STREET UNITS 1 AND 2 PHOENIX, AZ 85018

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
STATE OF               Minnesota)    NAME: Michael Mead
COUNTY OF              Hennepin)     TITLE: Assistant Vice President

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the
person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted,
executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

This instrument was drafted by Diane Meistad
Assistant Secretary, Residential Funding Company,
LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

**EXHIBIT D6**



**Bobbette Cota**

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0697008 08/11/08 11:09 AM
1 OF 1

WHEN RECORDED MAIL TO:

After Recording Return to:
MGC Mortgage Inc
Document Control, Alison Martin
7195 Dallas Parkway
Plano, Texas 75024
BC:619471

MIN: 100062604750390959
MERS Phone: 1-888-679-6377

CORPORATION ASSIGNMENT of DEED OF TRUST
FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to     LNV Corporation
                                                            7195 Dallas Parkway
                                                            Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 8/21/2007
executed by BOBBETTE COTA, A married woman, As her sole and separate property.

and recorded in Book N/A on Page N/A as Instrument No. 20070975930 on of official Records in the County Recorder's Office of
MARICOPA County, Arizona. Recorded on 8-30-07

Legal Description: Lot 1, of Tanita Farms Unit Two, according to Book 178, of maps, Page 47, records of Maricopa County, Arizona.

Mortgage Amount: $183,200.00
Property Address: 4458 WEST MOUNTAIN VIEW GLENDALE, AZ 85302

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: [signature]
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF              Minnesota)
COUNTY OF             Hennepin)

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

[signature] Diane Meistad
Notary Public in and for said State

This instrument was drafted by Diane Meistad
Assistant Secretary, Residential Funding Company,
LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

[Notary Seal: DIANE M MEISTAD, NOTARY PUBLIC-MINNESOTA, MY COMMISSION EXPIRES...]

EXHIBIT
D7



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0745656 08/27/08 01:05 PM
1 OF 1

**Claudia Jurado**

WHEN RECORDED MAIL TO:

After Recording Return to:
MGC Mortgage Inc
Document Control
7195 Dallas Parkway
Plano, Texas 75024
BC: 624434

MIN: 100200700000624834
MERS Phone: 1-888-679-6377

CORPORATION ASSIGNMENT of DEED OF TRUST
FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to    LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 11/9/2006
executed by CLAUDIA JURADO, A Married Woman.

TO/FOR: Paragon Home Lending, LLC.

and recorded in Book __ on Page __ as Instrument No __ on __ of official Records in the County Recorder's Office of
__Maricopa__ County, Arizona.  20061507855, recorded 11-16-06

See Attached Exhibit "A"

Mortgage Amount:   $171,000.00
Property Address:   16632 NORTH 16TH PLACE PHOENIX, AZ 85022

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
STATE OF               Minnesota)   NAME: Michael Mead
COUNTY OF              Hennepin)    TITLE: Assistant Vice President

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the
person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted,
executed the instrument. WITNESS my hand and official seal.

_Diane M Meistad_
Notary Public in and for said State
This instrument was drafted by Diane Meistad
Assistant Secretary, Residential Funding Company,
LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

**EXHIBIT**
D8

Case: 15-35963, 03/31/2016, ID: 9922316, DktEntry: 7-14, Page 9 of 20

**Carmen O'Rourke**

```
OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0745662 08/27/08 01:08 PM
1 OF 1
```

WHEN RECORDED MAIL TO:

After Recording Return to:
**MGC Mortgage Inc**
Document Control
7195 Dallas Parkway
Plano, Texas 75024
BC: 624425

MIN: 100194972106060365
MERS Phone: 1-888-679-6377

CORPORATION ASSIGNMENT of DEED OF TRUST   3-10-08

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to   LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Deed of Trust dated 9/14/2006
executed by CARMEN O'ROURKE, An Unmarried Woman

TO/FOR: SFG Mortgage, a Arizona Corporation

and recorded in Book- on Page- as Instrument No. on of official Records in the County Recorder's Office of
Maricopa County, Arizona.   2006-1253814, recorded on 9-21-06

See Attached Exhibit "A"

Mortgage Amount:   $110,000.00
Property Address:   17222 NORTH PARADISE VILLAGE PARKWAY PHOENIX, AZ 85032

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _[signature]_

STATE OF         Minnesota)    NAME: Michael Mead
COUNTY OF       Hennepin)     TITLE: Assistant Vice President

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the
person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted,
executed the instrument. WITNESS my hand and official seal.

_[signature]_ Diane Meistad
Notary Public in and for said State

This instrument was drafted by Diane Meistad
Assistant Secretary, Residential Funding Company,
LLC, One Meridian Crossings, Suite 100,
Minneapolis, MN 55423, (952) 979-4000.

[Notary Seal: DIANE MEISTAD, NOTARY PUBLIC-MINNESOTA, MY COMMISSION EXPIRES...]

EXHIBIT D9

CFN 2008R0672679
OR Bk 26527 Pg 07847 (1ps)
RECORDED 08/15/2008 11:23:20
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

**Diego Sena**

This Document
Prepared by: Diane Meistad
Residential funding Company, LLC
One Meridian Crossing, Suite 100
Minneapolis, MN 55423
(952) 979-4000

After Recording Mail To: CORPORATION ASSIGNMENT of MORTGAGE
MGC Mortgage Inc.
Document Control
7195 Dallas Parkway
Plano, TX 75024
RC 619927

MIN: 100135553000167613  MERS Phone: 1-888-679-6377
RFC Loan Number: 11043891
Seller Loan Number: 5300016761

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'
P.o. Box 2026
Flint, MI 48501-2026
the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 9/29/2006
executed by DIEGO SENA and maria Sena, husband and wife

TO/FOR: First National Bank of Arizona

and recorded in Book 25008 on Page 3837 as Instrument No. 2006R1110810 on 10/17/06 of official
Records in the County Recorder's Office of Miami-Dade County, Florida.

LEGAL: N/A

PIN: 305914 097 1170

MORTGAGE AMOUNT: $268,000.00
PROPERTY ADDRESS:  12827 SW 134TH TERRACE  MIAMI, FL 33186

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest,
and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'
BY:
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF  Minnesota )
COUNTY OF  Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the
person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted,
executed the instrument. WITNESS my hand and official seal.

Diane Meistad
Notary Public in and for said State

[Notary Seal: DIANE M MEISTAD, NOTARY PUBLIC-MINNESOTA, MY COMMISSION EXPIRES 01/31/2010]

Prepared 3/10/2008 by Diane Meistad, Residential
Funding Company, LLC, One Meridian Crossings,
Suite 100, Minneapolis, MN 55423, (952) 979-4000.

EXHIBIT D10

Victoria F. Dominguiz

~~WHEN RECORDED MAIL TO:~~
~~Residential Funding Company, LLC~~
~~One Meridian Crossings, Ste. 100~~
~~Minneapolis, MN 55423~~
MIN: 100261020200514263
MERS Phone: 1-888-679-6377
RFC Loan Number: 10644134
Seller Loan Number: 2020051426

BC: 61311B     CORPORATION ASSIGNMENT of MORTGAGE
FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to
LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 8/23/2006
executed by VICTORIA F DOMINGUEZ

TO/FOR:

and recorded in Book $\underline{N/A}$ on Page $\underline{N/A}$ as Instrument No. $\underline{2006K095595}$ on $\underline{8/30/06}$
of official Records in the County Recorder's Office of $\underline{Kane}$ County, Illinois.

Mortgage Amount: $282,900.00
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
NAME: Michael Mead
TITLE: Assistant Vice President

EXHIBIT D 11

2008K054370   2/3

CFN 2008R0522983
OR Bk 26449 Pg 3117; (1ps)
RECORDED 06/25/2008 12:05:35
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

John Browdy III

This document prepared by Diane Meistad, Residential Funding Company, LLC, One Meridian Crossings, Suite 100, Minneapolis, MN 55423

## CORPORATION ASSIGNMENT of MORTGAGE

After Recording Return to:
MGC Mortgage Inc    Allison Martin
Document Control
7195 Dallas Parkway
Plano, Texas 75024    BL: 612765

MIN: 100062604175034976    MERS Phone: 1-888-679-6377
RFC Loan Number: 8506712
Seller Loan Number: 0417503497

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'
P.O. Box 2026, Flint, MI 48501-2026

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 7/23/2003
executed by JOHN BROWDY III A MARRIED MAN, JOINED BY HIS SPOUSE, SHIRLEY B. BROWDY

TO/FOR:

and recorded in Book 21474 on Page 1051 as Instrument No. 2003R0528576 on 7-31-03 of official Records in the County Recorder's Office of MIAMI-DADE County, Florida.

Parcel ID: 30-2012-016-0350

LEGAL: LOT 8, BLOCK 65, VILLA HOMES AT THE MOORS FIRST ADDITION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 134, PAGE 2, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

MORTGAGE AMOUNT: $80,000.00
PROPERTY ADDRESS:    6020 NW 170 LANE  MIAMI, FL  33015

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF    Minnesota )
COUNTY OF   Hennepin )

On 3/10/2007 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan 31, 2010

EXHIBIT
D 12

```
CFN 2008R0522865
OR Bk 26449 Pg 2827; (1ps)
RECORDED 06/25/2008 11:51:52
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

**Blanca Ruiz**

This document prepared by Diane Meistad, Residential Funding Company, LLC, One Meridian Crossings, Suite 100, Minneapolis, MN 55423 (952)979-4000

## CORPORATION ASSIGNMENT of MORTGAGE

After Recording Return to:
MGC Mortgage Inc   Allison Martin
Document Control
7195 Dallas Parkway
Plano, Texas 75024   BC: 613147

MIN: 100039234241551124      MERS Phone: 1-888-679-6377
RFC Loan Number: 10743117
Seller Loan Number: 3424155112

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'
P.O. Box 2026, Flint, MI 48501-2026

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 6/16/2006
executed by BLANCA RUIZ, A SINGLE PERSON

TO/FOR:

and recorded in Book 24673 on Page 3669 as Instrument No. 2006R0703133 on 6-28-06 of official Records in the County Recorder's Office of Miami-Dade County, Florida.

Parcel I.D. 25-4006-056-0260
LEGAL:

MORTGAGE AMOUNT: $180,000.00
PROPERTY ADDRESS: 550 SW 115 AVENUE 306F MIAMI, FL 33174

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF       Minnesota )
COUNTY OF      Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

EXHIBIT
D13

```
CFN 2008R0660768
OR Bk 26521 Pg 3121; (1ps)
RECORDED 08/12/2008 14:27:22
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

**Jaun Rogclio Martinez & Aleyda E. Castillo**

## CORPORATION ASSIGNMENT of MORTGAGE

After Recording Return to:
MGC Mortgage Inc
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024

MIN: 100014720009023941   MERS Phone: 1-888-679-6377

RFC Loan Number: 10903173   BC: 619361

Seller Loan Number: 2000902394

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 7/21/2006
executed by JUAN X Rogelio MARTINEZ and Aleyda E Castillo, husband and wife

and recorded in Book 24789 on Page 0459 as Instrument No. 2006R0843570 on 8/3/06 of official Records in the County Recorder's Office of Miami-Dade County, Florida.

MORTGAGE AMOUNT: $211,100.00
PROPERTY ADDRESS: 3183 W 72ND STREET HIALEAH, FL 33018

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF Minnesota )
COUNTY OF Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State

This document
Prepared 3/10/2008 by Diane Meistad, Residential Funding Company, LLC, One Meridian Crossings, Suite 100, Minneapolis, MN 55423, (952) 979-4000.

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

**EXHIBIT D14**

**Lydia & Jose Feliciano**

Bc.628188   CORPORATION ASSIGNMENT of MORTGAGE

After Recording Return to:
MGC Mortgage Inc
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024
MIN: 100261030300803953   MERS Phone: 1-888-679-6377
RFC Loan Number: 10912818
Seller Loan Number: 3030080395

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'
P.O. Box 2026
Flint, MI 48501-2026
the undersigned hereby grants, assigns and transfers to
   LNV Corporation
   7195 Dallas Parkway
   Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 12/11/2006
executed by LYDIA FELICIANO, Jose E. Feliciano, Wife and Husband

TO/FOR: Mortgage Lenders Network USA, Inc.

and recorded in Book 25228 on Page 0114 as Instrument No. 2006R1375111 on 12/28/06 of official Records in the County Recorder's Office of Miami Dade County, Florida.

LEGAL: N/A

PIN: 06-2228 00 8072 0

MORTGAGE AMOUNT: $280,000.00
PROPERTY ADDRESS: 2010 N. HIBISCUS DRIVE NORTH MIAMI, FL 33181
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'
BY: [signature]
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF     Minnesota )
COUNTY OF    Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

[signature]
Notary Public in and for said State
This Document Prepared by:
Prepared 3/10/2008 by Diane Meistad, Residential
Funding Company, LLC, One Meridian Crossings,
Suite 100, Minneapolis, MN 55423, (952) 979-4000.

[Notary seal: DIANE M MEISTAD NOTARY PUBLIC-MINNESOTA MY COMMISSION EXPIRES...]

EXHIBIT
D15

```
CFN 2008R0523671
OR Bk 26450 Pg 0064; (1ps)
RECORDED 06/25/2008 13:27:07
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

**Maria L. Resto**

This document prepared by Diane Meistad, Residential Funding Company, LLC, One Meridian Crossings, Suite 100, Minneapolis, MN 55423

## CORPORATION ASSIGNMENT of MORTGAGE

After Recording Return to:
MGC Mortgage Inc. Allison Martin
Document Control
7195 Dallas Parkway
Plano, Texas 75024    Bc: 613004

MIN: 100269610087681284    MERS Phone: 1-888-679-6377
RFC Loan Number: 8768128
Seller Loan Number: 1884949

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'
P.O. Box 2026, Flint, MI 48501-2026

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkwy,
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 9/25/2003
executed by MAIRA L RESTO, a single woman

TO/FOR: Recorded in Book 21742 on Page 2313 as Inst# 2003R0768904 on 10-15-03
and rerecorded in Book 22351 on Page 3919 as Instrument No. 2004R0424262 on 5-28-04 of official
Records in the County Recorder's Office of Miami-Dade County, Florida.

Parcel ID: 04-3002-026-0860
LEGAL:

MORTGAGE AMOUNT: $88,200.00
PROPERTY ADDRESS: 1750 WEST 46TH STREET #323 HIALEAH, FL 33012
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF    Minnesota )
COUNTY OF    Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_Diane M. Meistad_
Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

**EXHIBIT D16**

Richard L. Edwards

After Recording Return to:
MGC Mortgage Inc
Document Control
7195 Dallas Parkway
Plano, Texas 75024

MIN: 100105504009017248
MERS Phone: 1-888-679-6377
RFC Loan Number: 8704832
Seller Loan Number: 0400901724

BC: 612980      CORPORATION ASSIGNMENT of MORTGAGE
FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

1595 Spring Hill Road, Suite 310, Vienna, VA 22182

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 9/25/2003
executed by RICHARD L EDWARDS

TO/FOR:

and recorded in Book _N/A_ on Page _N/A_ as Instrument No. _2004K008220_ on _1/15/04_
of official Records in the County Recorder's Office of _Kane_  County, Illinois.

Mortgage Amount:   $107,900.00
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: _____
NAME: Michael Mead
TITLE: Assistant Vice President

2008K054369    2/3

EXHIBIT
D 19

```
CFN 2008R0891301
OR Bk 26634 Pg 4877; (1ps)
RECORDED 10/31/2008 15:56:37
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

**Joaquin & Jolie Garcia**

"This document"

Prepared By & After Recording Return to:
MGC Mortgage Inc
Document Control, Alison Martin
7195 Dallas Parkway
Plano, Texas 75024

BC: 617860

## CORPORATION ASSIGNMENT of MORTGAGE

Return To:
RESIDENTIAL FUNDING COMPANY, LLC
One Meridian Crossings
Minneapolis, MN 55423

MIN: 100269600086855120     MERS Phone: 1-888-679-6377
RFC Loan Number: 8685512
Seller Loan Number: 0001037381

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'

the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway, Plano, TX 75024

all beneficial interest under that certain Mortgage dated 8/14/2003
executed by JOAQUIN A GARCIA AND JULIE L. GARCIA, HUSBAND AND WIFE

TO/FOR: New Century Mortgage Corporation

and recorded in Book 21532 on Page 3168 as Instrument No. 2003R 058 0253 on 8/15/03 of official
Records in the County Recorder's Office of Miami-Dade County, Florida.

LEGAL: N/A
PIN: 30-2232-070-0010

MORTGAGE AMOUNT: $165,000.00
PROPERTY ADDRESS: 3037 QUAYSIDE LANE #19 MIAMI, FL 33138
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest,
and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

BY: [signature]
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF         Minnesota )
COUNTY OF        Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the
person whose name is subscribed to the within Instrument and acknowledged to me that s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted,
executed the instrument. WITNESS my hand and official seal.

[signature] Diane M Meistad
Notary Public in and for said State

Prepared 3/10/2008 by Diane Meistad, Residential
Funding Company, LLC, One Meridian Crossings,
Suite 100, Minneapolis, MN 55423, (952) 979-4000.

EXHIBIT
D20

```
CFN 2008R0523811
OR Bk 26450 Ps 0343; (1ps)
RECORDED 06/25/2008 13:45:16
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

This document prepared by
Diane Meistad, Residential
Funding Company, LLC, One
meridian Crossings, Ste 100,
Minneapolis, MN 55423

**Esteran Fernandez**

CORPORATION ASSIGNMENT of MORTGAGE

After Recording Return to:
MGC Mortgage Inc   Allison Martin
Document Control
7195 Dallas Parkway    Bc. 613510
Plano, Texas 75024
MIN: 100059600075730668    MERS Phone: 1-888-679-6377
RFC Loan Number: 10952946
Seller Loan Number: 7573066
FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'
P.o. Box 2026, Flint, MI 48501-2026
the undersigned hereby grants, assigns and transfers to
                    LNV Corporation
                    7195 Dallas Parkway
                    Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 11/21/2006
executed by ESTEBAN  FERNANDEZ, A SINGLE MAN
                 F.
TO/FOR:

and recorded in Book 25404 on Page 0263 as Instrument No. 2007R0208276 on 2-28-07 of official
Records in the County Recorder's Office of MIAMI- DADE County, Florida.

LEGAL: Parcel ID: 30-6019-013-0210

MORTGAGE AMOUNT: $347,800.00
PROPERTY ADDRESS:   11619 SW 236 STREET  MIAMI, FL 33032
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest,
and all rights accrued or to accrue under said Mortgage.
                                '(MERS) Mortgage Electronic Registration Systems, Inc.'
                                BY: _____
STATE OF      Minnesota )       NAME: Michael Mead
COUNTY OF     Hennepin )        TITLE: Assistant Vice President

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the
person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted,
executed the instrument. WITNESS my hand and official seal.

_____
Notary Public in and for said State

[Notary seal: DIANE M. MEISTAD, NOTARY PUBLIC-MINNESOTA, MY COMMISSION EXPIRES 1/31/2014]

EXHIBIT
D21

**Onell Castro**

BC 628235 CORPORATION ASSIGNMENT of MORTGAGE

After Recording Return to:
MGC Mortgage Inc
Document Control, Allison Martin
7195 Dallas Parkway
Plano, Texas 75024

MIN: 100194470002015385    MERS Phone: 1-888-679-6377
RFC Loan Number: 11133705
Seller Loan Number: 7000201538

FOR VALUE RECEIVED, '(MERS) Mortgage Electronic Registration Systems, Inc.'
P.O. Box 2026
Flint, MI 48501-2026
the undersigned hereby grants, assigns and transfers to

LNV Corporation
7195 Dallas Parkway
Plano, Texas 75024

all beneficial interest under that certain Mortgage dated 5/31/2006
executed by ONELL A CASTRO
    Jeffrey
TO/FOR: Fremont Investment & Loan

and recorded in Book 24630 on Page 3118 as Instrument No. 2006R0650467 on 6/14/06 of official
Records in the County Recorder's Office of Miami-Dade County, Florida.

LEGAL: N/A

PIN: 04-2027-113-1090

MORTGAGE AMOUNT: $147,920.00
PROPERTY ADDRESS: 2690 W 76TH STREET 203 HIALEAH, FL 33016
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest,
and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'



BY
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF                Minnesota )
COUNTY OF               Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,
Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the
person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted,
executed the instrument. WITNESS my hand and official seal.

Diane M Meistad
Notary Public in and for said State
This Document Prepared by
Prepared 3/10/2008 by Diane Meistad, Residential
Funding Company, LLC, One Meridian Crossings,
Suite 100, Minneapolis, MN 55423, (952) 979-4000.



EXHIBIT
D22