## RE: Case 3:14-cv-01836-MO: LNV Corporation v. Subramaniam

---------- Forwarded message ----------
From: **Richards, Gabrielle D. (Gabby) (Perkins Coie)** <--R---s@perkinscoie.com>
Date: Thu, Jul 16, 2015 at 4:44 PM
Subject: RE: Case 3:14-cv-01836-MO: LNV Corporation v. Subramaniam
To: "----stephans@ord.uscourts.gov" < ----stephans @ord.uscourts.gov>
Cc: "d----@gmail.com" d----@gmail.com

Ms. Stephens,

By way of update, Mr. Maloney is no longer an employee of MGC Mortgage, as of this morning.

Sincerely,

**Gabrielle D. Richards | Perkins Coie LLP**
D. +1.503.727.2255
F. +1.503.346.2255

---

**From:** Richards, Gabrielle D. (Gabby) (Perkins Coie)
**Sent:** Wednesday, July 08, 2015 11:52 AM
**To:** ----stephens@ord.uscourts.gov
**Cc:** d----@gmail.com
**Subject:** Case 3:14-cv-01836-MO: LNV Corporation v. Subramaniam

Ms. Stephens,

After the conclusion of the status conference this morning, I was informed that Bret Maloney is a current employee of MGC Mortgage, a loan servicer for LNV Corporation. As such, it would be inappropriate for Ms. Subramaniam to contact him directly. If Ms. Subramaniam wishes to depose Mr. Maloney, it would be appropriate for her to contact me to make the necessary arrangements.

Sincerely,

**Gabrielle D. Richards | Perkins Coie LLP**
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2255
F. +1.503.346.2255
E. ---R----s@perkinscoie.com


Note: Email addresses have been protected to prevent spamming because these communications are made public by nature of their inclusion in public court recorders.  Otherwise this is a true and accurate copy of the email communications.