

# Commonwealth of Massachusetts

SOUTHERN ESSEX DISTRICT REGISTRY OF DEEDS
SHETLAND PARK
45 CONGRESS STREET
SUITE 4100
SALEM, MASSACHUSETTS 01970

JOHN L. O'BRIEN, JR.
*Register of Deeds*
(978) 542-1704
Fax: (978) 542-1706
e-mail: southernessexcustomerservice@sec.state.ma.us
www.salemdeeds.com

***A division of the Secretary of the Commonwealth***
**WILLIAM FRANCIS GALVIN, SECRETARY**



Dear ▮▮▮▮▮

In an attempt to provide you with more assistance, I have enclosed, an affidavit signed by me, as Register of the Southern Essex District Registry of Deeds, attesting to the presence of a robo-signed signature on your document as listed on McDonnell Property Analytics Approved Robo-signers List. If you are currently being foreclosed upon, this affidavit may be presented to your attorney, the lender, or the court to show that your chain of title has been corrupted. For those of you who are not in foreclosure, the affidavit may be presented to your current lender to show that a robo-signed document has in fact been recorded in your chain of title and be part of a request to investigate how this happened and what the lender is going to do to correct it.

Thank you for contacting us concerning your robo-signed document. Should you have any further questions or need assistance, please contact my Customer Service Department at 978-542-1704.

With Regards,

John O'Brien
Register of Deeds

## AFFIDAVIT OF JOHN L. O'BRIEN, REGISTER OF DEEDS
## SOUTHERN ESSEX DISTRICT

1. I, John L. O'Brien, Register of the Southern Essex District Registry of Deeds, do hereby swear or aver as follows:

2. As of June 2011 it has been my policy as follows:

    a. IF THERE ARE VARIATIONS OF AN ALLEGED ROBO-SIGNER ON RECORD AT MY REGISTRY — I require that all documents sent for recording that are executed by that alleged robo-signer, be independently verified by an affidavit that the signature is in fact the signature of the named individual, prior to recording. (See Exhibit B attached hereto).

    b. IF THERE ARE NO VARIATIONS OF AN ALLEGED ROBO or SURROGATE SIGNER ON RECORD AT MY REGISTRY — I record the documents and forward them to the Massachusetts Attorney General's Office for review and possible violation of a Crime Against Property, specifically MGL Chapter 266, Section 35A (b) (4).

3. I have instituted this policy based on the opinion of our forensic analyst, Marie McDonnell of McDonnell Property Analytics who has provided me with a list of robo and surrogate signers.

    McDonnell defines a "robo-signer" as: *The person on a legal document processing assembly line whose only task is to sign previously prepared documents affecting title to real property in a robotic-like fashion without reading the documents or verifying the facts contained therein by reviewing primary source evidence. The robo-signer's mission is to expedite the documents' recordation in the public land records or in court proceedings. Additionally, robo-signers regularly fail to establish or simply do not have the authority to execute these documents on behalf of the legal title holder or principal on whose behalf they purport to act.*

    McDonnell defines a "surrogate signer" as: *A person who signs a legal document on behalf of and in the name of another without reading it or understanding the document's contents; surrogate-signers are not authorized to execute these documents on behalf of the legal title holder or principal on whose behalf they purport to act.*

4. I am aware that CAROL CHAPMAN is an alleged robo or surrogate signer.

Signed this 6th day of March 2013, under the pains and penalties of perjury.

_____
John L. O'Brien, Register

# McDonnell Property Analytics Approved Robo-signers List

| LAST NAME | FIRST NAME | LAST NAME | FIRST NAME |
|---|---|---|---|
| ADAMS | MURIEL | CARBIENER | JEFFREY |
| AGUILAR GREENE | ANGELA | CARRICO | HEATHER |
| ALAGIC | SANELA | CARTER | CHRISTINA |
| ALFONSO | LUISA | CASTRO | VILMA |
| AL-HAMMADI | WENDY ALBERTSON | CHAPMAN | CAROL |
| ALLEN | CHRISTINA | CHAPMAN | DORIS |
| ALLEN | GREG | CHUA | JAMES |
| ALLOTEY | LIQUENDA | CLARK | NATASHA |
| ALTMAN | ROBERT | CLARK | VALERIE |
| AMICO | CHRISTOPHER | CO | DAVID |
| ANDERSON | CHRISTINE | COATS | KAY |
| ANDERSON | EARITHA | CODY | JOHN |
| ANDERSON | SCOTT | COFFMAN | MATTHEW |
| ANTONELLI | ANITA | COLSTON | NORIKO |
| ARIAS | LETICIA | COOK | J. |
| BACHMAN | MICALL | COOK | MARY |
| BACKUS | DEBORAH | COOK | WHITNEY |
| BAGGS | LORAINE | COOK | WHITNEY K. |
| BAGLEY | BRENT | CORNETT | CLAY |
| BAILEY | DENISE | COTTRELL | BETH |
| BAILEY | KIRSTEN | COTTRELL | JOHN |
| BAILEY-SLYH | MARTHA | COWEN | JEFFREY |
| BALARA | LORRIANE | CRAWCZUN | BARBARA |
| BALDWIN | CHRISTIE | CRITE | SHAWANNA |
| BALDWIN | LISA | CROFT | TOM |
| BANASZEWSKI | MATTHEW | CURETON | NIKKI |
| BARRAZA | ASHLEY | DAGGS | NICOLE |
| BARTOW | HAL | DALTON | MARGARET |
| BELL | LANCE | DAWSON | KIMBERLY |
| BENIO | DONNA | DHIMITRI | ALISA |
| BENIO | JENNIFER | DIAN | MIKE |
| BERZ | PAULA | DIETZ | DARLINE |
| BESE | TERESA | DIXON | DIANE |
| BISCHOF | MARK | DOCX | |
| BISHOP | MARK | DOKO | DHURATO |
| BLACKSTUN | NATE | DUDDY | KAREN |
| BLECHINGER | TONYA | DUNNERY | JOHN A. |
| BLY | BRYAN | EADS | SHIRLEY |
| BOLDUC | LORI | ELLER | NANCY |
| BORDER | TIFFANY | ELLIOT | KEVIN J. |
| BRIGNAC | DEBORAH | ESPOSITO | THERESA |
| BROOKS | BEVERLY | FLANAGAN | MELISSA |
| BROWN | CHINA | FOMBY | AARON |
| BROWN | LORRAINE | FORBES | MICHAEL |
| BROWN | TRACEY | FRAZIER | BRENDA L. |
| BURGESS | JONATHAN | FRENCH | KIM |
| BURNETT | BRIAN | FRIEDMAN | ERIC |
| BURTON | LINDA | FUERSTENBERGER | ANDREW |
| BUSBY | GINER | GAAL | EVA |
| BUXTON | LAURA | GAGLIONE | RENE |

Updated: 6/12/2012

## McDonnell Property Analytics Approved Robo-signers List

| LAST NAME | FIRST NAME | LAST NAME | FIRST NAME |
|---|---|---|---|
| GILLAND | SHAR | KENNERTY | JOHN HERMAN |
| GONZALES | EILEEN | KERR | JOHN |
| GORLEWSKI | CATHERINE M. | KINGSTON | PAT |
| GRAY | TINA | KIRCHNER | BAILEY |
| GREEN | LINDA | KIRKLAND | TIFFANY |
| GREEN | MICHELLE | KIRKPATRICK | DENNIS |
| GREENE | ALFONZO | KIST | MARY |
| GREENE | MICHELLE | KNISLEY | NICOLE |
| GREENWALD | JACKIE | KNOWLES | RITA |
| GUERRERO | IRENE | KNOX | CECELIA |
| HALL | KRYSTAL | KOCH | BILL |
| HALL | ROBERT G. | KOWAL | VICTORIA |
| HALYARD | MICHELLE | KRAKOVIAK | KIM |
| HANLON | CRAIG | KUSICH | BRYAN |
| HANNA | MICHAEL | LADE | JOSHUA |
| HARMAN | SELENA | LAIRD | PAUL |
| HARMON | ANDREW | LANDERS | VANESSA |
| HARP | KORELL | LANG | LUCY |
| HEISEL | DANA | LAWRENCE | JOEL |
| HENRICKSON | CHUCK | LAYTON | DERICK |
| HERNDON | BARRETT | LEE | PATRICIA |
| HERTZLER | RENEE | LEETE | JESSICA |
| HERZOG | LANCIA | LENAIR | TOCCOA |
| HESCOTT | LAURA | LEONARD | SHEILA |
| HESSLER | WAYNE | LEVINGS | CHESTER |
| HICKERSON | ANISSA | LINDHORST | SUSAN |
| HINDMAN | BARBARA | LITTLE | KRISTI A. |
| HINES | JONATHAN | LOVE | TOPAKO |
| HIRSCHFIELD | NANCY E. | LUCAS | PATRICIA |
| HIVELY | MELISSA | LYNCH | MARY |
| HOOD | BETHANY | MADEJA | NANCY |
| HOPKINS | TONYA | MANNING | SHANNON |
| HUANG | CHRISTINA | MARTINEZ | KIM |
| HULL | DONA | MATHIS | ELIZABETH |
| HUND | JOHN | MCGOWAN | MARY JO |
| HUNTER | ROSE | MCKINNON | ELSA |
| HUTCHISON | CHERYL | MCKINZEY | BRENDA |
| ISAACS | MARSHALL | MEDINA | MONICA |
| IVEY | CHRIS | MEHARG | RON |
| JACKSON | KEVIN | MICHIE | M. KELLY |
| JOHNSON | ERICA A. | MILLER | SHARITA |
| JOHNSON | HEATHER | MISKELL | MEGAN |
| JOHNSON-SECK | ERICA A. | MOONAN | DEBBIE |
| JONES | CHRISTOPHER | MOORE | CRYSTAL |
| JONES | TINA | MORALES | NOEMI |
| JUSTICE | MELONEE | MORCAN | LILIANA |
| KAMINSKI | JOSEPH | MORGAN | COURTNEY |
| KEMP | KRISTEN | MORRIS | JAMES |
| KENNERTY | HERMAN JOHN | MOUA | SHOUA |
| KENNERTY | JOHN | MURAY | SUCHAN |



**Updated: 6/12/2012**

## McDonnell Property Analytics Approved Robo-signers List

| LAST NAME | FIRST NAME | LAST NAME | FIRST NAME |
|---|---|---|---|
| NADEAU | MICHAEL | SNOW | BRITTANY |
| NAGY | STEVE | SOBOTTA | JODI |
| NELSON | JOYCE | SORG | VICKI |
| NOLAN | ANGELA | SPOHN | STACY |
| NOLAN | FRANCIS | STEPHAN | JEFFREY |
| NORD III | HAROLD | STEVENS | CYNTHIA |
| NORIEGA | MARTI | STOKES | COLEMAN |
| NORTH | BECKY | SUAREZ | PETER |
| OHDE | JESSICA | TATE | ERIC |
| PARDO | JUAN | TAVERAS | OSCAR |
| PAYNE | JENNIFER | THOMAS | CHERYL |
| PAYNE | LATRESA | THOMAS | HELEN |
| PENDLEY | CHRISTOPHER | THOMAS | TAWANNA |
| PEREZ | DAVID | THOMAS | TYWANNA |
| PETERSON | ELENA | THORESEN | LINDA |
| PHIDAVANH | VIENGMOR | THORNE | KAREN ELIZABETH |
| PIRRITANO | LAURA | TINOCO | CARLA |
| PORTER | KIMBERLY | TOLAR | BARBARA |
| PRATIKAKIS | KIM | TOPP | BRENDAN |
| PRICE | TAMARA | TROWBRIDGE | CHRISTINA |
| PRINDLE | MICHAEL | TURNER | SUSAN |
| RAYMOND | TONY | TURNER | TIAQUANDA |
| REIN | JOANN | TURNER | VERONICA |
| RHYNE | LISA | VADNEY | MARIA |
| RICE | RHOENA | VAUGN | GARY |
| RIVARD | AMY | VIVEROS | MELISSA |
| RIVERA | SILENA | WALSH | THOMAS |
| RIVERS | CHRISTEL | WARREN | VALENCIA |
| ROBERTS | HANNAH | WEINAND | GINA |
| ROBINSON | KEN | WEST DALTON | ALLISON |
| ROGERS | YVONNE | WHITE | CAROLYN |
| RUFF | KELLY | WILEMAN | D. M. |
| RYBARCZYK | ROBERT | WILKEN | RICK |
| SACDOVAL | TAMERA | WILLIAMS | ALICIA |
| SAERER | CHRISTINA ANNE | WILLIAMS | CHAMAGNE |
| SANTOS | MONIQUE | WILLIAMS | DAWN |
| SCHEFFEY | SHELLY | WILLIAMS | SANDRA |
| SCHEINER | SCOTT | WILLIAMS | YOLANDA |
| SCHILLING | THOMAS | WILLIS | TIMOTHY |
| SCHLEPPY | GREG | WITTHOEFFT | MARY |
| SCHULTZ | THEODORE | WOSNAK | JILL |
| SCROGGINS | ROBERT | WRIGHT | KATHY |
| SEIDEL | KEITH | WRIGHT | ROBERT |
| SELMAN | KERI | WRIGHT | TRACY |
| SHAW | JENNIFER | | |
| SHELTON | NIKOLE | | |
| SHPITSEK | ALLA | | |
| SICILIA | JOSE | | |
| SIMMONS | ELLIS | | |
| SMITH | KATHY | | |

Updated: 6/12/2012



**Tuesday, September 11th     8:30 a.m.–9:45 a.m.**
**Trailing Doc Follow-up — How to Cure Outstanding Docs**

Moderator:

**Marilyn Foody**
**Vice President – National Sales**
**Stewart Lender Services**

Speakers:

**Carol Chapman**
**Operations Manager**
**GMAC**
**ESDO - Records Services/CRT**

*Carol Chapman Agenda*
*"How to Cure Outstanding" Documents*

#### Certification Challenges and Timing
#### Workflow Efficiencies Leading to Back Office Cost Reduction

- When to begin recovery?
- What to do in the interim?
- Implementing efficient workflow tools
- When to STOP recovery
- Workflow Recovery after "closed doors
- " Cost Containment – who pays the bill?

**Lynn Watson**
**Manager – Special Loan Services**
**Stewart Lender Services**

#### Time to Step Back and Re-Evaluate
#### How much is too much?

- Number of existing projects within department
- Deficiencies per project
- Current Staff
- Outsource
- Short Term and Long Term Deadlines for Delivery of Final Documents

#### Resolution to Document Collections
#### The Key is Sufficient Documentation

- Base File

*Carol Chapman Signed Our Note Allonge*

*See John O'Brien + Marie McDonnell Property Analytics Report →*

*She is a Known Robosignor in Southern Essex County Massachusetts*

- Review Closing Instructions
  - ✓ Track County Turn Times
  - ✓ Title Policies
  - ✓ Assignments
  - ✓ MERS
  - ✓ Purchase & Sales Agreement
- Document Tracking System

### Alternate Documents & Options

**Janet Rolen**
**Process Manager, Document Operation National Closing Operations**
**Washington Mutual**

### Document Resolutions

- Clearing Old Document Issues
- Meeting Client Request Turnaround Demands
- Managing Severe Volume Spikes
- Cost/Expense Reduction
- Workflow Efficiencies
- Best Practices for Trailing Doc Follow-Up

**TRAILING DOC FOLLOW-UP**

**HOW TO CURE OUTSTANDING DOCS**

*Panelist:*

**Name: Carol Chapman**
Title: Operations Manager
ESDO –Records Services/CRT
GMAC

**Name: Lynn Watson**
Title: Manager – Special Loan Services
Stewart Lender Services — *LPS Service Provider*

**Name: Janet Rolen**
Title: Process Manager – Document
Operations/National Closing Operations
Washington Mutual

*Moderator:*

**Name: Marilyn Foody**
Title: Vice President – National Sales
Stewart Lender Services — *LPS Service Provider*

*Session Topic:*
*Trailing Doc Follow-up—How to Cure Outstanding Docs*

A.

Certification Challenges and Timing
Workflow Efficiencies Leading to Back
Office Cost Reduction

- When to begin recovery?
- What to do in the interim?
- Implementing efficient workflow tools
- When to STOP recovery
- Workflow Recovery after "closed doors
- " Cost Containment – who pays the bill?

B.
Time to Step Back and Re-Evaluate

*[Handwritten annotations:]* Carol Chapman who signed A SWIFT ALLONGE at Agenda Mortgager's Broker's Association Conference TEACHING "Work Flow Recovery after closed Doors"

*Part of MERS + LPS FABRICATION FACTORY*

### How much is too much?

- Number of existing projects within department
- Deficiencies per project
- Current Staff
- Outsource
- Short Term and Long Term Deadlines for Delivery of Final Documents

## Resolution to Document Collections

## The Key is Sufficient Documentation

- Base File
- Review Closing Instructions
  - ✓ Track County Turn Times
  - ✓ Title Policies
  - ✓ Assignments
  - ✓ MERS
  - ✓ Purchase & Sales Agreement
- Document Tracking System

## Alternate Documents & Options

C.

### Document Resolutions

- Clearing Old Document Issues
- Meeting Client Request Turnaround Demands
- Managing Severe Volume Spikes
- Cost/Expense Reduction
- Workflow Efficiencies
- Best Practices for Trailing Doc Follow-Up

MBA's Document Custody Conference 2007

6/30/11 2:17 PM



MyMBA »    Log in »



Welcome to MBA.

Search for:
In: Entire Site                GO

**JOIN MBA | CONFERENCES & EVENTS | CAMPUSMBA | SHOP | ADVERTISE | LENDER CAREERS**

Market Focus:  ⊕ Both Markets
⊕ Residential
⊕ Commercial/Multifamily

About MBA
News and Media
Research and Forecasts
Advocacy
Industry Resources
Professional Development
Membership

Share this page.

## MBA's Document Custody Conference 2007

**Agency Showdown**

*Moderator:* Angee Nolan, Assistant Vice President, JPMorgan Chase

*Speakers:*
Carol Andrade - Operations and Servicing Manager, Freddie Mac
Doug Blunck - Manager of Custodian Oversight and Monitoring, Fannie Mae
Jennifer Burke - MBS Specialist, Ginnie Mae
Peter McGonigle - Deputy General Counsel, Fannie Mae
Sharon Novak - Operations Manager, Freddie Mac
Susan Skiles - Senior Business Analyst, Fannie Mae
Debra D. Thompson - Director of Custodian Oversight & Monitoring, Fannie Mae

*Agency Showdown Presentations :*
Fannie Mae
Freddie Mac
Ginnie Mae
Agency Showdown Outline

**Opening General Session: Results Rule**

*Featured Speaker:* Randy Pennington - CEO, Expert on Leadership

Results Rule Handout

**ARM Loans: Know How to Hold 'Em**

*Moderator:* Vonda J. Rankin - Agency Relations Client Service Manager, Wells Fargo Home
Mortgage

*Speakers:*
Doug Blunck - Manager of Custodian Oversight and Monitoring, Fannie Mae
Andrea L. Bridgeman - Associate General Counsel, Freddie Mac
Ken Robertson - Vice President, JPMorgan Chase
Lori Swanell - Assistant Vice President, Wells Fargo Home Mortgage

ARM Loans: Know How to Hold 'Em Presentation
ARM Loans: Know How to Hold 'Em Outline

**eWorkflows Rodeo**

*Moderator:* Robin M. Belanger, President, RM Belanger and Associates, LLC

*Speakers:*
Roger Gudobba - Senior Principal -- Strategic Business Development, Wolters Kluwer Financial
Services
Gary Vandeventer - Vice President -- Production Integration, MERS
David Zugheri - CMB, President, First Houston Mortgage, Ltd.

eWorkflows Rodeo Presentation
eWorkflows Rodeo Outline

How to Have Fun Wrangling Up Happy Trail Blazers

*Moderator:* Carol J. Chapman - Operations Manager-Pool Certification/Records Services,
ResCap
GMAC Residential Financial Group

*Speakers:*
Diane B. Cooper - Vice President, Servicing, Wells Fargo Home Mortgage
Shari L. Gillund - Vice President, Mortgage Document Custody Division, Wells Fargo Home
Mortgage
Donna K. Jones - Vice President -- Custodial Services, First Tennessee Bank
Rachel G. Switzer - Director, Records Services, ResCap, GMAC Residential Financial Group

*[Handwritten annotations:]*
Swift's Found this after to Talking to Investigator for the State of Minnesota in June 2011

Carol Chapman Signed our Allonge

How to Have Fun Wrangling Up Happy Trail Blazers Outline

**eExperiences — Implementing an Electronic Vault**

*Moderator*: Barbara J. Krawczun, Vice President – Document Custody Division, GMAC Bank

*Speakers*:
James E. Barry - Vice President, MBMS Incorporated
Michael Hebling - Vice President, GMAC Bank
Mark J. Jerva - Vice President, LaSalle Bank, N.A.

eExperiences — Implementing an Electronic Vault Presentations:
Agency eGuidelines
MERS
GMAC

eExperiences — Implementing an Electronic Vault Outline

**Private Securitization — How It All Works**

*Moderator*: Jean Hull - Title Supervisor Certification, Citibank, NA

*Speakers*:
Christopher Amico - Vice President, Manager, BNY Global Corporation Trust Document Custody Operations Bank of New York
Charles Dooley - III, Senior Vice President, Bond Administration, Aurora Loan Services
Rolf A. Edwards - Senior Vice President, Structured Products Group, Goldman, Sachs & Co.

Private Securitization — How It All Works Presentation
Private Securitization — How It All Works Outline

How to Secure Your Data

*Moderator*: Linda B. Gentry, Vice President – Mortgage Management Services, Stewart Lenders Services

*Panelists*:
Fred Everett - Senior Vice President – Assistant General Counsel, Countrywide Financial Corporation
John L. Jones - President, Arion Zoe
Michael Laurie - Vice President – Strategic Planning, Silanis Technology, Inc.
Paul H. Schieber - Chairman, Consumer Financial Services Group, Blank Rome LLP

How to Secure Your Data Presentations:
Moderator
Everett
Schieber
Jones
Laurie
How to Secure Your Data Outline

Trailing Doc Follow-up — How to Cure Outstanding Docs

*Moderator*: Marilyn Foody - Vice President – National Sales, Steward Lender Services

*Speakers*:
Carol J. Chapman - Operation Manager – Pool Certification, Wells Fargo Home Loan
Janet Rolen - Process Manager, Document Operation National Closing Operations Washington Mutual
Lynn Watson - Manager – Special Loan Services, Stewart Lender Services

Trailing Doc Follow-up — How to Cure Outstanding Docs Presentation
Trailing Doc Follow-up — How to Cure Outstanding Docs Notes
Trailing Doc Follow-up — How to Cure Outstanding Docs Outline

**Blazing The eTrail**

*Moderator*: Charles Epperson, eMortgage Services, Product Manager, Stewart Title Guaranty Co.

*Speakers*:
Darren Ross – National Notary Association
Gerry Rickhoff - Bexar County Clerk, County of Bexar – State of Texas

Blazing The eTrail Presentation
Blazing The eTrail Outline

**Passing Muster - Preparing for Audits**

Case: 15-35963, 03/31/2016, ID: 9922316, DktEntry: 7-17, Page 13 of 39

*Moderator:* Marilyn Foody, Vice President – National Sales, Steward Lender Services

*Speakers:*
Rita A. Juda - Compliance Manager, Wells Fargo Home Mortgage
Diana R. Harrison - Vice President, Collateral & Discharge Manager, HSBC Mortgage Services
Souren Sarkar - Co-Founder and President, Inuva Info Management Pvt. Ltd.

Passing Muster - Preparing for Audits Presentations:
Diana Harrison
Rita Juda
Souren Sarkar

**Agency Update**

*Moderator:* Janet L. Sims, Document Services Director, CitiMortgage, Inc.

*Speakers:*
Ted B. Foster - Senior Vice President, Office of Mortgage Backed Securities, Ginnie Mae
Daniel E. Kahn - Director, Program Operations, Ginnie Mae
Frederick Lyne - Director - Settlement Operations, Freddie Mac
Debra D. Thompson - Director of Custodian Oversight & Monitoring, Fannie Mae

Agency Update Presentations:
Freddie Mac
Fannie Mae
Ginnie Mae
Agency Update Outline

Copyright © 2008 - 2011 Mortgage Bankers Association. All rights reserved.



Certification Challenges

Reducing Costs

Certification Challenges and Timing
Workflow Efficiencies Leading to
Back Office Cost Reduction

Carol Chapman
Operations Manager
ESDO-Records Services/CRT
GMAC

MORTGAGE
BANKERS
ASSOCIATION



- When to begin recovery?

- Using county turnaround times to determine:

  - When can I expect the recorded documents

  - When 'should I' expect the final title policy

MORTGAGE
BANKERS
ASSOCIATION
Investing in communities



- What to do in the interim?

- Using the 'free way'
  - a. AutoFax
  - b. County web sites

MORTGAGE BANKERS ASSOCIATION



- Implementing efficient workflow tools

- Setting up an 'in-house' priority Q linked to available county web sites

- Utilizing 'pay for service' web sites

- Building relationships with outside entities to obtain what you need

  - 1. Hello communications right out of the gate

  - 2. Kudos's to those deserving



- When to STOP recovery

- Elevating issues with 3rd parties responsible

- Three strikes you're out strategy

- Title Company/Closer negligence

MORTGAGE
BANKERS
ASSOCIATION



- Workflow recovery after "closed doors"

- Prioritize importance

- Determining if Lien is secure

- Is 'paper necessary'

MORTGAGE BANKERS ASSOCIATION



- Cost Containment –

  Who pays the bill?

- Providing feedback to Originations

- Recovery via the 'free way'

- Lending channels pay?

**MORTGAGE BANKERS ASSOCIATION**



Certification Challenges and Timing
Workflow Efficiencies Leading to
Back Office Cost Reduction

Carol Chapman
Operations Manager
ESDO-Records Services/CRT
GMAC

MORTGAGE
BANKERS
ASSOCIATION
investing in communities



- When to begin recovery?

- Using county turnaround times to determine:

  - When can I expect the recorded documents

  - When 'should I' expect the final title policy

MORTGAGE
BANKERS
ASSOCIATION



- What to do in the interim?
- Using the 'free way'
  - a. AutoFax
  - b. County web sites

# Implementing efficient workflow tools

- Setting up an 'in-house' priority Q linked to available county web sites

- Utilizing 'pay for service' web sites

- Building relationships with outside entities to obtain what you need
  - 1. Hello communications right out of the gate
  - 2. Kudos's to those deserving



MORTGAGE
BANKERS
ASSOCIATION



- When to STOP recovery

- Elevating issues with 3rd parties responsible

- Three strikes you're out strategy

- Title Company/Closer negligence

MORTGAGE BANKERS ASSOCIATION®



- Workflow recovery after "closed doors"

- Prioritize importance

- Determining if Lien is secure

- Is 'paper necessary'

MORTGAGE BANKERS ASSOCIATION



- Cost Containment –
  Who pays the bill?

- Providing feedback to Originations

- Recovery via the 'free way'

- Lending channels pay?

MORTGAGE BANKERS ASSOCIATION



# Document Resolutions

Janet Rolen
Process Manager
Document Operation National Closing Operations
Washington Mutual

MORTGAGE
BANKERS
ASSOCIATION®
Investing in communities



# Clearing old document issues

- Use Lost Affidavits for recordings where applicable

- Enlist the Underwriter for duplications of policies

- Recreate old policies for the current principle balance

- Contact the State Department for signing authority for out-of-business correspondents



# Meeting client request turnaround demands

- Organize work loads by "quick hits"
- Negotiate terms for delayed recording counties
- Utilize your department strengths
- Outsource your weaknesses

MORTGAGE BANKERS ASSOCIATION
investing in communities



# Managing Severe Volume Spikes

- Outsource to more than 1 agency
- Use Temps for simple resolutions
- Evaluate you staff and replace where needed

MORTGAGE
BANKERS
ASSOCIATION



# Cost/Expense Reduction

- Work with the front end of the business to fix trends

- Evaluate the costs of in-house vs. outsourcing



# Workflow Efficiencies

- Track the counties

- Review the counties 30 days after closing

- Create pipelines based on Investor demand and county performance

- Ensure the front end is only working with the best

MORTGAGE
BANKERS
ASSOCIATION
investing in communities



# Best Practices for Trailing Doc Follow-up

- Research the documents within 60 days of closing
- Enforce repurchase demands
- Outsource when necessary
- Build Investor relationships

MORTGAGE BANKERS ASSOCIATION®
Investing in communities

BC: 628243

## NOTE ALLONGE

This Allonge is to be attached to and made a part of that certain Promissory Note made by Marcia A. Swift and Chris T. Swift, in the original principal amount of $449,500.00, dated January 26, 2007, and payable to GMAC Mortgage,LLC, as amended or modified (the "Note").

Pay to the order of LNV CORPORATION INC., ("Assignee"), without recourse and without representation or warranty whether express, implied or created by operation of law.

RESIDENTIAL FUNDING COMPANY, LLC

By: _____

Name: Carol Chapman

Title: ~~Manager, Records Services~~ *Limited Signing Officer*

000000185



**MICHAEL A. MAURO**
*Secretary of S*
*State of I*

D415398

**Application for**
**ent as**
**ublic**

READ the instructions on the back befor

or PRINT CLEARLY

**1.** <u>Carol J Chapman</u>  - Commission no 136580
Name   NOTE: Notarize all documents with the name exactly as provided above. (For example, if you choose to provide your middle initial above, always include it when you notarize.)

**2.**
30633 Deer Trail Dr
Complete Home Mailing Address
New Hartford IA 50660
City, State, ZIP                                319-983-2659
                                                 Home Phone Number

**3.** GMAC Mortgage, LLC
Complete Employer Name
3451 Hammond Ave
Complete Employer Address
Waterloo IA 50702
City, State, ZIP                                319-236-5459
                                                 Work Phone Number

**4.** Check the box to indicate which address you wish to designate for mailing purposes.
(If no address specified, home address will be designated.)   Home   [✓] Business

If you have provided business contact information different from your home information, you may opt to
shield your home address, phone number and e-mail from display on the Secretary of State's website.
Would you like to exercise this option?   [✓] Yes   [ ] No

**5.** E-Mail Address: *(optional)*

(home) _____

(work) Carol.Chapman@gmacm.com

**6.** Date of Birth: <u>Mar</u> / <u>26</u> / <u>1947</u>

I am: (check one)
[✓] A resident of Iowa.

[ ] A resident of _____, a state bordering Iowa, with work
or business in Iowa.

**7.** Have you ever had your Notary Commission revoked or suspended or has any other discipline been imposed
upon you as a Notary in Iowa or any other state? [ ] Yes [✓] No

If "Yes", please identify the state(s), the date(s) of the action(s) and the reason(s) for the action(s).

**8.** Have you been adjudged mentally incompetent or convicted of a felony?   [ ] Yes   [✓] No
If yes, have you received a restoration of rights?   [ ] Yes   [ ] No

**9.** Do you wish to have your name placed on a list of bilingual notaries? [ ] Yes [✓] No

List language(s) in which you are fluent: _____

**10.** Include your filing fee of $30.00.  Make check payable to SECRETARY OF STATE.

*I certify under penalty of perjury and pursuant to the laws of the state of Iowa that the preceding is true and correct.*
*I understand that I may not notarize any documents until I have received my notary commission from the Secretary of State.*

**11.** Carol J Chapman                          12-17-09
Signature                                        Date
                                                 rev 01/07

RECEIVED
DEC 2 1 2009
STATE OF IOWA
SECRETARY OF STATE

INSTRUMENT # 00714655
FILED AND RECORDED
ASCENSION CLERK OF COURT
2009 JAN 28    11:02:26 AM
COB_____ MOB_____ OTHER_____

DEPUTY CLERK & RECORDER

CERTIFIED TRUE COPY BY

DEPUTY CLERK
SLIPPRT02

This Document Prepared By and
After Recording Please Return To:
MGC MORTGAGE, INC.
Attn: Allison Martin, Manager
Document Control
P.O. Box 251686
Plano, TX 75025-9933

BC # 642419

## ASSIGNMENT OF MORTGAGE

APN No:     4523200

Grantor:    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
            1595 Spring Hill Road, Suite 310, Vienna, Virginia 22182

Grantee:    LNV CORPORATION INC.
            7195 Dallas Parkway, Plano, Texas 75024

Property Address:    42033 Janile Street, Gonzales, LA 70737

Legal Description: See Page 4 Exhibit A

BC. 642419

## ASSIGNMENT OF MORTGAGE

THIS ASSIGNMENT OF MORTGAGE (this "Assignment") is made by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") as nominee for Lender and Lender's successors and assigns, who is organized and existing under the laws of Delaware and whose address is 1595 Spring Hill Road, Suite 310, Vienna, Virginia 22182 ("Assignor"), to and in favor of LNV CORPORATION, INC., whose address is 7195 Dallas Parkway, Plano, Texas 75024 ("Assignee"), pursuant to the terms of that certain Amended and Restated Flow Mortgage Loan Purchase and Interim Servicing Agreement, (the "Purchase Agreement"), effective July 1, 2008 between DLJ MORTGAGE CAPITAL INC. and LOAN ACQUISITION CORPORATION.

THIS ASSIGNMENT WITNESSES THAT, in consideration of Ten Dollars ($10.00) and other good and valuable consideration paid by Assignee, Assignor hereby assigns, transfers, sets over and conveys to Assignee and its successors and assigns, without recourse and without representation or warranty, whether express, implied or created by operation of law, except as expressly set forth in the Purchase Agreement, the following.

1.    that certain Mortgage from Cammy Shari Depew, A Single Woman, dated December 1, 2006, and recorded December 6, 2006, in Book: n/a, at Page: n/a, as Instrument No. 00655421, in the Clerk's Office of the County of Ascension, State of Louisiana, (the "Mortgage"), which Mortgage secures that certain Promissory Note dated December 1, 2006, in the original principal amount of $62,100.00, executed by Cammy Shari Depew and payable to the order of Intervale Mortgage Corporation, as modified or amended (the "Note");

2.    as such other documents, agreements, instruments and other collateral that evidence, secure or otherwise relate to Assignor's right, title or interest in and to the Mortgage and/or the Note and/or the loan evidenced by the Note, including without limitation the title insurance policies and hazard insurance policies relating thereto that are in effect.

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed and delivered by its Authorized Representative as of the _____ 5 _____ day of _____ Jan _____ , 2008

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Name: _____ BILL KOCH _____
Title: Limited Signing Officer _____ ASSISTANT SECRETARY

WITNESS: **MARCO VILLAGRAN**

WITNESS: **ANA NOVAKOVICH**

## ACKNOWLEDGMENT

STATE OF _____ Utah _____ §
§
COUNTY OF _____ Salt Lake _____ §

Before me, the undersigned, a Notary Public, on this day personally appeared _____ Bill Koch _____ , who is personally well known to me (or sufficiently proven) to be the Limited Signing Officer of Mortgage Electronic Registration Systems, Inc. and the person who executed the foregoing instrument by virtue of the authority vested in him/her, and he/she acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacities therein stated.

Given under my hand and seal this _____ 5 _____ day of _____ Jan _____ , 2008

Kimberly Clark
Notary Public, State of _____ Utah _____
My commission expires: _____ 12/11/11 _____

BC: 1642419
AFFIX NOTARY SEAL.

NOTARY PUBLIC
KIMBERLY CLARK
3515 South 92 West
Salt Lake City, Utah 84115
My Commission Expires
December 11, 2011
STATE OF UTAH