**The shade of blue on signatures of Robert Youngblood in Tennessee made in 1998 on what another Beal sham entity, LPP Mortgage Ltd., claims are the Youngblood "original" mortgage instruments appears suspiciously similar to the shade of blue on the Fauley and Subramaniam instruments submitted by Beal/LNV/LPP to courts as being genuine "original" instruments.**

**The three signatures below are from allonges to the purported "original" Youngblood Note and are signed by Beal employees so they may have used the same pen, but notice the small floating "j" to the lower left or right of the signatures. The Swift's noticed the same floating "j" on what LNV submitted to court as true copies of their "original" mortgage instruments. Beal/MGC employee Bret Maloney was questioned about these in a deposition. He claimed not to know what they were or why they appeared on "original" mortgage instruments.**

**Floating "j"**

By: Beal Bank

By: W.T. Saurenmann

Attorney-In-Fact

**The floating "j" phenomenon on Beal/LNV/LPP "original" mortgage instruments casts further doubt on the authenticity of these instruments.**

**Digital graphic software like PhotoShop© creates "layers" that allow graphic artists to create a new image that is a composite of various parts or elements from many different images by overlaying them on top of each other.**

**The floating "j" phenomenon may be evidence of digital alteration.**

LOAN #: 4967689

ed amount. The effective date of coverage may be the date your prior coverage lapsed or the date you failed of coverage.

...erably more expensive than insurance you can obtain on your own and may ...ge or any mandatory liability insurance requirements imposed by Applicable

...l agrees to the terms and covenants contained in this Security Instrument and in ...h it.

(Seal)

ROBYNNE A FAULEY

Recorded by First American Title Insurance Company of Oregon

No. 950881 L7

**Close-up photo of Robynne's signature on LNV's "original" mortgage documents was taken on 12/2/2014**

**Close-up photo of Denise's signature on LNV's "original" mortgage documents was taken on taken on 8/21/2015**

**Robynne's signature, if genuine, was made in June 2002, while Denise's was made in February 2004.**

**What are the odds they used the same pen? Or even the same color of ink?**

**It is possible and easy for someone skilled in the use of digital graphic software like PhotoShop© to fill in a signature on a black and white photo copy with a blue color in such a way as to make it appear to be an authentic "wet ink" signature when it is not.**

**The color of blue ink is suspiciously consistent throughout the Beal/LNV/LPP "original" mortgage instruments**

ROBYNNE A FAU

DENISE SUBRAMANIA

**Below is the Michael Mead indorsement from the Allonge on LNV's purported "original" Fauley Note (see page 3). A suspect assignment of the Fauley Deed of Trust also bears an indorsement by Michael Mead (see document titled: "March 10, 2008 Assignments from GMAC-RFC to LNV Corporation"). A side by side comparison of these two Michael Mead signatures shows differences that go beyond the normal variations found in multiple instances of one individual's authentic signature.**

out representation or warranty whether express, implied or created by operation of law.

DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee Company FKA Bankers Trust Company of California, N.A. as Trustee Residential Funding Company, LLC formerly known as Residential Funding Corporation Attorney-in Fact

By:

Michael Mead, Limited Signing Officer

LLC formerly known as Residential
Attorney-in Fact

By:

Michael Mead, Limited Signing Offi

known as Bankers Trust Company) as Trustee, F
ntial Funding Corporation Attorney-in Fact

By:
Name: Michael Mead
Title: Limited Signing Officer

**Both Michael Mead signatures show hesitation points where the author seems uncertain. This indicates the signature is being mimicked from an example by someone other than the purported author. Expert examination for authenticity is warranted, and not a summary judgment to determine whether these signatures are authored by the same individual, and whether that individual was Michael Mead.**

**The suspect assignment of the Fauley Deed of Trust executed on March 10, 2008 indorsed by Michael Mead is all the more suspect when you compare the Michael Mead signatures on similar suspect assignments purporting to assign beneficial interest to LNV entered into courts by LNV specific to the Hardwick, the Salder, the Molina Wohl, the Hernandez-Morino, the Juardo, the Swift, and the Wilcox mortgage instruments shown below and on the following pages.**

PROPERTY ADDRESS: 201 CHURCH ST LOOGOOTEE, IN 47553

Mortgage Amount: $87,550.00

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

**Hardwick Assignment**

BY:
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF Minnesota)
COUNTY OF Hennepin)

... Notary Public in and for said State personally appeared Michael Mead,

PERTY ADDRESS: 17499 WEST THIRTEEN MILE ROAD SOUTHFIELD, MI 48076

ETHER with the note or notes therein described or referred to, the money due and to become due thereon interest, and all rights accrued or to accrue under said Mortgage.

# 24-12-203-002
103

'(MERS) Mortgage Electronic Registration Systems, Inc.'

**Sadler Assignment**

BY:

NAME: Michael Mead

E OF Minnesota )
NTY OF Hennepin )

TITLE: Assistant Vice President

---

nt: $475,000.00

s: 1321 E LUKE AVE PHOENIX, AZ 85014

h the note or notes therein described or referred to, the money due and to become due thereon all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

**Molina-Wohl Assignment**

BY:

Minnesota) NAME: Michael Mead
Hennepin) TITLE: Assistant Vice President

---

Property Address: 155 EAST JASMINE STREET MESA, AZ 85201

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, Inc.'

**Hernandez-Moreno Assignment**

BY:

STATE OF Minnesota) NAME: Michael Mead
COUNTY OF Hennepin) TITLE: Assistant Vice President

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,

---

Property Address: 16632 NORTH 16TH PLACE PHOENIX, AZ 85022

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

'(MERS) Mortgage Electronic Registration Systems, In

**Jurado Assignment**

BY:

STATE OF Minnesota) NAME: Michael Mead
COUNTY OF Hennepin) TITLE: Assistant Vice President

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead,

executed by Chris T. Swift and Marcia A. Swift, husband and wife as tenants by the entirety.
TO/FOR: GMAC Mortgage, LLC dba ditech.com

and recorded in Book n/a on Page n/a as Instrument No 2007K018917 on 1/24/07 of official Records in the County Recorder's Office of Kane County, Illinois.

* See attached Exhibit "A" For Legal.

Mortgage Amount: **$449,500.00**

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

**'(MERS) Mortgage Electronic Registration Systems, Inc.'**

**Swift Assignment**

BY:
NAME: Michael Mead
TITLE: Assistant Vice President

**The variations in these purported Michael Mead signatures show dramatic differences that go far beyond normal variations in different instances of one individual's authentic signature. These signatures also show hesitations points in the pen strokes commonly found in forged signatures. This substantiates the Beal/LNV/LPP victims claims that what LNV has submitted to courts as being genuine "original" instruments are instead forgeries. Expert forensic examination of these instruments for authenticity is warranted for a factual judicial determination as to LNV's standing to foreclose on any of these properties.**

**The Wilcox Assignment below is dated March 10, 2007. Dozens of other such assignments to LNV Corporation were executed on March 10, 2008 and this fact also gives evidence to LNV lacking standing to foreclose on any of these properties because LNV Corporation did not exist on March 10, 2008. A non-person, non-entity has no legal capacity to enter into a contract of conveyance or assignment.**

Mortgage Amount: **$154,550.00**

Property Address: **15952 WEST CARIBBEAN LANE SURPRISE, AZ 85379**

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

**'(MERS) Mortgage Electronic Registration Systems, Inc.'**

**Wilcox Assignment**

**Dated 2007**

BY:
NAME: Michael Mead
TITLE: Assistant Vice President

STATE OF Minnesota)
COUNTY OF Hennepin)

On 3/10/2007 before me, the undersigned, a Notary Public in and for said State personally appeared Michael Mead, Assistant Vice President of '(MERS) Mortgage Electronic Registration Systems, Inc.' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

DIANE M. MEISTAD
NOTARY PUBLIC-MINNESOTA