B3498 P0806  02-10-2014 11:22:01.000
Brunswick County, NC Register of Deeds   Brenda M. Clemmons   PROP
page 3 of 5

# SECRETARY CERTIFICATE

I, Stephen J. Costas, Secretary of LNV Corporation, a Nevada corporation (the "Corporation"), being familiar with the books and records of the Corporation, hereby certify that attached hereto as <u>Exhibit A</u> is a true and correct copy of resolutions, which have been duly adopted by the Board of Directors of the Corporation and which have not been amended, modified, or repealed in any respect and which are in full force and effect as of the date hereof.

LNV Corporation

_____
Stephen J. Costas, Secretary

STATE OF TEXAS §
§
COUNTY OF COLLIN §

I, the undersigned, a Notary Public in and for the said County, in said State, hereby certify that Stephen J. Costas, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this date, being informed of the contents of such document, executed the same voluntarily.

GIVEN UNDER MY HAND, OFFICIAL SEAL this 18th day of August, 2011.

TERRI S. WEISS
My Commission Expires
November 21, 2014

_____
Notary Public, State of Texas
My Commission expires: 11/21/2014

Exhibit A

## WRITTEN CONSENT OF THE SOLE DIRECTOR OF LNV CORPORATION

The undersigned, being the sole member of the Board of Directors (the "Board") of LNV Corporation, a Nevada corporation (the "Mortgage Loan Owner"), hereby adopts by written consent the following resolutions as of _August 18_, 2011 (the "Effective Date") with the same force and effect as if adopted at a meeting of the Board duly called and held:

  **RESOLVED,** that the individuals named in the next paragraph are hereby designated as authorized signatories of the Mortgage Loan Owner (each such individual is referred to herein as an "Authorized Signer"), but only for the sole, limited and exclusive purposes, acting on behalf of the Mortgage Loan Owner, of signing, executing and (where required by law or custom) attesting, acknowledging and/or recording (1) requests for delivery of custodial mortgage loan documents, reconveyances, substitution of trustees, discharges, releases, and satisfactions of deeds of trust, trust deeds, mortgages and security deeds (each, a "Security Instrument"), which Security Instruments secure paid in full mortgage loans subserviced for MGC Mortgage, Inc. ("MGC") by Dovenmuehle Mortgage, Inc. ("Subservicer") pursuant to that certain Subservicing Agreement dated as of February 19, 2010 (as amended from time to time, the "SA") between MGC and Subservicer and letters of direction as needed to process pre-payoff land trust transactions; (2) partial releases of collateral encumbered by any of the Security Instruments, but only with the prior written approval of MGC in each instance; (3) modifications and/or extensions of so-called "balloon reset" mortgages owned or backing a security issued by FNMA or FHLMC, but only in accordance with applicable guidance issued by those Agencies and the related mortgage loan documents and with the prior written approval of MGC; (4) modifications of notes and Security Instruments upon the prior written approval of MGC and, if applicable, of FNMA, FHLMC, HUD, USDA/RHS, or VA; (5) substitutions of trustees, pleadings, notices, deeds or other instruments necessary to institute, continue or complete foreclosures of loans subserviced for MGC by Subservicer; and (6) with the prior written approval of MGC, any and all other related instruments and documents, including without limitation (i) the power to request mortgage loan documents from any document custodian holding the same, and (ii) the power to indorse instruments required to effectuate mortgage loan payments or refunds (such as checks evidencing such payments or refunds);

  **FURTHER RESOLVED,** that each of the following persons are hereby appointed as an Authorized Signer:

    Edward J. Bagdon
    Jenalyn M. Blake
    Paula Borshell
    Janice Carlton-Oliva
    William B. Corcoran
    Cara Cuny
    John DeNight
    Michelle Dranka
    Lenny Figliola

B3498 P0808 02-10-2014 11:22:01.000
Brunswick County, NC Register of Deeds   Brenda M. Clemmons   PROP
page 5 of 5

Richard G. Fike
Bettina Honold
Odishu R. Malik
Keith Manson
Bernadette McDonnell
Michael Nennig
Mary K. Przybyla
Tonette J. Salinas
James D. Stonecipher
Iris Tredway
Marianne Wallner
Susan Wilson

it being understood that each Authorized Signer is a current employee of Subservicer (as defined in the SA);

**FURTHER RESOLVED**, that all acts and doings of each Authorized Signer shall in all respects be consistent with and in furtherance of the duties and obligations of Subservicer under the SA, as that SA may have been, and may hereafter be, amended, supplemented or superseded.

**FURTHER RESOLVED**, that each appointment of each Authorized Signer made hereunder shall automatically expire: (i) when and if these resolutions are repealed, rescinded or annulled by the Mortgage Loan Owner for any reason; (ii) upon the expiration or earlier termination of the SA; or (iii) when MGC delivers written notice to Subservicer of such repeal, rescission or annulment; and an Authorized Signer's appointment hereunder shall automatically terminate upon: (1) the termination of the employer-employee relationship between the Authorized Signer and Subservicer; or (2) upon the resignation of the Authorized Signer, delivered to Subservicer or to MGC directly.

**FURTHER RESOLVED**, that no present or future Authorized Signer: (i) shall ever be deemed to be an officer or employee of MGC or the Mortgage Loan Owner for any purpose; (ii) shall ever be entitled to compensation of any kind or type from MGC or the Mortgage Loan Owner; and (iii) shall ever be entitled to any benefits whatsoever granted by MGC or the Mortgage Loan Owner by law or regulation to other officers, directors or employees of MGC or the Mortgage Loan Owner.

**FURTHER RESOLVED**, that this resolution shall be considered repealed and of no further effect upon the termination or expiration of the SA.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Written Consent to be effective as of the date first indicated above.

_[signature]_

D. Andrew Beal, Director