FILED

MAR 31 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LNV CORPORATION, a Nevada corporation, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DENISE SUBRAMANIAM, <br><br> Defendant - Appellant. | No. 15-35963 <br><br> D.C. No. 3:14-cv-01836-MO District of Oregon, Portland <br><br> ORDER |

The court has received appellant's March 31, 2016 filing. Within 14 days after the filing date of this order, appellee may file a response. Appellant's optional reply is due 5 days after service of the response.

The response is limited to 20 pages, and the reply is limited to 10 pages. *See* Fed. R. App. P. 27(d)(2).

All other pending motions will be addressed by separate order.

Briefing remains suspended.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sarah Fleischer-Ihn
Motions Attorney/Deputy Clerk

SFI/MOATT