# No. 15-35963

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

LNV CORPORATION,

                Plaintiff-Appellee,

v.

DENISE SUBRAMANIAM,

                Defendant-Appellant.

---

On Appeal from the United States District Court
for the District of Oregon, 14-CV-01836-MO
District Judge Michael Mosman

---

**LNV CORPORATION'S NOTICE OF OBJECTION TO APPELLANT'S SUPPLEMENT TO AND CLARIFICATION OF EMERGENCY PETITION FOR WRIT OF MANDAMUS**

---

GABRIELLE D. RICHARDS
MARTIN & RICHARDS, LLP
111 SW Fifth Ave., Suite 3150
Portland, OR 97204
503.444.3449
gabby@cascadialawyers.com

*Counsel for Plaintiff-Appellee
LNV Corporation*

April 14, 2016

ERICK J. HAYNIE
JEFFREY M. PETERSON
PERKINS COIE LLP
1120 NW Couch St, 10th Floor
Portland, OR 97209
503.727.2000
EHaynie@perkinscoie.com
JeffreyPeterson@perkinscoie.com

*Counsel for Plaintiff-Appellee
LNV Corporation*

Plaintiff-Appellee LNV Corporation respectfully objects to the "Supplement to Clarification of Emergency Petition for Writ of Mandamus" filed by Defendant-Appellant Denise Subramaniam (Dkt. 11). Ms. Subramaniam filed her Emergency Petition for Writ of Mandamus on March 31, 2015. (Dkt. 7-1.) Neither the Federal Rules of Appellate Procedure nor the Ninth Circuit Rules contemplate or allow supplemental briefing or "clarifications" of the sort filed by Ms. Subramaniam.

RESPECTFULLY SUBMITTED this 14th day of April, 2016.

*/s/ Gabrielle D. Richards*

GABRIELLE D. RICHARDS
MARTIN & RICHARDS, LLP
111 SW Fifth Ave., Suite 3150
Portland, OR 97204
503.444.3449
gabby@cascadialawyers.com

*Attorneys for Plaintiff-Appellee LNV Corporation*

*/s/ Erick J. Haynie*

ERICK J. HAYNIE
JEFFREY M. PETERSON
PERKINS COIE LLP
1120 NW Couch St., 10th Floor
Portland, OR 97209
503.727.2000
EHaynie@perkinscoie.com
JeffreyPeterson@perkinscoie.com

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **LNV CORPORATION'S NOTICE OF OBJECTION TO APPELLANT'S SUPPLEMENT TO AND CLARIFICATION OF EMERGENCY PETITION FOR WRIT OF MANDAMUS** on Denise Subramaniam at the address listed in her Petition: c/o 1905 SE 24th Avenue, Portland, OR 97214 by depositing a copy in the U.S. Mail in a sealed postage-prepaid envelope at Portland, Oregon on the date set forth below.

DATED: April 14, 2016

/s/ Gabrielle D. Richards
**Gabrielle D. Richards**
gabby@cascadialawyers.com

2