Denise Subramaniam
503-764-5300


JoAnn Breitling
1704 Cornwall Lane
Sachse, TX 75048
214-674-6572

## Disability Liaison Authorization and Affidavit

STATE OF OREGON
COUNTY OF WASHINGTON

I, Denise Subramaniam, am a disabled person as defined by the Americans With Disabilities Act of 1990, Pub. L. No. 101-336, 104 Stat. 328 (1990), ("ADA"), and the ADA Amendments Act of 2008 ("ADAAA"). I require accommodations in order to have access to justice before being deprived of my life, liberty or property; the most basic of rights guaranteed to American citizens by our Bill of Rights; specifically the Fifth, Fourteenth and Seventh Amendments to the United States Constitution.

I have been forced by my disadvantaged economic status directly caused by my disabilities to represent myself in litigation involving the right of title to my property against an exceptionally wealthy adversary. Even a non-disabled person is dramatically disadvantaged in as a pro se litigant against a wealthy adversary with powerful attorneys. I'm a disabled person whose disabilities include periods of mental dysfunction as well as periods of physical impairment that routinely last for weeks and sometimes months. These symptoms of my disability are aggravated by stress and my medical records substantiate this fact. My access to justice has been denied specifically because Judge Mosman refused to allow reasonable and justified extensions of time to accommodate for my disabilities. I believe I have been discriminated against as a disabled person, and that this discrimination resulted in an unconstitutional summary judgment Order by Judge Mosman granted to LNV that unconstitutionally deprived me of my property. So far I've been denied access to justice due to my disabilities. I have appealed Judge Mosman's Order. Now I request reasonable accommodation to prevent further discrimination against me.

I've been terribly traumatized by the forceful and I believe illegal eviction from my home of nearly 20 years that accommodated my disabilities; by my current situation of having to live in my vehicle; and by knowing I have only until April 30, 2016 to empty three 10' x 20' storage units containing my precious personal property that was thrown into boxes too heavy and too large for me to handle by strangers with no regard for my possessions or my ability to locate items of most importance for my survival.

I become ill at just the thought of seeing or talking with LNV's Counsel, Gabrielle Richards, who has exploited and intimidated me throughout this ordeal and who has caused me to suffer unbearable pain. I get a knot in the pit of my stomach, heart palpitations and shortness of breath whenever I see her name on my caller ID. The thought of a disabled person exploiting the disabilities of another disabled person with intent to deny her access to justice and to have her wrongfully thrown out of her home makes me so sick to my stomach that I can't eat. I have no way to weigh myself but I know I've lost a lot of weight because I have to tie a rope through the belt loops in my jeans to hold them up.

I have had little to no access to my Gmail email account since this happened. I need someone who can monitor my legal communications and emails from the court and inform me in a low stress way about what I need to do to protect my interests and my personal property in this matter.

I know I need to speak with Ms. Richards, but I cannot do so. Although I have not been diagnosed with post traumatic stress disorder I believe this ordeal has caused me to develop this condition. I missed several appointments with my doctors because my life is not under my own control right now so haven't been able to tell them about this yet. I need to do everything based on the convenience of others and significant portions of my day are spend at those storage units unpacking the boxes and repacking them so I know where things are and to reduce the volume of boxes so my belongings will fit into the 12' x 25' storage unit I rented. So far I have reduced the space taken up by the boxes in two of units LNV rented to ½ of their original space; but I have not even been able to touch anything in the third unit on the other side of the lot so I am experiencing horrific stress right now.

The storage units LNV selected were built with press board inside and the chemicals that off gas from the glues and solvents used to make them are deadly to me. I've already had a bad asthma attack while working there. I have to pull everything outside to work on unpacking a repacking and if it rains my progress is delayed. These units are a far enough distance from my own storage unit that it costs me a lot more in gasoline then I ever used to pay before this happened because I must make multiple trips daily between them. My body is covered in bruises and my fibromyalgia pain is through the ceiling. I had to stop taking one of my prescribed medications that helps with this pain because my doctors said I can't take it with over-the-counter naproxen or ibuprofen. Right now I need something stronger. Until I get through this I've had to resort to taking large quantities of naproxen and ibuprofen to curb the pain so I can keep working on empting the storage units by the April 30th deadline.

I need to arrange to remove my personal possessions (mostly building materials) still inside the house/garage which I need to build a small structure to live in if the court of appeals doesn't grant my Writ of Mandamus and return possession of my home to me pending appeal. I also need to get my gutted tiny travel trailer off the property so a friend can help me make it useable giving me comfortable temporary place to live. It is of utmost importance to retrieve my travel trailer and building materials.

Earlier I made numerous phone calls and left voice mail messages for the realtor, Brenda Hereth, I was told to contact to arrange to get my remaining personal possessions off my property but she never returned my calls. I need to arrange removal activities with several friends because I can't lift or move these things myself. I also must rent a U-Haul trailer so this requires coordinating with several others and when the realtor is unresponsive and my time is so restricted it becomes impossible to accomplish.

**THEREFORE**

I hereby authorize JoAnn Breitling to act as my liaison for communications in my behalf with LNV's Counsel, Gabrielle Richards and with the Ninth Circuit Court of Appeals. This authorization is required as a reasonable accommodation for my disabilities.

_____
Denise Subramanaim

The above signed personally appeared before me, a notary public in and for Washington County Oregon on the 15TH day of ~~March,~~ APRIL 2016.

OFFICIAL SEAL
JESSICA RUTH BAKER
NOTARY PUBLIC - OREGON
COMMISSION NO. 945220
MY COMMISSION EXPIRES DECEMBER 13, 2019

_____
Notary Public, State of Oregon