Exhibit B

**Fw: Re: My authorization for you to be my disability Liaison**

From: Joann Breitling

> Date: Monday, April 18, 2016, 5:28 PM
> Ms. Breitling,
>
> Ms. Subramaniam needs to
> contact me directly to discuss issues involving her case. It
> is not appropriate for a non-lawyer to represent Ms.
> Subramaniam's interests and your role as a
> "communications liaison" may very well constitute the
> unauthorized practice of law. Additionally, the ADA provides
> no legal basis for a self-represented litigant to appoint
> someone to communicate with opposing counsel and the court.
> To the contrary, I am obligated to confer directly with Ms.
> Subramaniam on certain issues unless or until the court
> directs me to do otherwise.
>
> As a courtesy, I will coordinate with the
> realtor to accommodate Ms. Subramaniam's removal of the
> remaining personal property. The realtor has the following
> dates and times available:
>
> Thursday, April 21: 10 a.m. to 5 p.m.
> Friday, April 22: 10 a.m. to 5 p.m.
> Saturday, April 23: 9:30 a.m. to 3 p.m.
>
> Please let me know as soon as
> possible which day(s) Ms. Subramaniam is available, and I
> will communicate that information to the realtor.
>
>
> Sincerely,
>
> Gabrielle D. Richards
>
> _____
>
> Gabrielle D. Richards | Martin
> & Richards, LLP
> Attorney at Law
>
>
> B:
> 503-444-3449
> C: 503-866-1855
> F: 503-296-5834
>
>
> On
> 4/18/16, 12:41 PM, "Joann Breitling" <joannbreitling@yahoo.com>
> wrote:
>
> >Denise
> Subramaniam is filing the above document into the court
> record so that I can be a go-between to coordinate dates
> since she is
> >homeless and does not have
> stable communication ability.  She would like to arrange a
> date with the realtor to obtain her travel trailer and
> >other items left at the property between
> Thursday and next Monday, the 24th.  If you could arrange
> for the realtor to give her perhaps
> >three options that will work for the
> realtor (who has not returned any calls to Ms. Subramaniam),
> she must then coordinate with a group
> >of
> people who are going to assist her.
> >
> >Thank you for working with me and if you
> will contact the realtor and ask her to call Ms. Subramaniam
> with three times in mind so that
> >this
> can be scheduled.
> >
> >Sincerely,
> >
> >JoAnn Breitling
> >214-674-6572
>