Case No. 15-35963

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

IN RE: DENISE SUBRAMANIAM

DENISE SUBRAMANIAM
Defendant – Petitioner
v.
LNV CORPORATION
Plaintiff – Respondent

Gabrielle D. Richards
Respondent

UNITED STATES DISTRICT COURT for the
District of Oregon Portland Division
Respondent

Judge Michael W. Mosman
Respondent

From the United States District Court
District of Oregon Portland Division
Judge Michael W. Mosman Presiding
Case No. 3:14-cv-01836

PETITIONER'S EMERGENCY MOTION TO FOR INJUNCTIVE RELIEF WITH
DECLARATIONS OF SHILOH STANGEL AND DENISE SUBRAMANIAM IN
SUPPORT

Denise Subramaniam
c/o 1905 SE 24th Ave
Portland OR 97214
503-764-5300

Pro se Petitioner

Gabrielle D. Richards
Martin & Richards, LLP
111 SW Fifth Ave, Suite 3150
Portland, OR 97204
503-444-3449
Fax: 503-296-5834
Email: gabby@cascadialawyers.com
ATTORNEY TO BE NOTICED

Counsel for LNV Corporation

Erick J. Haynie
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
503-727-2017
Fax: 503-727-2222
Email: ehaynie@perkinscoie.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Counsel for LNV Corporation

Jeffrey M. Peterson
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
503-727-2075
Email: jeffreypeterson@perkinscoie.com
ATTORNEY TO BE NOTICED

Counsel for LNV Corporation

**PETITIONER'S EMERGENCY MOTION TO FOR INJUNCTIVE RELIEF**

Comes now Petitioner and moves this Honorable Court of Appeals for injunctive relief to prevent Respondent LNV Corporation ("LNV") from removing and disposing of Petitioner's personal property still located at 13865 SW Walker Rd., Beaverton Oregon 97005; and states as follows:

1. Petitioner is a disabled person as defined by the Americans With Disabilities Act of 1990, Pub. L. No. 101-336, 104 Stat. 328 (1990) and S. 3406 (110th): ADA Amendments Act of 2008. She has been diagnosed with ADHD, Fibromyalgia, arthritis and MCS/EI which includes, but is not limited to symptoms of chronic fatigue and intense physical pain

accompanied by a mental fogginess. These symptoms are especially acute following periods of "over doing" physical activity.

2. Respondent LNV aka Daniel Andrew "Andy" Beal forced Petitioner to inhumane extremes of physical activity that caused her to suffer painful personal injury. See Exhibit A, a collection of photographs of bruises covering Petitioner's body that were taken during the last two weeks of April 2016. There is not a part of Petitioner's body that is not covered with such bruises. Petitioner is suffering tremendous pain as a result of these injuries. In addition Petitioner is suffering from the side effects of exposures to chemicals in the storage units.

3. This pleading incorporates Petitioner's sworn declaration as to how her body became so damaged while attempting to protect her personal property from further damage and loss and to avoid the incurrence of unnecessary and excessive expenses which she lacks the resources to pay as a result of the actions of Respondent LNV aka Daniel Andrew "Andy" Beal.

4. Respondent LNV aka Daniel Andrew "Andy" Beal has given Petitioner a deadline of May 5, 2016 to remove her personal property still located at the 13865 SW Walker Rd., Beaverton Oregon 97005 address which is the cause for this action.

5. Respondent LNV aka Daniel Andrew "Andy" Beal and his Counsel Respondent Gabrielle Richards refused to amicably work with Petitioner so she could arrange removal of her personal property in February and March.

6. Respondent LNV aka Daniel Andrew "Andy" Beal and his Counsel Respondent Gabrielle Richards refused to allow Petitioner's chosen disability liaison, Jo Ann Breitling, to help arrange a time to safely remove such property in April without a court order which caused unreasonable delay making it impossible to now conform to the deadline specified by Respondent LNV aka Daniel Andrew "Andy" Beal.

7. Considering Petitioner's current physical state the May 5, 2016 deadline is unreasonable and will result in further exploitation of Petitioner's disabilities with intent to cause her additional personal injury as well as cause damage and loss to her personal property.

8. Petitioner has suffered extensive injury already and prays for relief as follows.

## PRAYER FOR RELIEF

THEREFORE Petitioner prays this Honorable Court of Appeals orders immediate emergency injunctive relief to prevent Respondent LNV aka Daniel Andrew "Andy" Beal from removing Petitioner's personal property still remaining at 13865 SW Walker Rd., Beaverton Oregon 97005 while this matter is pending before this Honorable Court of Appeals. Further Petitioner prays her Writ of Mandamus will be granted quickly and that possession of her property be returned to her as the weather in Oregon has been in the mid-80s and it's becoming unbearable to sleep in her vehicle.

Respectfully Submitted,

/s/ Denise Subramaniam

## DECLARATION OF SHILOH STANGEL IN SUPPORT OF DENISE SUBRAMANIAM'S NEED FOR ADA DISABILITY ACCOMMODATION

I Shiloh Stangel ("declarant") declare that I'm over the age of eighteen (18) years and have personal knowledge of the facts set forth in this declaration , am not a party to this action, and if called as a witness, could and would testify to the facts set forth herein. I make this declaration under penalty of perjury I make this declaration to support Denise Subramanian and her need for ADA accommodations.

I am Denise's son I have personal knowledge of how my mother's ADHD, multiple chemical sensitivities and fibromyalgia affect her life.

I'm making this declaration to help shed some light on why it's necessary for my mother to have assistance with keeping track of court details, emails, and etcetera. My mother has some medical issues that can at times basically cripple her. She has ADHD which alone can be hard to function in society correctly or normally. Persons that have ADHD that do function well have to operate on a structured schedule. With little or no "defense" when abnormalities are thrown into the day it sometimes can take days, weeks, or even months to get back on task.

I myself have ADHD and am very lucky. I've trained myself to prioritize my tasks and make a list of those priorities that I need to get done. My boss has known me for at least 15 years and understands how ADHD can affect people and accommodates my needs because most people with ADHD are extremely talented and are problem solvers who generally think outside the box. He values what I can do that others can't. People with ADHD often don't do well with the smaller day to day tasks like paper work or replying to emails, because we tend to focus on bigger problems.

My mom also suffers from chemical sensitivity and fibromyalgia which go hand in hand, there is no way a person that doesn't have it or been around it can fathom what it can do to you. When exposed to something the body doesn't like it is hard on you. The best way I can explain it is to have someone beat you with a bat for some time, have a sinus infection, and a migraine all at once. You are unable to focus or move and all you can do is sleep though the worst of it and hope you don't die from the pain.

I've seen my mother get to that point. At my home, which I keep pretty safe for when she comes to visit which itself, can be an ordeal for her because she can't stay at motels when she travels. Before she got her Jeep she used to have to sleep in a small car for the trip. The last time she came she spent over a month just recouping from some exposure. I didn't see her for almost two weeks. All she did was sleep. Even my sister doesn't fully grasp the effect of it.

My mom's chemical sensitivities got bad 10 years ago. I understand her needs because I've started to have some sensitivity myself. I've been a mechanic for years and am exposed to lots of chemicals some that I can't even withstand any more even with a respirator.

She calls me whenever something goes wrong with her Jeep and since she's been made homeless she has to drive a lot more so there have been more problems. Some things she knew needed to be fixed but put off because she didn't have the money. Since she's living in it this repair couldn't be put off longer. As much as I wanted to help her I couldn't. I'm a single dad and my youngest son had seizures recently so I have huge medical bills. Thankfully some friends were able to pay for the repairs with a mechanic I found near her that is honest and reasonable priced.

She called me crying the other day because she forgot she was towing her small utility trailer and backed up into it bending the frame. She's not sure if it's safe to use it now. She's forgotten so many things this past week that she would never do normally because of the stress of getting those storage units emptied by the end of the month. She's worked on it for weeks and they were each still ½ full mostly with heavy things she couldn't handle by herself. The mental fog from so stress and physical activity is the scariest thing for my mom.

My mom told my sister about her bruises and my sister told her to take pictures. Mom texted me photos taken yesterday after she tried to empty the 3 storage units. I have rheumatoid arthritis and know how painful it is. Fibromyalgia makes that pain much worse. Fibromyalgia makes all pain worse. I can only imagine how much pain she is feeling.

I am very angry and upset by what's been done to her. No one should be made to suffer that much. I wish I could do more to help her. I can't help her with court emails and things like that because I have the same problems with ADHD she has. She needs and deserves disability accommodation. I started this awhile back and now I want this to also support my mom's request for more time to get her other belongings still at her house.

I'm sorry I'm not a good writer, that's part of my disabilities but if you (judges) want to talk with me directly you can ask my mom for my phone number. I don't feel comfortable putting it on something that makes it available to the public.

I so declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge and personal experience.

Dated: May 2, 2016

Respectfully Submitted,

Shiloh Stanger

_____
Declarant

# DECLARATION OF DENISE SUBRAMANIAM IN SUPPORT OF HER EMERGENCY MOTION FOR INJUNCTIVE RELIEF

I Denise Subramaniam ("Declarant") declare that I am over the age of eighteen (18) years and have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify to the facts set forth herein. I make this declaration under penalty of perjury. I make this declaration to support the need for immediate emergency injunctive relief to protect my personal property from further loss and damage and to protect my body from further physical abuse and to reduce the extreme pain I am suffering caused by the actions LNV Corporation aka Daniel Andrew "Andy" Beal.

When I told my daughter about how much pain I was in and how bruised I was she told me to take pictures. The photos in Exhibit A attached to my motion for injunctive relief were taken either by me or by friends during the past two weeks. For modesty sake I did not include photos that show bruises on my upper thighs and breasts. I am suffering agonizing pain as a result of this physical abuse.

The past two weeks I've suffered exceptional anxiety and emotional grief so much so that last Thursday April 28, 2016 I broke down and wailed uncontrollably in agony in front of one of the storage units rented by LNV aka Andy Beal. The entire week I was forgetting all kinds of things that scared me half to death which I normally do not forget. Just that morning I had misplaced the lock and key for my storage unit, after finding it I took off to the other units. Then realized I had forgotten the ladder I needed to reach the boxes piled on top at the storage rented by Andy Beal, so I had to go back for that; then after once again leaving and driving several blocks I realized I didn't have my cell phone. I pulled over and searched frantically for it. Fearing I left it on top of my Jeep or something I drove back to my storage unit where I discovered I had taken it inside when I got the ladder and locked it inside. Then when I was leaving again I forgot I was towing the utility trailer and I backed instead of going around the stall of units and my utility trailer got stuck on an incline.

I heard metal on metal crunching and remembered I had the utility trailer behind me and had to pull straight ahead and go around instead of backing up. When I stopped to inspect the damage I saw the frame of the trailer was badly bent. I had no choice but to continue to use it but with each trip the frame became worse. I have forgotten my wallet at a public place something I have not done in nearly thirty years. I have left things on top of my car and driven away. At night I'm so exhausted and in so much pain that I have forgotten to lock my Jeep doors and even left a window wide open without realizing it until the next morning.

Over the course of the past two months I've spent hours each day going through my personal property that Andy Beal caused to be thrown into boxes too large and too heavy for me to manage. I've had to unpack and repack my personal property into smaller boxes that I can manage while attempting to organize my things so I know where things are. There are still many things I have not found including my clothing, many family heirlooms, expensive jewelry, my vintage 1960's Barbie doll collection, most of my valuable antique dolls, my antique china, my silver, many family photos, and many other possessions of value to me.

LNV aka Andy Beal unnecessarily and inhumanely denied me access to my personal property and did not allow me to have a say in what happened to my personal property that he had removed from my home. All decisions about how my personal property was to be packed, moved and stored were made by LNV aka Andy Beal and its agents without regard to my needs or any consideration for the protection of my property. This was unnecessary and has caused me to suffer not just the physical pain reflected in the photos of the damage to my body but to suffer unimaginable emotional anguish and grief.

I housed other people and I allowed others in need to store items in my home. Although LNV aka Andy Beal finally relented and allowed one couple to retrieve their personal property themselves after they threatened to sue; I discovered when going through the boxes some of their items still got mixed in with mine as. Property belonging to other friends and former roommates also got mixed in with my things so I have to go through things carefully. A bunch of junk and things I had set aside to go to Goodwill also got mixed in with things of importance. I supplement my meager SSD income by buying things or getting them for free on Craigslist that I knew I could re-sell at a higher price. I would not have opted to keep and pay to store these things had I been given any opportunity to make these choices. Items like this were located in separate spaces in my home kept

apart from my own things but these items were all mixed up with my own property when packed by Andy Beal's agents.

The boxes packed under direction of LNV aka Andy Beal and his agents were packed haphazardly without regard for protecting my property or the value of my property. As a result much of my property has been damaged. For example when I worked in Los Angeles in 2009 I purchased a queen size organic natural latex mattress which cost $2,500 in those days. This mattress was required to help with my back pain and the overall body pain from my fibromyalgia. Because organic latex is naturally chemical free, dust and mite free it was also meant to help with my allergies to dust and my acute hypersensitive to chemicals; which it did. The life expectancy of such a mattress when cared for properly is 25 years. Proper care requires that the mattress be kept FLAT and clean. My mattress was folded in half and manhandled. No attempt was made to protect my mattress in transport. No cover was placed on this very expensive mattress and as a result it is now covered with soot and dirt and God knows what else from the storage units. It's completely ruined.

It was raining the day LNV aka Andy Beal and his agents removed my personal property from my home and they took no care to protect it from water damage. As a result many items when unpacked were found to be covered in mold. One such item was a framed photograph of my sister and her husband; another was a framed piece of vintage art.

LNV aka Andy Beal and his agents threw items into boxes in such a way that it appears they may have intended to cause me as much hardship as possible in locating and reorganizing my property; and to cause me as much emotional anguish as possible when I finally unpacked the items and found them destroyed. For example one drinking glass and one dessert plate belonging to a set of antique ruby glass china were tossed loose among other items in one box without any protective wrapping. It's a miracle they were not broken; however I still haven't found the rest of the set. Dirty dishes were found scattered one or two within several boxes. This took effort to do because I washed my dishes daily and no more than one meal's worth of dirty dishes would have been in the house when I was locked out and not permitted to re-enter even to get items I would immediately need like my mediations.

I have a lifetime collection of antique dolls and vintage as well as collector Barbie dolls in their pristine original packaging. The collection was worth at least $45,000. The value of collector Barbie dolls depends on the condition of the original packaging. "Never played with" condition is the most valuable and all of my collection Barbie's were in this condition before Andy Beal's agents mishandled them. They were thrown into huge boxes containing a mismatch of things without wrapping causing damage to their original packaging and therefore reducing the value of the dolls to other collectors and doll dealers. I have not located my most valuable vintage Barbie's from the early 1960s. Each doll has a current market value of from at least $3,000 to $7,000. I invested in them years ago to help fund my retirement. I had arranged for a buyer before I was thrown out of my home. Now I can't even find the dolls when I've been thrust into financial ruin by the actions of Andy Beal and more than ever need to recoup my investment.

Several pieces of my own art work was damaged and a painting of my mother's who died in 1993 was thrown unwrapped and unprotected into a box with wood pieces that had jagged edges which cut through the canvas. What I've described here is only a small amount of the damage I have discovered so far. I did my best to hold back my tears and keep working so I could get everything transferred to my own storage units by April 30th so I wouldn't have to continue to pay the high storage fees for the three (3) 10' x 20' units located at the Public Storage facility at 6500 SW 110th Ct, Beaverton, OR 97008 where LNV aka Andy Beal removed my personal property. Because I didn't have money to hire movers I attempted to do this myself – hence the bruises in various stages of healing that cover my entire body.

On Friday the U-Haul trailer I thought I'd reserved wasn't and the last one was rented to someone else just seconds before the data was entered for my pickup. They had nothing else I asked if any other U-Haul locations had anything and was told no but a friends located a small U-Haul truck at another location. We would need to make one trip that evening and get everything else on Saturday. The reservation was from 3 PM Friday to 3 PM Saturday but when we went to get it they said we had to bring it back by 9 AM Saturday instead. We had a reservation for two movers without a truck to come at 9 AM and had to cancel that. A friend got movers with a truck that did their move months earlier. They were supposed to come at 3 PM on

Saturday but arrived at 6:30 PM instead and we had to get everything moved and into my storage before the gate closed at 10 PM. We and the movers could only get two units emptied and into my unit by that deadline. My body is beat and because of the rush the things the movers put into my unit have to be reorganized and re-packed to optimize space so I can get the remaining things left in the one unit at LNV's location into it. A friend paid for a month's rent there because I didn't have the money.

I spent hours every day making multiple trips back and forth with my small 4' by 8' Harbor Freight utility trailer designed to carry loads of 1200 lbs or less between LNV's storage units and my larger (and chemically safe) Extra Space Storage unit that I had rented 10 miles away. Had Andy Beal allowed me have a say in how my personal property would be packed and stored my personal property would not have suffered so much damage and I would have been able to find things I value and need.

Before Andy Beal had me kicked out of my home I seldom drove except to get groceries a couple times a weeks at stores located less than a mile from my home; made trips to see my daughter and twin granddaughters; and a couple times a month I drove to a county place to get fresh air and commune in nature. I averaged 18 to 19 miles/gallon an seldom had to fill up more than once a month. Towing and all the stop and go trips back and forth between the storage units, then back and forth between different friends' homes to eat, shower, wash my few clothes or work on my computer, then park for the night to sleep at different locations increased my gasoline consumption to nearly triple my normal usage and I have been getting only 13.5 miles/gallon. Another reason I didn't drive often is because on a limited SSD disability income I couldn't afford to make repairs and have to stage them as I saved money. After my Jeep became my home I had to get these repairs done immediately. You can't live in a disabled vehicle.

The first several weeks after I was thrown out of my home by Andy Beal I was in such a state of shock I couldn't function. I tried going to campgrounds but they were too expensive so I ended up parking in hotel/motel parking lots or in parking lots for hospital emergency rooms where I felt I could at least get help if I had a heart attack. Even after going to my friends I cannot sleep in anyone else's home due to my MCS and in most of my friend's home I have to wear my mask when inside. At least I know I'm in the driveway of someone who cares about me and in a good neighborhood.

The trauma of such a major disruption to my normal routine and to my life has been devastating to me especially because of my disabilities. It will likely be years before I can get my life back on track. A few days ago I awoke with the thought that I needed to calculate just how many homes like mine Andy Beal has to steal and how many lives like mine he has to destroy so he can lose $50,000,000 ($50 Million Dollars) in a single high stakes poker game. Assuming an average property value of $230,000 then Andy Bea has to foreclose on 217.3 homes with forged documents and destroy at least double as many lives because many of those displaced by Andy Beal fraud scheme are families with young children.

I so declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge and personal experience.


Dated: May 2, 2016


Respectfully submitted,

Denise Subramaniam

_____

Declarant

CERTIFICATE OF SERVICE

Petitioner hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record, pro-se parties via the Court's CM/ECF system, email, and/or regular mail, and/or certified mail with return receipt requested.

Respectfully Submitted,

/s/ Denise Subramaniam