# Petitioner's <u>Exhibit A</u> Photos of Her Bruised Body






**Exhibit A**

**Page 1 of 2**






**Exhibit A**

**Page 2 of 2**