UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LNV CORPORATION, a Nevada corporation,<br><br>       Plaintiff-Appellee,<br><br>  v.<br><br>DENISE SUBRAMANIAM,<br><br>       Defendant-Appellant. | C.A. Case No. 15-35963<br><br>DECLARATION OF GABRIELLE D. RICHARDS IN SUPPORT OF LNV CORPORATION'S RESPONSE IN OPPOSITION TO APPELLANT'S EMERGENCY MOTION FOR INJUNCTIVE RELIEF |

  I, Gabrielle D. Richards, declare as follows:

  1.  I am an attorney with Martin & Richards, LLP, counsel for plaintiff-appellee LNV Corporation ("LNV") in the above-captioned matter.

  2.  I am over the age of 18 and have personal knowledge of the facts contained in this declaration and am competent to testify thereto.

  3.  Attached hereto as Exhibit A is a true and correct copy of email correspondence with JoAnn Breitling, who Defendant-Appellant Denise Subramaniam (the "Petitioner") designated to coordinate the removal of personal property from the foreclosed home. This correspondence makes clear that

1- DECLARATION OF GABRIELLE D. RICHARDS

**Martin & Richards, LLP**
111 SW Fifth Avenue, Suite 3150
Portland, Oregon 97204
Phone: 503.444.3449
Fax: 503.296.5834

although I declined to discuss aspects of Petitioner's case with Ms. Breitling absent a court order, I agreed to work with Ms. Breitling to coordinate the removal of the personal property and provided three dates in April – all of which were in the range requested by Petitioner. None of these dates was suitable to Petitioner. Although Ms. Breitling said she would get back to me with other dates, I received no further communications from Ms. Breitling or Petitioner.

4. Attached hereto as Exhibit B is a true and correct copy of the Notice of personal property removal personally delivered to Petitioner by a Washington County deputy sheriff on February 9, 2016, requiring removal of all remaining personal property on or before March 15, 2016.

5. Attached hereto as Exhibit C is a true and correct copy of the the Notice of personal property removal delivered to Petitioner by her pro bono counsel on February 15, 2016 requiring removal of the travel trailer on or before May 2, 2016. Attached hereto as Exhibit D is a true and correct copy of email correspondence with pro bono counsel attaching the Notice, explaining the deadlines and confirming that counsel would provide the Notice to Petitioner.

6. Petitioner did not contact me or my client's real estate agent by the deadlines specified in the notices, nor has she removed the remaining personal property from the foreclosed home.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: May 4, 2016

/s/ Gabrielle D. Richards_____
Gabrielle D. Richards

2- DECLARATION OF GABRIELLE D. RICHARDS

**Martin & Richards,** LLP
111 SW Fifth Avenue, Suite 3150
Portland, Oregon 97204
Phone: 503.444.3449
Fax: 503.296.5834

Tuesday, May 3, 2016 at 9:47:35 PM Pacific Daylight Time

**Subject:** Re: My authorization for you to be my disability Liaison
**Date:** Monday, April 18, 2016 at 3:28:59 PM Pacific Daylight Time
**From:** Gabrielle Richards
**To:** Joann Breitling

Ms. Breitling,

Ms. Subramaniam needs to contact me directly to discuss issues involving her case. It is not appropriate for a non-lawyer to represent Ms. Subramaniam's interests and your role as a "communications liaison" may very well constitute the unauthorized practice of law. Additionally, the ADA provides no legal basis for a self-represented litigant to appoint someone to communicate with opposing counsel and the court. To the contrary, I am obligated to confer directly with Ms. Subramaniam on certain issues unless or until the court directs me to do otherwise.

As a courtesy, I will coordinate with the realtor to accommodate Ms. Subramaniam's removal of the remaining personal property. The realtor has the following dates and times available:

Thursday, April 21: 10 a.m. to 5 p.m.
Friday, April 22: 10 a.m. to 5 p.m.
Saturday, April 23: 9:30 a.m. to 3 p.m.

Please let me know as soon as possible which day(s) Ms. Subramaniam is available, and I will communicate that information to the realtor.

Sincerely,

Gabrielle D. Richards

_____

Gabrielle D. Richards | Martin & Richards, LLP
Attorney at Law


B: 503-444-3449
C: 503-866-1855
F: 503-296-5834




On 4/18/16, 12:41 PM, "Joann Breitling" <joannbreitling@yahoo.com> wrote:

> Denise Subramaniam is filing the above document into the court record so that I can be a go-between to coordinate dates since she is
> homeless and does not have stable communication ability. She would like to arrange a date with the realtor to obtain her travel trailer and
> other items left at the property between Thursday and next Monday, the 24th. If you could arrange for the realtor to give her perhaps
> three options that will work for the realtor (who has not returned any calls to Ms. Subramaniam), she must then coordinate with a group

EXHIBIT A          Page 1 of 2

> of people who are going to assist her.
>
> Thank you for working with me and if you will contact the realtor and ask her to call Ms. Subramaniam with three times in mind so that
> this can be scheduled.
>
> Sincerely,
>
> JoAnn Breitling
> 214-674-6572

EXHIBIT A

**Page 2 of 2**

**Tuesday, May 3, 2016 at 9:45:41 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | suggested dates |
| **Date:** | Thursday, April 21, 2016 at 7:11:55 AM Pacific Daylight Time |
| **From:** | Joann Breitling |
| **To:** | Gabrielle Richards |

Ms. Subramaniam is working on obtaining help to remove her personal property from the home and the dates suggested by the realtor did not work for any of the people whom
Ms. Subramaniam must depend on  and she is not physically able to remove the items on her own.  I will get back with you when she has a commitment of someone who can help her.

Sincerely

JoAnn Breitling
[Sent from Yahoo Mail on Android](#)

EXHIBIT A

Page 1 of 1

# NOTICE

**TO:** **DENISE SUBRAMANIAM**
**ALL OTHER OCCUPANTS**

LNV Corporation was the purchaser of the real property located at 13865 SW Walker Road, Beaverton, Oregon (the "Premises") at a Sheriff's sale held on January 29, 2016. Pursuant to ORS 18.946, LNV Corporation is entitled to immediate possession of the Premises. The Sheriff, acting pursuant to a Writ of Assistance, returned possession of the Premises to LNV Corporation on February 9, 2016.

**PURSUANT TO ORS 90.425, NOTICE IS HEREBY GIVEN THAT ANY PERSONAL PROPERTY LEFT UPON THE PREMISES IS CONSIDERED ABANDONED. LNV CORPORATION INFORMS YOU OF THE FOLLOWING:**

1. Personal property will be stored at a place of safekeeping.

2. You, any lienholder or other owner must contact LNV Corporation, by and through its attorney, on or before **February 23, 2016** to arrange for the removal of the personal property. The contact information of that person is as follows:

    > Gabrielle D. Richards
    > Martin & Richards, LLP
    > 111 SW Fifth Avenue, Suite 3150
    > Portland, OR 97204
    > 503-444-3449

3. LNV Corporation, by and through its attorney, will make the personal property available for removal by appointment at reasonable times.

4. LNV Corporation will not require payment of removal and storage charges prior to releasing the personal property.

5. If you, any lienholder or other owner fails to contact LNV Corporation on or before the date above, or after that contact, fails to remove the personal property on or before **March 15, 2016**, LNV Corporation may sell or dispose of the personal property. If LNV Corporation reasonably believes that the personal property will be eligible for disposal pursuant to ORS 90.425(10)(b), LNV Corporation will dispose of such property.

EXHIBIT B

# NOTICE

**TO:** DENISE SUBRAMANIAM
      ALL OTHER OCCUPANTS

LNV Corporation was the purchaser of the real property located at 13865 SW Walker Road, Beaverton, Oregon (the "Premises") at a Sheriff's sale held on January 29, 2016. Pursuant to ORS 18.946, LNV Corporation is entitled to immediate possession of the Premises. The Sheriff, acting pursuant to a Writ of Assistance, returned possession of the Premises to LNV Corporation on February 9, 2016.

**PURSUANT TO ORS 90.425, NOTICE IS HEREBY GIVEN THAT ANY PERSONAL PROPERTY LEFT UPON THE PREMISES IS CONSIDERED ABANDONED. LNV CORPORATION INFORMS YOU OF THE FOLLOWING:**

1. This Notice pertains only to the travel trailer. The Notice hand-delivered to you on February 9, 2016 pertains to all other personal property.

2. The travel trailer will be stored at the Premises, which is a place of safekeeping.

3. You, any lienholder or other owner of the travel trailer must contact the person below on or before **April 1, 2016** to arrange for the removal of the travel trailer. The contact information of that person is as follows:

   > Brenda Hereth
   > Coldwell Banker Seal
   > 12985 NW Cornell Road, Suite 200
   > Portland, OR 97229
   > 503-471-3542 (office)
   > 503-936-5752 (cell)

4. The person identified above will make the travel trailer available for removal by appointment at reasonable times.

5. LNV Corporation will not require payment of removal and storage charges prior to releasing the travel trailer.

6. If you, any lienholder or other owner fails to contact the person identified above on or before the referenced date, or after that contact, fails to remove the travel trailer on or before **May 2, 2016**, LNV Corporation may sell or dispose of the travel trailer.

EXHIBIT C

**Subject:** RE: Subramaniam update - personal property and travel trailer
**Date:** Monday, February 15, 2016 at 11:34:22 AM Pacific Standard Time
**From:** Donna Smith
**To:** Gabrielle Richards
**CC:** Nina Hamman

Gabby: Thank you for your patience with Ms. Subramaniam in dealing with and removing her personal property. I know she can be persistent and not always easy to accommodate. Your efforts are very much appreciated.

We will deliver the attached notice to our client. I will also sent her information from the below email re the process for retrieving any additional items.

Again, thank you.


Donna J. Smith
Attorney
Todd Trierweiler & Associates

---

**From:** Gabrielle Richards [mailto:gabby@cascadialawyers.com]
**Sent:** Monday, February 15, 2016 10:41 AM
**To:** Donna Smith
**Subject:** Subramaniam update - personal property and travel trailer

Hi Donna. I wanted to bring you up to speed regarding the events of this past weekend.

The handgun was removed by the sheriff on Friday and returned to Ms. Subramaniam shortly thereafter.

Ms. Subramaniam appeared at the house on Saturday, and it became clear to us that attempting to completely exclude her from the process would be futile. Although we did not let her inside the house, the movers brought things outside for her to haul away on her own (plants, food, a few other items). My client's representative at the house also took Ms. Subramaniam to the storage facility and put all pre-paid storage units into her name, allowing her unfettered access. Everything from the inside of the house (except for the garage) has been removed. My client no longer has any control over the storage units. Ms. Subramaniam arranged for the removal of the silver car, so it also has been removed.

Ms. Subramaniam returned to the property on Sunday and was allowed to remove items from the house (which were carried outside for her) and from the garage (which she was allowed into). She hauled away a considerable amount of stuff and also designated items to be given away and to be recycled. We also allowed two of Ms. Subramaniam's friends (the Nichols) to remove personal property they had stored inside the house, in the shed and in the yard. This was done with Ms. Subramaniam's permission.

EXHIBIT D

Page 1 of 2

There is a considerable amount of stuff left in the garage and in the yard. My client will <u>not</u> be removing these items. Ms. Subramaniam may remove these items at her convenience by contacting the real estate agent, who will meet Ms. Subrammaniam at the property. The notice personally delivered to Ms. Subramaniam on February 9 applies to these remaining items of personal property. All such personal property (except for the trailer) must be removed on or before **March 15, 2016** or it will be discarded.

Ms. Subramaniam's friend (Dave) was unable to remove the travel trailer from the backyard. It is my understanding that Ms. Subramaniam still wishes to retrieve it. As with the other remaining items, Ms. Subramaniam must contact the real estate agent to schedule a time to remove the trailer (the gate it must be hauled through is locked). Because the trailer may be considered to be an RV, I am attaching a second notice that gives Ms. Subramaniam a different timetable for removal. Per the attached notice, Ms. Subramaniam must contact the real estate agent on or before **April 1, 2016** to arrange for the removal of the trailer.  If Ms. Subramaniam fails to contact the real estate agent on or before the referenced date, or after that contact, fails to remove the travel trailer on or before **May 2, 2016**, my client may sell or dispose of the travel trailer.

Please confirm that your receipt of the notice is in lieu of personal delivery to Ms. Subramaniam.

Best regards,
Gabby

_____

**Gabrielle D. Richards | Martin & Richards, LLP**
**Attorney at Law**

111 SW Fifth Avenue, Suite 3150
Portland, OR 97204
B: 503-444-3449
C: 503-866-1855
F: 503-296-5834
E: gabby@cascadialawyers.com

**www.cascadialawyers.com**

___

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT D

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **DECLARATION OF GABRIELLE D. RICHARDS IN SUPPORT OF LNV CORPORATION'S RESPONSE IN OPPOSITION TO APPELLANT'S EMERGENCY MOTION FOR INJUNCTIVE RELIEF** on Defendant-Appellant Denise Subramaniam electronically through the ECF system on the date set forth below.

DATED:  May 4, 2016

/s/ Gabrielle D. Richards
**Gabrielle D. Richards**
gabby@cascadialawyers.com