Case No. 15-35963

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

IN RE: DENISE SUBRAMANIAM

DENISE SUBRAMANIAM
Defendant – Petitioner
v.
LNV CORPORATION
Plaintiff – Respondent

Gabrielle D. Richards
Respondent

UNITED STATES DISTRICT COURT for the
District of Oregon Portland Division
Respondent

Judge Michael W. Mosman
Respondent

From the United States District Court
District of Oregon Portland Division
Judge Michael W. Mosman Presiding
Case No. 3:14-cv-01836

PETITIONER'S REPLY TO LNV'S OBJECTION TO HER EMERGENCY MOTION TO
FOR INJUNCTIVE RELIEF WITH DECLARATION OF DENISE SUBRAMANIAM IN
SUPPORT

Denise Subramaniam
c/o 1905 SE 24th Ave
Portland OR 97214
503-764-5300

Pro se Petitioner

Gabrielle D. Richards
Martin & Richards, LLP
111 SW Fifth Ave, Suite 3150
Portland, OR 97204
503-444-3449
Fax: 503-296-5834
Email: gabby@cascadialawyers.com
ATTORNEY TO BE NOTICED

Counsel for LNV Corporation

Erick J. Haynie
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
503-727-2017
Fax: 503-727-2222
Email: ehaynie@perkinscoie.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Counsel for LNV Corporation

Jeffrey M. Peterson
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
503-727-2075
Email: jeffreypeterson@perkinscoie.com
ATTORNEY TO BE NOTICED

Counsel for LNV Corporation

---

**<u>PETITIONER'S REPLY TO LNV'S RESPONSE IN OPPOSITION TO HER
EMERGENCY MOTION TO FOR INJUNCTIVE RELIEF</u>**

Comes now Petitioner and replies to <u>LNV Corporation's Response in Opposition to Appellant's
Motion for Injunctive Relief</u>; and states as follows:

1. Petitioner incorporates herein all her pleadings so far pled before this Honorable U.S.
   Court of Appeals, her pleadings in the Respondent U.S. District Court for the following
   three (3) cases:

   a. **Case: 3:14-cv-01836-MO** <u>*LNV Corporation v. Subramaniam*</u> from which the
      present case originates where Respondent Judge Michael W. Mosman against the
      preponderance of evidence, contrary to law and contrary to the explicit language

and spirit of the United States Constitution granted a summary judgment order favoring LNV Corporation ("LNV") that has directly resulted in Petitioner's current inhumane circumstances.

b. **Case: 3:12-cv-01681-MO** _Subramaniam v. Beal et al_ directly related to the aforementioned case that was unconstitutionally reassigned to Respondent Judge Michael W. Mosman and summarily dismissed; and

c. **Case: 3:15-cv-02002-MO** _Subramaniam v. Beal et al_ unconstitutionally reassigned to Respondent Judge Michael W. Mosman and summarily dismissed.

## DANIEL ANDREW BEAL IS FULLY AND PERSONALLY RESPONSIBLE FOR PETITIONER'S BATTERED BODY AND HER CURRENT INHUMANE CIRCUMSTANCES

2. Respondent LNV aka Daniel Andrew "Andy" Beal states in his objection "Petitioner's personal circumstances are unsettling and unfortunate – but they were not caused by LNV, its executives, employees, agents or attorneys." However Petitioner's circumstances are not merely "unsettling and unfortunate" they are inhumane AND they are the direct result of LNV, its executives, employees, agents and attorneys; and most importantly they are directly caused by the criminal actions of Daniel Andrew "Andy" Beal who solely owns and controls Respondent LNV and numerous other sham corporate fictions that comprise his corrupt business enterprise. Andy Beal is fully responsible for Petitioner's bruised and battered body just as if he personally beat her.

There is no public interest in allowing Andy Beal to distance himself from the very real pain and suffering his unnatural excessive greed causes others to suffer. He is a bully and unless and until he is personally held accountable for his actions he will continue to harm the most vulnerable members of our society in the same way he has harmed Petitioner.

3. Respondent LNV was never lawfully entitled to foreclose on Petitioner's property; and whether Respondent Judge Michael W. Mosman overlooked the obvious evidence of forgery and fraud due to personal bias against Petitioner or due to improper influence the mere appearance of impartiality is enough for this Honorable Court of Appeals to reverse his order of summary judgment favoring Respondent LNV. Every judge in the United States including Respondent Judge Michael W. Mosman took a constitutionally mandated oath of office to uphold the United States Constitution. Article III, Sections 1 and 2 state:

> *The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behavior... The judicial power shall extend to all cases, in law and equity, arising under this Constitution...*

Article VI of the United States Constitution states:

> *...This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution...*

4. The Constitution states only one command twice. The Fifth Amendment says to the federal government that no one shall be "deprived of life, liberty or property without due

process of law." The Fourteenth Amendment, ratified in 1868, uses the same eleven words, called the "Due Process Clause", to describe a legal obligation of all states. These words have as their central promise an assurance that all levels of American government must operate within the law ("legality") and provide fair procedures. A Bill of Rights guarantee is "incorporated" in the "due process" requirement of the Fourteenth Amendment, so state and federal obligations are exactly the same. The right to a jury trial is just one example of such a right.

5. Article VII of the United States Constitution states:

> *In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved...*

In 1792 Thomas Jefferson said:

> *"I consider trial by jury the greatest anchor ever yet devised by humankind for holding a government to the principles of its constitution."*

The jury trial is vital to America's system of checks and balances. Appointed judges might be beholden to politics and the people who appointed them. Elected judges could be swayed by public opinion in a given case. Jurors, on the other hand, are not appointed and instead serve on a jury as part of their civic duties. A jury trial, guaranteed by the United States Constitution, is the first major check on the discretion of judges. A judge, holding office over the course of multiple cases, and selected by appointment or election, is susceptible to undue influence. A jury, chosen by sortition, or lot, for a single case, just before the case, is less likely to be corrupted, and having multiple jurors render verdicts collectively provides a check by each on the others. What they might lack in knowledge

of the law is offset by their connection to the non-legal environment in which most people subject to the law must operate.

6. Petitioner filed a Notice of Constitutional Questions as did several other victims of Andy Beal's fraudulent mortgage servicing and debt collection scheme that includes self-serving defaults that are self-manufactured by misappropriation of consumer mortgage payments, forgery and falsification of mortgage notes, allonges to mortgage notes, assignments of mortgages/deeds of trust and other mortgage related document with intent to foreclose on the real property of his victims [Doc # 123] [Doc # 69] [Doc # 69-1] [Doc # 69-2] to challenge the constitutionality of summary judgments because they deprive them of a jury trial on the merits of their cases and have resulted in a discriminatory disparate impact against them and others similarly situated; yet Respondent District Court presided by Respondent Judge Michael W. Mosman, Judge Thomas A. Varlan and Judge Jane Boyle all ignored these notices and failed to follow 28 U.S.C. § 2403 and Federal Rule 5.1(b) which states:

> *Certification by the Court. The court must, under 28 U.S.C. §2403, certify to the appropriate attorney general that a statute has been questioned.*

Petitioner and the other Beal/LNN victims have seen no evidence that the district courts certified their constitutional challenge to the United States Attorney General, or the attorney general of the various states where these victims live as mandated by Rule 5.1(b). Their challenge is based on the fact that a disproportionate number of negative summary judgments orders are issued every year against pro se litigants and results in a discriminatory disparate impact specifically against pro se homeowner litigants at risk of losing their life, liberty and property without due process.

These summary judgments most often result in deprivation of life, liberty and/or property without due process and without a jury trial; in violation of the United States Constitution as it has in Petitioner's case.

Petitioner's property, her life quality and her liberty to even do the most basic of necessities in life such as her ability to go to the bathroom whenever she needs to have been taken from her without due process, without equal protection of law and without a jury trial by means of a summary judgment that she challenges as being unconstitutional; and executed through a state court action and Sheriff's sale and evicting Petitioner from her property through Andy Beal's intentional exploitation of her known disabilities so that she never received service of summons to the state court eviction action in violation of her civil rights under the Americans With Disabilities Act of 1990, Pub. L. No. 101-336, 104 Stat. 328 (1990) and S. 3406 (110th): ADA Amendments Act of 2008.

An unconstitutional summary judgment order is void; and must be vacated. This Honorable Court of Appeals has the publically significant and onerous task of addressing the question of the constitutionality of the summary judgment order granted to Respondent LNV by Respondent Judge Michael W. Mosman.

Public interest rests on Petitioner's side of this argument. Public interest is not served by allowing judges who preside in inferior courts to continue to erode Article VII of the United States Constitution, the Bill of Rights and the Fourteenth Amendment to the United States Constitution with arbitrary and unconstitutional summary decisions.

7.  A forged Deed of Trust does not convey a legal right to foreclose and sell property.  The purported accurate copy of Petitioner's genuine original Deed of Trust submitted in color to Respondent District Court by Respondent LNV and Respondent Gabriel Richards as [Doc 1-2] and [Doc 5-2] shows on its face that it is a forgery.  Excerpts from Exhibit F attached to Petitioner's Writ of Mandamus [DktEntry 7-11] highlighting the altered components to show it is a forgery are below:



Petitioner did not, nor would any reasonable person, switch back and forth between a black and a blue ink pen when she initiated and signed the genuine original Deed of Trust.

This instrument is in fact a forgery digitally manufactured by Andy Beal, his executives, employees, agents and his attorneys with intent to deceive and to cause harm to Petitioner by depriving her of her property for the personal financial gain of Andy Beal, his executives, employees, agents and his attorneys.

Forgery is a crime in every state. In Oregon forgery of a Deed or Assignment is a Class C felony, <u>ORS § 165.013</u>.

Authenticity of such documents is essential for any sense of justice to prevail. The law has not kept up with today's electronic and digital technology.

8.  A forged Mortgage Note also does not convey debt to the holder and manufacturer of the forged instrument.  The purported genuine copy of what Respondent LNV and Respondent Gabriel Richards claimed to be Petitioner's genuine original Mortgage Note [Doc # 1-1] and [Doc # 5-1] was submitted to Respondent District Court in black and white. However Petitioner viewed this purported "original" note and photographed it. Her photographs show it too is a forgery.  Excerpts from Exhibit G to Petitioner's Writ of Mandamus [DktEntry 7-12] show digital alteration of a black and white copy with intent to :



**This high resolution close-up photograph of Denise Subramaniam's initials on Page 3 of LNV's purported "original" note shows evidence of digital alteration with a graphic software application like Adobe PhotoShop©**

**At this close-up high resolution you can clearly see the black outline surrounding the blue color on the purported "original" Subramaniam initials.**

**The black outline around the letters is evidence of digital altering of a black and white photocopy by filling the inside of the lines that make up the signature with a blue color then printing the color enhanced digital alteration (forgery) with a color printer.  This almost iridescent shade of blue is not commonly found in pen ink.**

The excerpt above is just one of many suspicious characteristics found on what Respondent LNV aka Andy Beal and Respondent Gabriel Richards claim is Petitioner's

"original" mortgage note. What is worse is that the same suspicious characteristics that indicate digital alteration or forgery is evident in what Andy Beal submitted as "original" and "genuine" mortgage notes to other courts.

9. Adjudicative fact in *Beal Bank, SSB v. Sarich, No. 05-2-11440-1SEA (King County Super. Ct. Sept. 8, 2006)* [Doc # 59] shows that Andy Beal and his corporate fictions have a propensity to forge mortgage notes: Excerpt below:

Case 3:14-cv-01836-MO    Document 95    Filed 09/08/15    Page 11 of 40

## STATEMENT OF THE CASE

### The Parties

Plaintiff/Appellant, Beal Bank, SSB ("Beal"), is a privately-owned "wholesale bank" with assets in excess of $2.1 billion.[1] Beal, which is headquartered in Texas, buys and sells pools of loans and debt securities. Beal openly promotes itself as an

Defendants/Respondents Steve and Kay Sarich are Seattle residents. They have been married for nearly 60 years. Steve is 85 years old. Kay is 81.[4]

Steve and Kay grew up in the Seattle/Tacoma area.

---

[1] Information regarding Beal is taken from its website: www.bealbank.com.
[2] *Id.*
[3] The second page of the Term Note, dated September 24, 2002, attached as Exhibit 2 to Beal Bank's Complaint for Judicial Foreclosure of Deeds of Trust, appears to be signed by Kay Sarich. CP 20. However, a copy of the actual September 24, 2002 Term Note obtained from the original lender (U.S. Bank) shows that Kay Sarich did not sign the note. CP 105. *Beal Bank subsequently admitted switching the signature pages. See* Letter from Nancy L. Isserlis to Katriana Samiljan and Spencer Hall, dated June 28, 2006. CP 238-39.
[4] Declaration of Kay Sarich dated June 26, 2006 ("Sarich Declaration"), ¶¶2 and 5. CP 90-91.

3

10. In addition to adjudicative fact in _Beal Bank, SSB v. Sarich_ adjudicative fact in two other Beal cases: _Southgate Master Fund, LLC v. US, 659 F. 3d 466 - Court of Appeals, 5th Circuit 2011_ and _Bemont Investments, L.L.C. v. United States, 679 F.3d 339 (5th Cir. 2012)_ show that Andy Beal has a propensity to create sham corporate entities and to in the words of the justices of the Fifth U.S. Circuit Court of Appeals:

> _"In summary, the Court concludes that the proposed tender offer in this case was just a smokescreen for tax avoidance... The Court finds that the swap transaction was substantially similar to those transactions noted in Notice 2000-44. The notice also covers those transactions lacking in any real economic substance. Here, the tax losses claimed do not correspond to any actual economic losses; nor do they constitute the type of "bona fide" losses that are allowable deductions under the IRS Code and regulations; and, in any event, they are not actual and real."_

Adjudicative fact in _Southgate_ and _Bemont_ also establish the fact that D. Andrew Beal "is the founder and sole owner of the Beal Financial Corporation and its subsidiary, Beal Bank", and that Petitioner's and the other Beal victim's assertions that Respondent LNV and MGC Mortgage Inc. ("MGC") are merely "sham" alter egos created by D. Andrew "Andy" Beal in the same manner as those identified as "shams" by the federal Appellate Justices. These cases establish that Beal has a documented history of creating shell sham corporations to give the appearance that they are something that they are not; and that he uses "smokescreens" to deceive.

11. Respondent LNV's <u>CORPORATE DISCLOSURE STATEMENT</u> states:

> _"Plaintiff-Appellee LNV Corporation ("LNV") is a Nevada corporation and a wholly owned subsidiary of Beal Bank USA, a Nevada thrift. Beal Bank USA is wholly owned by Beal Financial Corporation, a Texas corporation. Beal Bank USA and Beal Financial Corporation are not publicly traded corporations."_

12. **_NRS 78.747(1)_** provides an exception for individual liability of a stockholder, director or officer of a corporation when he acts as the alter ego of the corporation. **_NRS 78.747(2)_** states:

> *"A stockholder, director or officer acts as the alter ego of a corporation if:*
>> *(a)  The corporation is influenced and governed by the stockholder, director or officer;*
>>
>> *(b)  There is such unity of interest and ownership that the corporation and the stockholder, director or officer are inseparable from each other; and*
>>
>> *(c)  Adherence to the corporate fiction of a separate entity would sanction fraud or promote a manifest injustice."*

**_NRS 78.747(3)_** states:

> *"The question of whether a stockholder, director or officer acts as the alter ego of a corporation must be determined by the court as a matter of law."*

13. D. Andrew "Andy" Beal is the founder and sole owner of the Beal Financial Corporation. Beal Bank USA is solely owned and controlled by D. Andrew "Andy" Beal. (See Petitioner's **Exhibit A** attached hereto that includes the Nevada Secretary of State web site screen prints of these entities and several others also solely owned and controlled by D. Andrew Beal.)

THEREFORE Daniel Andrew "Andy" Beal has incorporated "LNV Corporation" and "Beal Bank U.S.A. merely as alter egos for himself for purposes of deception and fraud. (Altering and forging mortgage instruments is fraud.)  No consumer has ever received communication from LNV prior to a foreclosure action.  D. Andrew "Andy" Beal has also incorporated MGC Mortgage Inc. a Texas corporation as an alter ego for himself to give the appearance that he uses a separate mortgage servicer to service the mortgages he "acquires" when the real purpose of MGC was to put consumers into default, as

evidenced by the numerous letters to then Texas Attorney General Greg Abbott in 2009 and 2010. Andy Beal never intended to service mortgages; he is a master of illusion; a con artist.

## ANDY BEAL IS PERSONALLY RESPONSIBLE FOR PETITIONER'S BATTERED BODY AND FOR HER CURRENT STATE OF HOMELESSNESS

**Andy Beal is personally responsible for Petitioner's battered body and for her current state of homelessness**; and he now wants to deprive her of her travel trailer and the building materials still on her property at 13865 SW Walker Rd., Beaverton Oregon 97005 so she will be unable to build herself a more comfortable temporary home.

Contrary to LNV's aka Andy Beal's claims it is Petitioner who called the Realtor Brenda Hereth numerous times to arrange to pick up her personal property but who did not return Petitioner's calls. The travel trailer cannot be removed by Petitioner without the Realtor or another Beal agent because LNV put a lock on the only gate wide enough to tow the travel trailer through and Petitioner does not have the key. The lumber and other building materials are locked inside the garage; and again Petitioner cannot access them without an LNV agent being present. The past two weeks have been nearly impossible to arrange anything since Petitioner's friends have been helping her with the herculean feat of emptying the storage units that LNV threw Petitioner's personal property into and transporting these items to her own storage unit.

As for the May 5th date that Petitioner must remove her remaining property from her home, someone from Petitioner's former attorney's office gave her a communication with

the final deadline of May 5, 2016 on it. That paper is buried somewhere in those storage units or otherwise lost due to the utter chaos she has had to endure the past many weeks.

Petitioner does not deserve to suffer more loss, hardship, pain and suffering at the hands of LNV aka Andy Beal. Is there a law that states attorneys must be totally lacking in compassion or any sense of humanitarian justice?

Beal victims already know Andy Beal has no heart; no compassion and no soul. He appears to plan his attacks on his victims to cause them the most harm and emotional distress as possible. **Andy Beal appears to enjoy causing other people pain,**

14. The Golden Rule of reciprocity is a moral maxim or principle of altruism found in many human cultures and religions, suggesting it may be related to a fundamental human nature. The Christian "Golden Rule" attributed to Jesus of Nazareth: "Do to others what you want them to do to you. This is the meaning of the law of Moses and the teaching of the prophets" (*Matthew 7:12 NCV, see also Luke 6:31*).

Petitioner asks all who read this pleading if they would want what has been done to her to be done to them. Look at the photos of her bruised and battered body. Think about how you would feel if you had nowhere to sleep but in your vehicle. Think about how you might fare when the temperature reaches 90 degrees or more, which will happen in the very near future. The words "In God We Trust" are written on our currency:



15. Petitioner has spent every waking moment for months since being forced from her home either writing legal pleadings or working in the storage units often under deplorable conditions. She is exhausted, battered and unable to think well. At this point she puts her trust in God and prays that the Honorable Justices of this court unlike Andy Beal, his executives, employees, agents or attorneys have a humanitarian sense of compassion.

16. Petitioner is asking for a reasonable amount of time to remove her remaining personal property from her home and from her back yard, a time frame that takes into account her limited resources and compromised physical abilities due to her disabilities.

17. Petitioner fully believes that her Writ of Mandamus should be granted and that possession of her real property should be returned to her both immediately and permanently because contrary to LNV's aka And Beal's claims he did not legally acquire her property because the district court's summary judgment order was: 1) unconstitutional and should be vacated; or 2) was the result of an egregious abuse of judicial discretion and should be reversed; or 3) was rendered as a result of fraud upon the court that resulted in the court relying upon the genuineness of mortgage documents that were in fact forgeries, and known to be forgeries by Andy Beal the person who is directly responsible for their manufacture and the person who directly benefited from such forgeries at Petitioner's expense and should be reversed or vacated.

18. If Petitioner's motion is granted no harm will be suffered by LNV aka Andy Beal who lives comfortably in a $100,000,000 mansion and who just bought another mansion for $50,000,000 and who thinks nothing of losing $50,000,000 in a single high stakes poker game and losing $40,000,000 to Pamela Anderson's ex-husband in 2014, merely one of

the many individuals Andy Beal has lost millions of dollars to in high stakes poker

games.  For each Billion dollars Andy Beal acquires he must foreclose on at least 4348

homes like Petitioner's and displace at least twice as many citizens whose lives are often

irreparably damaged because Andy Beal targets the elderly, minorities, single mothers

and the disabled who have little opportunity to recover from such devastating loss during

the remainder of their lifetimes.  Many of these Beal victims become and remain

homeless. They become a burden on the government while Andy Beal shirks his duty to

pay taxes to the government, and gives nothing of value back to the public he rapes.

Public interest is not served by allowing Andy Beal's foreclosure fraud scheme to

continue.

19. The Fifth Amendment "due process" clause requires the federal government to afford

equal protection of the laws. In a case involving segregation in the schools of

Washington, D.C., which as the nation's capital is a federal enclave governed by federal

law, the Supreme Court found that the Due Process Clause operates against the federal

government just as the Equal Protection Clause does against the states.

The requirement that government function in accordance with law is, in itself, ample

basis for understanding the stress given these words. A commitment to legality is at the

heart of all advanced legal systems, and the Due Process Clause is often thought to

embody that commitment. The clause promises that before depriving a citizen of life,

liberty or property, government must follow fair procedures. Thus, it is not always

enough for the government to merely act in accordance with whatever law there may

happen to be. Citizens may also be entitled to have the government observe or offer fair

procedures, whether or not those procedures have been provided for in the law on the

basis of which it is acting. Action denying the process that is "due" would be unconstitutional.

Our Constitution and the laws of the United States made in pursuance thereof are the supreme law of the land. This case is not just about whether the district court erred or abused its discretion as Respondent LNV aka Andy Beal and his willful agents, including Respondent Gabriele Richards would like the Honorable Court to think; that's just another "smokescreens" thrown up to deceive that Andy Beal is famous for doing. This case is about whether Petitioner has been unconstitutionally deprived of her life, liberty and property without due process and without a jury trial.

The kinds of procedures required to satisfy "due process" under American law from an analysis made by the late Judge Henry Friendly in his well-regarded article, "Some Kind of Hearing," generated a list that remains highly influential, as to both content and relative priority:

- An unbiased tribunal.
- Notice of the proposed action and the grounds asserted for it.
- Opportunity to present reasons why the proposed action should not be taken.
- The right to present evidence, including the right to call witnesses.
- The right to know opposing evidence.
- The right to cross-examine adverse witnesses.
- A decision based exclusively on the evidence presented.
- Opportunity to be represented by counsel.
- Requirement that the tribunal prepare a record of the evidence presented.
- Requirement that the tribunal prepare written findings of fact and reasons for its decision.

20. Before being deprived of her property, the quality of her life and her liberty Petitioner was not heard by an unbiased tribunal. Several reasonable persons hold the view that

Judge Mosman was biased against Petitioner; and that he has a reputation for civil rights violations.

Petitioner was not given (she did not receive) notice of the proposed state action that resulted in a Sheriff's sale of her property and caused her to be forcefully evicted from her home of nearly 20 years, a home that provided accommodation for her specific disabilities, accommodation that is nearly impossible to find in the general housing market, less than ten (10) days after the Sheriff's sale. (Oregon tenant/landlord law requires a process of 60 days notice before beginning an eviction process.) And since she was not given notice she had no opportunity to present reasons why the proposed action should not be taken against her; nor was she given the he right to present evidence or the right to cross-examine adverse witnesses including the right to call witnesses since she was never given notice of the action taken against her.

Even at the federal district court Petitioner was denied the right to call and/or cross examine witnesses before the summary judgment order was issued favoring Respondent LNV.  Petitioner had no opportunity to be represented by counsel because of her impoverished economic position which is a direct result of her being disabled; and because no government funded or non-profit legal assistance exists for cases like hers, in part because people like Andy Beal use sham corporations and smokescreens for tax avoidance and the government lacks funding to provide service that would provide meaningful access to justice for people like Petitioner.

Although the district court prepared written findings of fact and reasons for its decision that record was sparse and failed to address the key issues surrounding the authenticity of

the Note and allonges to Note and assignment of deed of trust and the deed of trust raised by Petitioner in her pleadings. The district court also failed to address the issues of whether LNV could legally contract on March 10, 2008 as evidenced by Petitioner's assignment of deed of trust and the many other Beal/LNV victims with similar assignments executed on March 10, 2008 before LNV even existed as a Nevada corporate entity, and whether LNV operated outside the law by contracting and transacting business prior to acquiring a Nevada business license and whether the Doctrine of Unclean Hands should bar LNV from equitable relief. The district court also failed to address the constitutional issued raised by Petitioner's Notices of Constitutional Questions.

## PETITIONER IS ONLY ONE OF NUMEROUS BEAL VICTIMS

21. This Honorable Court of Appeals also must consider the public interest in holding Andy Beal, his employees, agents and attorneys accountable for his criminal enterprise activities when Andy Beal endorses Donald Trump for President and Trump plans to make Andy Beal his financial adviser if elected President of the United States. See **Exhibit B** attached hereto.

Mortgage servicing fraud to trump up false consumer defaults and forgery of mortgage notes, allonges to mortgage notes, deeds of trust and assignments of mortgage/deeds of trusts with intent to illegally foreclose on properties are in fact crimes; and if Andy Beal is allowed to continue these crimes and to assume a crucial role in our government all Petitioner can say is "God help America" because there will be many more such Beal victims living in vehicles and on the streets. Remember when Petitioner was evicted from her home her longtime roommate Linnie Messina was also evicted and she too remains

homeless and living in terrible circumstances. Our suffering has been caused to feed the excessive greed of one man, Andy Beal.

## PRAYER

Petitioner prays this court grant her motion for immediate emergency injunctive relief to prevent Respondent LNV aka D. Andrew Beal from disposing of her personal property still at 13865 SW Walker Rd. and to order that she be given a reasonable amount of time to arrange for help so she can remove her personal property, can coordinate with LNV aka Andy Beal's agents to gain access to the real property so she can remove her personal property and so she can obtain the necessary legal requirements like renewing the vehicle registration and acquiring insurance on her travel trailer so she can legally transport it.

Respectfully Submitted,

/s/ Denise Subramaniam

**DECLARATION OF DENISE SUBRAMANIAM IN SUPPORT OF HER MOTION FOR INJUNCTIVE RELIEF**

I Denise Subramaniam ("Declarant") declare that I am over the age of eighteen (18) years and have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify to the facts set forth herein. I make this declaration under penalty of perjury. I make this declaration to support the need for immediate emergency injunctive relief to protect my personal property from further loss and damage and to protect my body from further physical abuse and to reduce the extreme pain I am suffering caused by the actions LNV Corporation aka Daniel Andrew "Andy" Beal.

I do declare everything I have stated in my foregoing motion is true and correct to the best of my knowledge and that I have personal knowledge of such. I have no energy or stamina left to write more.

I so declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge and personal experience.


Dated: May 5, 2016


Respectfully submitted,

Denise Subramaniam


Declarant

CERTIFICATE OF SERVICE

Petitioner hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record, pro-se parties via the Court's CM/ECF system, email, and/or regular mail, and/or certified mail with return receipt requested.

Respectfully Submitted,

/s/ Denise Subramaniam