



http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=WiQ%252bNZZz9SFVNsoIcIj08Q%253d%253d&nt7=0

# BEAL BANK USA

**Business Entity Information**

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 7/27/2004 |
| Type: | Domestic Corporation | Entity Number: | C19892-2004 |
| Qualifying State: | NV | List of Officers Due: | 7/31/2016 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20041538284 | Business License Exp: | 7/31/2016 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 701 S CARSON ST STE 200 |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

**Financial Information**

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 3,000,000.00 |
| Par Share Count: | 3,000,000.00 | Par Share Value: | $ 1.00 |

**Officers** — Include Inactive Officers

**President - D. ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DR | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | USA |
| Status: | Active | Email: | |

**Director - D. ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DR | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | USA |
| Status: | Active | Email: | |

**Secretary - D. ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DR | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | USA |
| Status: | Active | Email: | |

**Actions\Amendments**

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=Ljyliw%252bxIqnp3exaL0fiuw%253d%253d&nt7=0

# LNV CORPORATION

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active | File Date: | 3/17/2008 |
| Type: | Domestic Corporation | Entity Number: | E0169702008-8 |
| Qualifying State: | NV | List of Officers Due: | 3/31/2017 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20081614653 | Business License Exp: | 3/31/2017 |

| Registered Agent Information | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 701 S CARSON ST STE 200 |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 100.00 |
| Par Share Count: | 10,000.00 | Par Share Value: | $ 0.01 |

**Officers** — Include Inactive Officers

**President - D ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 7195 DALLAS PARKWAY | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Director - D ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 7195 DALLAS PARKWAY | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Treasurer - CRAIG SINGER**

| | | | |
|---|---|---|---|
| Address 1: | 7195 DALLAS PARKWAY | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Secretary - TIM H TAYLOR**

| | | | |
|---|---|---|---|
| Address 1: | 7195 DALLAS PARKWAY | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments**

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=WjcnmX0FycnqN63AZXxy7A%253d%253d&nt7=0

# BEAL SAVINGS INVESTMENT CORPORATION

New Search | Printer Friendly | $ Calculate List Fees

**Business Entity Information**

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 7/27/2004 |
| Type: | Domestic Corporation | Entity Number: | C19897-2004 |
| Qualifying State: | NV | List of Officers Due: | 7/31/2016 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20041538330 | Business License Exp: | 7/31/2016 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 701 S CARSON ST STE 200 |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

**Financial Information**

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 3,000,000.00 |
| Par Share Count: | 3,000,000.00 | Par Share Value: | $ 1.00 |

**Officers** — Include Inactive Officers

**Director - D. ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | USA |
| Status: | Active | Email: | |

**President - D. ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | USA |
| Status: | Active | Email: | |

**Treasurer - CRAIG SINGER**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | USA |
| Status: | Active | Email: | |

**Secretary - TIM H TAYLOR**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | USA |
| Status: | Active | Email: | |

**Actions\Amendments**

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=T09cRuyux%252bqTQM8JjrbRTg%253d%253d&nt7=0

# BEAL BANC HOLDING COMPANY

**Business Entity Information**

| | | | |
|---|---|---|---|
| Status: | Permanently Revoked | File Date: | 9/25/1997 |
| Type: | Foreign Corporation | Entity Number: | C20752-1997 |
| Qualifying State: | DE | List of Officers Due: | 9/30/2008 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV19971276529 | Business License Exp: | |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 701 S CARSON ST STE 200 |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

**Financial Information**

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 1,000.00 |
| Par Share Count: | 1,000.00 | Par Share Value: | $ 1.00 |

**Officers** — Include Inactive Officers

**President - D ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 3993 HOWARD HUGHES PKWY | Address 2: | STE 250 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89169-6754 | Country: | |
| Status: | Active | Email: | |

**Secretary - D ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 3993 HOWARD HUGHES PKWY | Address 2: | STE 250 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89169-6754 | Country: | |
| Status: | Active | Email: | |

**Treasurer - D ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 3993 HOWARD HUGHES PKWY | Address 2: | STE 250 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89169-6754 | Country: | |
| Status: | Active | Email: | |

**Director - D ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 3993 HOWARD HUGHES PKWY | Address 2: | STE 250 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89169-6754 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments**



http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=R4fPf08Gqpab1K5airl%252b%252fQ%253d%253d&nt7=0



Home | About Barbara | Calendar | News | FAQ | Forms | Contact Us

NEVADA SECRETARY OF STATE
BARBARA K. CEGAVSKE

Home | Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services

My Data Reports | Commercial Recordings | Licensing

# BEAL CAPITAL MARKETS, INC.

New Search | Printer Friendly | $ Calculate Fees

**Business Entity Information**

| | | | |
|---|---|---|---|
| Status: | Merge Dissolved | File Date: | 1/16/2003 |
| Type: | Domestic Corporation | Entity Number: | C1020-2003 |
| Qualifying State: | NV | List of Officers Due: | 1/31/2008 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20031243957 | Business License Exp: | |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 701 S CARSON ST STE 200 |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

**Financial Information**

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 10,000.00 |
| Par Share Count: | 10,000.00 | Par Share Value: | $ 1.00 |

**Officers** — Include Inactive Officers

**President - D ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DR | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Director - D ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DR | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Secretary - JAMES W LEWIS JR**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DR | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Treasurer - JAMES W LEWIS JR**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DR | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments**

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=%252bBNJefte6QccRTf0ut5HYA%253d%253d&nt7=0

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=WeuvYfu4K0dXULmXIF8%252ftQ%253d%253d&nt7=0

# BEAL LEASING CORPORATION

New Search | Printer Friendly | $ Calculate List Fees

**Business Entity Information**

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 4/6/2005 |
| Type: | Domestic Corporation | Entity Number: | E0192292005-3 |
| Qualifying State: | NV | List of Officers Due: | 4/30/2017 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20051106790 | Business License Exp: | 4/30/2017 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 701 S CARSON ST STE 200 |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

**Financial Information**

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 3,000,000.00 |
| Par Share Count: | 3,000,000.00 | Par Share Value: | $ 1.00 |

**Officers** — Include Inactive Officers

**President - D. ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DR | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Director - D. ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DR | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Treasurer - CRAIG SINGER**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DR | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Secretary - TIM H TAYLOR**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DR | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**+ Actions\Amendments**

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=0VlmXtVW9gN1QD%252fp0dh9QQ%253d%253d&nt7=0

**Business Entity Information**

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 8/28/1997 |
| Type: | Domestic Corporation | Entity Number: | C18509-1997 |
| Qualifying State: | NV | List of Officers Due: | 8/31/2016 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV19971253976 | Business License Exp: | 8/31/2016 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 701 S CARSON ST STE 200 |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

**Financial Information**

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 1,000.00 |
| Par Share Count: | 1,000.00 | Par Share Value: | $ 1.00 |

**Officers** — Include Inactive Officers

**President - D. ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Director - D. ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Treasurer - JAMES W LEWIS JR**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Secretary - TIM H TAYLOR**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments**

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=03o9vAv6M8xaZoL24WPgrw%253d%253d&nt7=0

# BEAL NEVADA SERVICE CORPORATION

New Search | Printer Friendly | $ Calculate List Fees

**Business Entity Information**

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 4/5/2005 |
| Type: | Foreign Corporation | Entity Number: | E0180652005-3 |
| Qualifying State: | TX | List of Officers Due: | 4/30/2017 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20051071880 | Business License Exp: | 4/30/2017 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 701 S CARSON ST STE 200 |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

**Financial Information**

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 3,000,000.00 |
| Par Share Count: | 3,000,000.00 | Par Share Value: | $ 1.00 |

**Officers** — Include Inactive Officers

**Director - D. ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**President - JACOB CHERNER**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Treasurer - CRAIG SINGER**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Secretary - TIM H TAYLOR**

| | | | |
|---|---|---|---|
| Address 1: | 6000 LEGACY DRIVE | Address 2: | |
| City: | PLANO | State: | TX |
| Zip Code: | 75024 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments**

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=NxIVIGnBx2k3vVP2uUGJ7w%253d%253d&nt7=0

# BEAL/H.S., INC.

**Business Entity Information**

| | | | |
|---|---|---|---|
| Status: | Merge Dissolved | File Date: | 7/15/1997 |
| Type: | Domestic Corporation | Entity Number: | C15264-1997 |
| Qualifying State: | NV | List of Officers Due: | 7/31/2007 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV19971221957 | Business License Exp: | |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 701 S CARSON ST STE 200 |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

**Financial Information**

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 1,000.00 |
| Par Share Count: | 1,000.00 | Par Share Value: | $ 1.00 |

**Officers** — Include Inactive Officers

**President - D ANDREW BEAL**

| | | | |
|---|---|---|---|
| Address 1: | 3993 HOWARD HUGHES PKWY | Address 2: | STE 250 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | |
| Status: | Active | Email: | |

**Secretary - M MOLY CURL**

| | | | |
|---|---|---|---|
| Address 1: | 3993 HOWARD HUGHES PKWY | Address 2: | STE 250 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | |
| Status: | Active | Email: | |

**Secretary - M MOLY CURL**

| | | | |
|---|---|---|---|
| Address 1: | 3993 HOWARD HUGHES PKWY | Address 2: | STE 250 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | |
| Status: | Active | Email: | |

**Treasurer - M MOLY CURL**

| | | | |
|---|---|---|---|
| Address 1: | 3993 HOWARD HUGHES PKWY | Address 2: | STE 250 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | |
| Status: | Active | Email: | |

**Director - CHRISTOPHER J MONIGLE**

| | | | |
|---|---|---|---|
| Address 1: | 3993 HOWARD HUGHES PKWY | Address 2: | STE 250 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments**

